EXHIBIT A



JAMSAN
HOTEL MANAGEMENT

August 31, 2016

U.S. Citizenship & Immigration Services
Vermont Service
ATTN: H-1B MASTERS CAP
4 Lemnah St. Albans, VT 05479-0001

**RE:     Form I-129,   Petition for a Nonimmigrant Worker**
**Petitioner:   Jamsan Hotel Management**
**Beneficiary:  Krishna Jayeshkumar PATHAK**
**Position:    Revenue Manager**

Dear Sir or Madam:

This letter is submitted in support of the petition of Jamsan Hotel Management ("JHM") to classify Ms. Krishna Pathak, a citizen of India, as an H-1B nonimmigrant worker. We believe that Ms. Pathak qualifies for H-1B status, as this position is a professional one, requiring at least a Bachelor's Degree or its equivalent in Hospitality Management or a related field. JHM has received a certified Labor Condition Application from the U.S. Department of Labor for the occupational specialty in which Ms. Pathak will be employed, as required by law.

**I. Petitioner:  Jamsan Hotel Management**

Jamsan Hotel Management Inc. is a mid-sized hotel management company and premier lodging solution provider in the Northeast United States. We are located at 440 Bedford Street, Lexington, MA 02420. JHM is dedicated to improving hotel performance through cost-effective operations, marketing and purchasing programs and sales development at the local level.

Jamsan Hotels and affiliates consist of closely coupled set of corporations established to acquire and operate motels and hotels. These hotels and affiliates are owned by high qualified, dedicated and entrepreneurial individuals with a proven track record in hospitality, real estate, banking and management.

JHM has served numerous clients in the United States with their hospitality investments. We focus geographically on the east coast of the United States, and have extensive experience owning and managing select service hotels. Our current list of managed hotels includes, but is not limited to several Best Western, Hilton Hotes, Marriott Hotels, Starwood Hotels, Carlson Hotels, with various brands throughout New England. Currently JHM manages



JAMSAN
HOTEL MANAGEMENT

U.S. Citizenship & Immigration Services
Re: Krishna Pathak
Page 2

4000 rooms at 45 plus hotels with a workforce of 25 plus. Our affiliated companies employ a total of 1500 plus workers.

## II. Position: Revenue Manager

We seek to employ Ms. Krishna Pathak in the position of Revenue Manager at JHM in Lexington, Massachusetts. This position is professional in nature and requires at a minimum a Bachelor's degree in Hospitality Management or a related field. This degree requirement is standard in the industry among large, full service hotels, such as the Days Hotel and Conference Center. The primary focus of this position is responsibility for maximizing overall revenue through development and implementation of effective inventory and pricing strategies based on demand and competitor analysis in order to gain market share. This position requires a highly motivated individual who can work with minimal supervision and interact with hotels at a higher level, confidently researching, advising the implementation of successful strategies. Specific responsibilities of the position include:

- Drive Market Share and Revenue Performance;
- Ensure that all target market segments are developed for long term benefit of the hotel business;
- Develop overall pricing strategy to include all market segments and distribution channels;
- Share best RM practices and key learning with peers and management;
- Produce accurate forecast on weekly and monthly basis;
- Assist Regional Managers as needed in development of related marketing programs and initiatives;
- Report on weekly revenue activities in staff meetings and complete monthly summary and weekly activity report for distribution to senior leadership.

Position duties include:

- Shop competitors on all channels, gathering data on competitors and analyzing their prices and marketing strategies;
- Analyze STR and channel reports;
- Participate in individual hotel rate strategy meetings;
- Review at brand programs – add/monitor/delete offerings as needed for maximizing bookings and develop and implement procedures for identifying new marketing needs;



JAMSAN
HOTEL MANAGEMENT

U.S. Citizenship & Immigration Services
Re: Krishna Pathak
Page 3

- Update channel information – amenity errors/correct info;
- Audit rate codes/programs for functionality/offer alternative;
- Analyze/Audit marketing efforts including local programs, specials and partnership;
- Forecast and track trends, including setting restrictions/close out inventory/stop sell for demand dates;
- Open up inventory/lower rates/remove for non-demand dates;
- Check group blocks – Call sales managers for status on tentative/pickup/cutoffs
- Monitor special event dates;
- Check extranets for availability/adjust to strategy/maintain parity;
- Assist sales with national accounts RFP & FIT submissions;
- Engage in continuing education on new marketing/revenue generating opportunities

## III. Beneficiary:  Krishna Pathak

Ms. Pathak is well qualified for employment in the professional position of Revenue Manager at Jamsan Hotel Management.  In 2009 she earned a Master's degree in Hospitality and Tourism Management from the Rochester Institute of Technology in Rochester, New York. Complementing her excellent academic background, Ms. Pathak has several years of professional experience in the hospitality industry.  From October to December 2012, Ms. Pathak was employed by Invite Hospitality in Columbus, Ohio as an Assistant General Manager where she worked directly with the Vice President to manage all activities of the property including employees, maintenance, sales, and profit/ loss controls. She has worked as the Lodging Manager at Methuen Hospital LLC since October 2013 under the auspices of the H-1B program.

In addition to her work experience in the hotel industry, Ms. Pathak also brings valuable marketing research analysis experience necessary for the Revenue Manager position.  As part of her Master's degree program at RIT in Hospitality-Tourism Management, she excelled in several marketing research analysis-related classes, including data analysis, travel marketing systems, service performance metrics, and integrative problem solving. In her undergraduate program at the Sheth P.T. Mahila College of Arts and Home Science, where she majored in Hospitality Management, Ms. Pathak's courseload included classes in Front Office Management, Marketing Management, and Travel Management. Ms. Pathak is proficient in MICRO's system software, Opera, Fidelio, Point of Sale, Brilliant, Choice Central, Wynguest, and with the CBORD Data Management System, all of which are key to the



JAMSAN
HOTEL MANAGEMENT

U.S. Citizenship & Immigration Services
Re: Krishna Pathak
Page 4

Revenue Management process. Based upon her academic achievements and work experience, we believe Ms. Pathak qualifies for the Revenue Manager position we have offered her.

**IV. Terms of Employment**

Ms. Pathak will be paid at the rate of $41,205 per year and will be provided with employee benefits appropriate to her position.

Thank you for your attention to this matter.  Please feel free to contact me if you have any questions.

Very truly yours,

Ashok Patel
VP of Operations

# EXHIBIT B

# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION
DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type | |
|---|---|---|---|
| SRC1925250858 | | I140 - IMMIGRANT PETITION FOR ALIEN WORKER | |
| **Received Date** | **Priority Date** | **Petitioner** | |
| 08/23/2019 | 04/26/2019 | JAMSAN HOTEL MANAGEMENT INC | |
| **Notice Date** | **Page** | **Beneficiary** | |
| 08/27/2019 | 1 of 1 | PATHAK, KRISHNA JAYESHKUMAR | |

JAMSAN HOTEL MANAGEMENT INC
c/o JENNIFER ANN MCGILL
IANDOLI DESAI AND CRONIN PC
38 THIRD AVENUE STE 100
CHARLESTOWN  MA  02129

**Notice Type:** Approval Notice
**Section:** Mem of Profession w/Adv Deg,or of Exceptn'l Ability Sec.203(b)(2)
**Consulate:**
**ETA Case Number:** A1910693797
**SOC Code:** 119081  **Skill Level:** 4
**Work Site:** LEXINGTON MA

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local USCIS office to obtain Form I-485, Application to Register Permanent Residence or Adjust Status. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local USCIS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based upon this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488



**USCIS Contact Center: www.uscis.gov/contactcenter**

# EXHIBIT C



# J A M S A N
## HOTEL MANAGEMENT

August 28, 2019

USCIS Vermont Service Center
Attn: I-129 H-1B
75 Lower Welden Street
St. Albans, VT 05479-0001

**RE:** **Form I-129,  Petition for a Nonimmigrant Worker**
     **PETITIONER:**     **Jamsan Hotel Management**
     **BENEFICIARY:**     **Krishna Jayeshkumar PATHAK**
     **POSITION:**      **Revenue Manager**

Dear Sir or Madam:

This letter is submitted in support of Jamsan Hotel Management, Inc.'s ("JHM") petition and request for extension of stay on behalf of Ms. Krishna Pathak, a citizen of India, to continue to employ her as an H-1B temporary, professional, nonimmigrant worker in the position of Revenue Manager.  We believe that Ms. Pathak continues to qualify for H-1B status, as this position is a professional one, requiring at least a bachelor's degree or its equivalent in hospitality management or a closely related field. JHM has received a certified Labor Condition Application from the U.S. Department of Labor for the specialty occupational in which Ms. Pathak will be employed, as required by law.

### ABOUT THE PETITIONER: JAMSAN HOTEL MANAGEMENT, INC.

Jamsan Hotel Management, Inc. is a mid-sized hotel management company and premier lodging solution provider based in Lexington, Massachusetts. JHM has been a proven successful owner and operator of branded, limited service, mid-scale hotels since 1994 and currently owns and manages more than 60 hotels in the New England region. Our expertise includes development, hotel operations, hotels sales and marketing, advertising, and asset management. JHM is dedicated to improving hotel performance through cost-effective operations, marketing and purchasing programs and sales development at the local level.

JHM, who employs 25 professionals, manages a workforce of 1,800 who are driven by a singular goal of providing best possible hospitality experience for every guest and exceptional ROI for their Investors. The management company works with all of the leading national brands including Marriott International, Choice Hotels, Wyndham, Hilton, Sheraton, Cendant Hotel Corporation, Best Western International, and Intercontinental Hotel Group as well as independent and boutique hotels and has partnerships in multiple restaurant ventures to provide a unique lodging solution for the greater New England region.



**J A M S A N**

HOTEL MANAGEMENT

### ABOUT THE POSITION: REVENUE MANAGER

We seek to continue to employ Ms. Krishna Pathak in the position of Revenue Manager at JHM in Lexington, Massachusetts. This position is professional in nature and requires at a minimum a bachelor's degree in hospitality management or a closely related field. This degree requirement is standard in the industry among large, full-service hotels and hotel management companies. Specific responsibilities of the position include:

- Drive Market Share and Revenue Performance;
- Ensure that all target market segments are developed for long term benefit of the hotel business;
- Develop overall pricing strategy to include all market segments and distribution channels;
- Share best RM practices and key learning with peers and management;
- Produce accurate forecast on weekly and monthly basis;
- Assist Regional Managers as needed in development of related marketing programs and initiatives;
- Report on weekly revenue activities in staff meetings and complete monthly summary and weekly activity report for distribution to senior leadership.

Detailed day-to-day duties the Revenue Manager performs to fulfill the above-named responsibilities of the position include:

- Shopping competitors on all channels;
- Gathering data on competitors and analyzing their prices and marketing strategies;
- Analyzing STR and channel reports;
- Participating in individual hotel rate strategy meetings;
- Reviewing brand programs - add/monitor/delete offerings as needed for maximizing bookings and develop and implement procedures for identifying new marketing needs;
- Update channel information - amenity errors/correct info;
- Audit rate codes/programs for functionality/offer alternative;
- Analyze/audit marketing efforts including local programs, specials, and partnership;
- Forecast and track trends, including setting restrictions/close out inventory/stop sell for demand dates;
- Open up inventory/lower rates/remove for non-demand dates;
- Check group blocks - Call sales managers for status on tentative/pickup/cutoffs
- Monitor special event dates;
- Check extranets for availability/adjust to strategy/maintain parity;
- Assist sales with national accounts RFP & FIT submissions; and,
- Engage in continuing education on new marketing/revenue generating opportunities.



JHM requires the Revenue Manager to possess the minimum of a bachelor's degree in hospitality management or a closely related field, as well as experience with hotel-related property reservations systems like Winpm, ChoiceAdvantage, OnQ, Operat Express, and Foseee, as well as related sales and marketing tools including triple seat and InnFlow.

### THE ROLE OF REVENUE MANAGER IS A SPECIALTY OCCUPATION POSITION

The INA defines a "specialty occupation" as an occupation that requires:

(A) Theoretical and practical application of a ***body of highly specialized knowledge***, and
(B) Attainment of a bachelor's or higher degree in the specific specialty (***or its equivalent***) as a minimum for entry into the occupation in the United States.

USCIS has adopted regulations at 8 U.S.C. § 1184(i) by expanding on the statutory definition. USCIS regulations define "specialty occupation" and provide a non-exhaustive list of fields that may satisfy the definition:

> "Specialty occupation means an occupation which requires theoretical and practical application of a ***body of highly specialized knowledge*** in fields of human endeavor including, but not limited to, architecture, engineering, mathematics, physical sciences, social sciences, medicine and health, education, business specialties, accounting, law, theology, and the arts, and which requires the attainment of a bachelor's degree or higher in a specific specialty, or its equivalent, as a minimum for entry into the occupation in the United States."

It is my understanding that pursuant to the applicable USCIS regulations, one or more of the following criteria must be met in order for a job to qualify as a specialty occupation:

(1.) A baccalaureate or higher degree or its equivalent is normally the minimum requirement for entry into the particular position;
(2.) The degree requirement is common to the industry in parallel positions among similar organizations or, in the alternative, an employer may show that its particular position is so complex or unique that it can be performed only by an individual with a degree;
(3.) The employer normally requires a degree or its equivalent for the position; or
(4.) The nature of the specific duties is so specialized and complex that knowledge required to perform the duties is usually associated with the attainment of a bachelor's or higher degree.

The certified LCA that accompanies this petition reflects the SOC code for market research analysts and marketing specialists. This is the closest SOC code for this position, as



**JAMSAN**
HOTEL MANAGEMENT

demonstrated by the enclosed chart showing the Revenue Manager's duties aligned with those that most closely match it in the O*NET.

I note that USCIS often reviews the *Occupational Outlook Handbook* when determining whether something qualifies as a specialty occupation. In the "how to become one" section of the *OOH* for Marketing Research Analysts, it reads, "most market research analysts need a bachelor's degree" and further, "market research analysts typically need a bachelor's degree in market research or a related field," and states, "courses in communications and social sciences, such as economics or consumer behavior, are also important."

The Revenue Manager position is one in which the individual works to gather data on competitors and analyze their prices and marketing strategies, and then analyze our own marketing efforts, forecasting and tracking trends to ensure our pricing strategy is on target based on inventory and our competitor's pricing. In light of our business – the hotel and tourism industry – we require a minimum of a bachelor's degree in that field, which comports with the description in the *OOH* as someone with understandings of economics of hotels and consumer behavior as it relates to hotel bookings.

The *OOH* is a career resource offering information about hundreds of occupations that provide the majority of jobs in the U.S. and it is compiled by the U.S. Department of Labor's Bureau of Labor Statistics. **It is not the ultimate authority on H-1B specialty occupations, was never designed for that purpose, and the Service's reliance on it as a sole-source for what comprises a specialty occupation is misguided.** Without question, the Revenue Manager position meets at least two of the regulatory requirements for a specialty occupation as enumerated at C.F.R. section 214.2(h)(4)(iii) as follows:

(2.) **The degree is common to the industry in parallel positions among similar organizations or, <u>in the alternative, an employer may show that its particular position is so complex and unique that it can be performed only by an individual with a degree.</u>**

JHM is a mid-sized national hotel management company recognized by its investors, franchisers, and clients as quality intensive. Its rapidly expanding portfolio includes the March 2019 procurement of a three-property, recently renovated hotel group totaling 433 rooms in the Greater Boston Area: the Doubletree by Hilton Hotel Boston – Milton, the Doubletree by Hilton Hotel Boston – Rockland, the Hilton Garden Inn in Plymouth. JHM currently manages a workforce of over 1,800 – up from under 500 in 2016.

As JHM continues to expand and innovate, we require a Revenue Manager with the specialized knowledge necessary to continue to maximize our company's overall revenue through development of effective inventory and pricing strategies. Vital to our growth as a firm is the work of a



Revenue Manager on staff who is specially trained to properly conduct demand and competitor analysis in order to gain market share. As we do not employ any other Revenue Managers or similar employees, JHM relies heavily on the knowledge and the skills Ms. Pathak obtained through the completion of her master's degree program in hospitality management and tourism, knowledge she could not have gained without the completion of at least a bachelor's degree in aforementioned field or in one closely related. JHM would not consider hiring anyone to the Revenue Manager position who does not have at least a bachelor's degree in hospitality management or a closely related field, as the expertise one develops in undertaking a bachelor-level program in specialty is indispensable to this unique position. The Revenue Manager alone is responsible for analyzing STR and channel reports, using skills she developed in her graduate-level hospitality management program to provide the senior leadership with the data needed to strategize our firm's continued expansion. Please refer to the enclosed job duties charts that show the minimum education required to carry out each duty, courses Ms. Pathak undertook to prepare for each duty, the percentage of time she dedicates to each task, and a comparison of her duties to O*Net's entry for this occupational category. Please also refer to the enclosed organizational chart that demonstrates the Ms. Pathak's role as Revenue Manager and how it differs greatly from other roles within our company.

**(4.) The nature of the specific duties is so specialized and complex that the knowledge required to perform the duties is usually associated with the attainment of a bachelor's or higher degree.**

The position of Revenue Manager is a complex and specialized position such that the duties involved can only be performed by an individual with a bachelor's degree in hospitality management or a closely related field. Please refer again to the list above that describes the specific duties and additional information to demonstrate that the position requires specialized knowledge to the complexity of the position. We would not hire anyone without at least a bachelor's degree in hospitality management or a closely related field to this position, as the Revenue Manager must possess the specialized knowledge required by the position to perform these complex duties successfully. The individual needs to be able to use advanced analytical methods to help our company identify issues and develop pricing strategies to expand our firm's portfolio.

The primary focus of this position is responsibility for maximizing overall revenue through development and implementation of effective inventory and pricing strategies based on demand and competitor analysis in order to gain market share. This position requires a highly motivated individual who can work with minimal supervision and interact with hotels at a higher level, confidently researching, advising the implementation of successful strategies. The Revenue Manager is responsible for driving JHM's market share and revenue performance and ensuring that all target market segments are developed for the long-term benefit of the firm. The position requires the ability to develop an overall pricing strategy to include all of JHM's market segments and distribution



channels and share best revenue management practices with senior leadership through weekly and monthly revenue reports and summaries.

In order to fulfill these responsibilities, our Revenue Manager **must be well versed in specialized research relevant to analyzing hospitality markets and developing competitive pricing strategies**. This position is all about gathering and analyzing supply and demand data to ensure our management firm remains a major competitor in the hotel industry. The Revenue Manager is truly one of the most valuable assets that any hotel management firm can have; such a professional brings necessary theoretical knowledge and practical skills. Please refer to the enclosed chart demonstrating how Ms. Pathak's coursework in hospitality and tourism management prepared her for this specialized and complex position.

In light of the complexity of the duties listed above, we believe it is self-evident that the position of Revenue Manager is both specialized and complex, requiring the advanced training associated with the attainment of a bachelor's degree or higher in hospitality management or a related field.

### ABOUT THE BENEFICIARY: KRISHNA PATHAK

Ms. Pathak is well qualified for employment in the professional position of Revenue Manager at Jamsan Hotel Management. In 2009 she earned a Master's degree in Hospitality and Tourism Management from the Rochester Institute of Technology in Rochester, New York. Her educational training has direct application in her daily job duties. As part of her Master's degree program at RIT in Hospitality-Tourism Management, she excelled in several marketing research analysis-related classes, including data analysis, travel marketing systems, service performance metrics, and integrative problem solving. In her undergraduate program at the Sheth P.T. Mahila College of Arts and Home Science, where she majored in Hospitality Management, Ms. Pathak's course load included classes in Front Office Management, Marketing Management, and Travel Management. Ms. Pathak is proficient in MICRO's system software, Opera, Fidelio, Point of Sale, Brilliant, Choice Central, Wynguest, and with the CBORD Data Management System, all of which are key to the Revenue Management process.

Complementing her excellent academic background, Ms. Pathak has several years of professional experience in the hospitality industry. From October to December 2012, Ms. Pathak was employed by Invite Hospitality in Columbus, Ohio as an Assistant General Manager where she worked directly with the Vice President to manage all activities of the property including employees, maintenance, sales, and profit/ loss controls. She has worked as the Lodging Manager at Methuen Hospital LLC since October 2013 under the auspices of the H-1B program. In addition to her work experience in the hotel industry, Ms. Pathak also brings valuable marketing research analysis experience necessary for the Revenue Manager position.



# J A M S A N

HOTEL MANAGEMENT

Based upon her academic achievements and work experience, we believe Ms. Pathak qualifies for the Revenue Manager position we have offered her.

### TERMS OF EMPLOYMENT

Ms. Pathak will continue to be employed by Jamsan Hotel Management, Inc. as a Revenue Manager, a full-time position for which she will earn an annual salary of $53,544.40 and will be provided with employee benefits appropriate to her position. She will continue to work at our offices located in Lexington, MA, where we will have full supervision and full control over when, where, and how Ms. Jain performs her job on a day-to-day basis. More specifically, JHM will:

- Supervise and manage the beneficiary;
- Control the work of the beneficiary on a day-to-day basis;
- Maintain control of the manner and means in which the beneficiary accomplished the job duties;
- Provide the tools or instruments needed for the beneficiary to perform the duties of employment;
- Hire, pay and retain the ability to fire the beneficiary;
- Evaluate the work-product of the beneficiary and perform progress/performance reviews as needed;
- Claim the beneficiary for tax purposes; and,
- Provide the beneficiary with standard company benefits.

Thank you for your attention to this matter.  Please feel free to contact me if you have any questions.

Very truly yours,

Ashok Patel
VP of Operations

EXHIBIT D

September 19, 2019



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
75 Lower Welden St.
St. Albans, VT 05479

## U.S. Citizenship and Immigration Services



JAMSAN HOTEL MANAGEMENT INC
c/o JENNIFER ANN MCGILL
IANDOLI DESAI AND CRONIN PC
38 THIRD AVE STE 100
CHARLESTOWN, MA 02129

EAC1926950350

RE: KRISHNA JAYESHKUMAR PATHAK
I-129, Petition for a Nonimmigrant Worker



## <u>REQUEST FOR EVIDENCE</u>

**IMPORTANT: THIS NOTICE CONTAINS YOUR UNIQUE RECEIPT NUMBER. THIS PAGE MUST BE SUBMITTED WITH THE REQUESTED EVIDENCE.**

You are receiving this notice because U.S. Citizenship and Immigration Services (USCIS) requires additional evidence to process your form. Please provide the evidence requested on the attached page(s). Include duplicate copies if you are requesting consular notification.

**Your response must be received in this office by December 15, 2019.**

Please note that you have been allotted the maximum period allowed for responding to a Request for Evidence (RFE). The time period for responding cannot be extended. See Title 8 Code of Federal Regulations (8 CFR), Section 103.2(b)(8)(iv). Because many immigration benefits are time sensitive, you are encouraged to respond to this request as early as possible, but no later than the deadline provided above. If you do not respond to this notice within the allotted time, your case may be denied. The regulations do not provide for an extension of time to submit the requested evidence.

You must submit all requested evidence at the same time. If you submit only some of the requested evidence, USCIS will consider your response a request for a decision on the record. See 8 CFR 103.2(b)(11).

If you submit a document in any language other than English, the document must be accompanied by a full and **complete** English translation. The translator must certify that the translation is accurate and he or she is competent to translate from that language to English. **If you submit a foreign language translation in response to this request for evidence, you must also include a copy of the foreign language document.**

Processing of your form or benefit request will resume upon receipt of your response. If you have not heard from USCIS within **60 days of responding**, you may contact the USCIS Contact Center (UCC) at **1-800-375-5283**. If you are hearing impaired, please call the UCC TDD at **1-800-767-1833**.

S

USCIS has reviewed your petition/application and supporting evidence. You did not submit sufficient evidence to establish that the proffered position qualifies as specialty occupation. Therefore, additional evidence is needed.

**Specialty Occupation**

You must establish that the beneficiary's proffered position is a specialty occupation. A specialty occupation is one that requires the theoretical and practical application of a body of highly specialized knowledge and that requires the attainment of a bachelor's degree or higher in a specific specialty, or its equivalent, as a minimum for entry into the occupation in the United States.

To satisfy this requirement, you submitted:

- Petitioner's letter of support.

**Qualifying Criteria**

To qualify as a specialty occupation, the position must meet at least one of the following criteria.

USCIS will discuss each of the qualifying criteria for specialty occupation below. With your response, identify which of the specialty occupation qualifying criteria you believe has been satisfied. If you believe the offered position satisfies multiple criteria, identify the evidence that you believe satisfies each criterion.



### 1. Degree is Normally Minimum Requirement

You may establish eligibility by showing that a bachelor's degree or higher in a specific specialty, or its equivalent, is normally the minimum requirement for entry into the particular position.

The evidence you submitted is insufficient to establish eligibility under this criterion.

You submitted a certified Labor Condition Application (LCA) which lists an Occupation Title of Market Research Analysts and Marketing Specialist.

USCIS routinely consults the U.S. Department of Labor's *Occupational Outlook Handbook (OOH)* for information about the educational requirements of particular occupations. The *OOH* states the following regarding the training and educational requirements for :

> Market research analysts typically need a bachelor's degree in market research or a related field. Many have degrees in fields such as statistics, math, or computer science. Others have backgrounds in business administration, the social sciences, or communications.

> Courses in statistics, research methods, and marketing are essential for these workers. Courses in communications and social sciences, such as economics or consumer behavior, are also important.

> Some market research analyst jobs require a master's degree. Several schools offer graduate programs in marketing research, but many analysts complete degrees in other fields, such as statistics and marketing, and/or earn a master's degree in business administration (MBA). A

master's degree is often required for leadership positions or positions that perform more technical research.

The *OOH* does not indicate that Market Research Analysts and Marketing Specialist positions normally require a minimum of a bachelor's degree in a specific specialty. It states, a range of educational credentials including a bachelor's degree in a general background such as, backgrounds in business administration, the social sciences, or communications, may qualify an individual to perform the duties of a Market Research Analysts and Marketing Specialist.

As such, you have not sufficiently established that a bachelor's degree or higher in a specific specialty, or its equivalent, is normally the minimum requirement for entry into the particular position.

You may still submit evidence to establish eligibility under this criterion.  Evidence may include, but is not limited to:

- Relevant documentation from an authoritative career resource, such as the *OOH*, which list the duties, work environment, education, training, skills, and other qualification requirements for the occupation.  Include a statement describing how the particular position relates to the occupation listed in the career guide and how the information in the career guide demonstrates that a bachelor's or higher degree in a specific specialty or its equivalent is normally the minimum requirement for the particular position.
- Any evidence you believe will establish that a bachelor's or higher degree or its equivalent is normally the minimum requirement for entry into the particular position.



### 2.1  Degree Common to the Industry

You may establish eligibility by showing that the degree requirement of a bachelor's degree or higher in a specific specialty, or its equivalent, is common to the industry in parallel positions among similar organizations.

The evidence you submitted is insufficient to establish eligibility under this criterion. You submitted a petitioner's support letter. However, the letter does not address the industry standards. Therefore, the support letter is insufficient to establish that a degree in specific specialty is common to the industry.

You may still submit evidence to establish eligibility under this criterion.  Evidence may include, but is not limited to:

- Job postings or advertisements showing a degree requirement of a bachelor's degree or higher in a specific specialty, or its equivalent, is common to the industry in parallel positions among similar organizations.  Any job postings or advertisements should be supported by documentation of the following:
    - The date and source of the job posting or announcement;
    - A detailed description of the duties of the position and the educational, training, and experience requirements of the position;
    - The company or firm offering the position in these job postings or announcements is within your industry and is similar to your organization; and
    - The job postings or advertisements represent the industry standards for the position.
- Letters from an industry-related professional association indicating that similar organizations routinely employ and recruit only individuals with a bachelor's degree or higher in a specific specialty, or its equivalent for parallel positions.
- Copies of letters or affidavits from firms or individuals in the industry attesting that similar

organizations routinely employ and recruit only individuals with a bachelor's degree or higher in a specific specialty, or its equivalent for parallel positions. Any letter or affidavit should be supported by documentation of the following:
- The writer's qualifications as an expert;
- How the writer's conclusions were reached; and
- The basis for the writer's conclusions, supported by copies or citations of any materials used.

### 2.2 Position So Complex or Unique

You may establish eligibility by showing that the particular position is so complex or unique that it can be performed only by an individual with a bachelor's degree or higher in a specific specialty, or its equivalent.

The evidence you submitted is insufficient to establish eligibility under this criterion. As evidence that the proffered position is so complex or unique that it can only be performed by an individual with a degree in a specific specialty, you submitted a description of the job duties for the position of Market Research Analysts and Marketing Specialist. However, the job duties, as described, do not appear to be of such complexity or uniqueness as to require the attainment of a bachelor's degree in a specific specialty that consisted of theoretical and practical application of a body of highly specialized knowledge. Such as, gathering data on competitors and analyzing their prices and marketing strategies, open up inventory/lower rates/remove for non-demand dates, Monitor Special event dates, engage in continuing education on new marketing/revenue generating opportunities. The evidence of record does not establish that the proffered position is significantly different from other positions within the occupational category of Market Research Analysts and Marketing Specialist. As such, you have not submitted sufficient evidence to support the position is so complex or unique.



You may still submit evidence to establish eligibility under this criterion. Evidence may include, but is not limited to:

- Letters from an industry-related professional association indicating that the particular position is so complex or unique that it can be performed only by an individual with a bachelor's degree or higher in a specific specialty, or its equivalent.
- Copies of letters or affidavits from firms or individuals in the industry attesting that the particular position is so complex or unique that it can be performed only by an individual with a bachelor's degree or higher in a specific specialty, or its equivalent. Any letter or affidavit should be supported by documentation of the following:
  - The writer's qualifications as an expert;
  - The writer's knowledge of your business;
  - How the writer's conclusions were reached; and
  - The basis for the writer's conclusions, supported by copies or citations of any materials used.
- Copies of trade publications or other articles within your industry which demonstrate and highlight the specific complex or unique functions of the particular position, which can only be performed only by an individual with a bachelor's degree or higher in a specific specialty, or its equivalent.

### 3. Employer Normally Requires Degree or its Equivalent

You may establish eligibility by showing that you normally require a bachelor's degree or higher in a specific specialty, or its equivalent, for the position.

The evidence you submitted is insufficient to establish eligibility under this criterion. In your letter in support of the petition, you state you normally require "a bachelor's degree in hospitality management or a closely related field, as the expertise one develops in undertaking a bachelor-level program in specialty is indispensable to this unique position." However, you did not provide any documentary evidence to support your claim that your company normally requires a bachelor's degree in a specific specialty for the position of Market Research Analysts and Marketing Specialist. As such, you have not established that you normally require a bachelor's degree or higher in a specific specialty, or its equivalent, based on your own educational requirements.

You may still submit evidence to establish eligibility under this criterion. Evidence may include, but is not limited to:

- Copies of present and past job postings or announcements for the proffered position showing that you require or, if the beneficiary will perform services for an end-client, the end-client requires applicants to have a minimum of a bachelor's or higher degree in a specific specialty or its equivalent.
- Documentary evidence of your past employment practices for the position, including:
  - Documentation which lists the number of employees hired in the most recent two years for the position;
  - Copies of employment or pay records identifying past and present employees in this position; and
  - Copies of degrees and/or transcripts to verify the level of education and field of study of each individual hired for this position in the last two years. Additionally, provide evidence to establish the duties that the individuals performed, such as official position descriptions, job offer letters, job postings, or performance reviews.
- Documentation which lists the educational, experience, training, and skills requirements of the offered position, such as official position descriptions, job offer letters, or job postings.

### 4. Nature of Specific Duties So Specialized and Complex

You may establish eligibility by demonstrating that the nature of the specific duties of the offered position are so specialized and complex that the knowledge required to perform these duties is usually associated with the attainment of a bachelor's degree or higher in a specific specialty, or its equivalent.

The evidence you submitted is insufficient to establish eligibility under this criterion. While USCIS may provide a degree of due consideration to a petitioner's support letter, without further supporting evidence or additional details in the instant petition, the support letter containing the description of the job duties, is insufficient to establish that the nature of specific duties are so specialized and complex.

The job duties, as described, do not appear to be of such specialization or complexity as to require the attainment of a bachelor's degree in a specific specialty that consisted of theoretical and practical application of a body of highly specialized knowledge. You have not sufficiently detailed how the duties of the proffered position are more specialized and complex as compared to the duties normally associated with the Market Research Analysts and Marketing Specialist.

You may still submit evidence to establish eligibility under this criterion. Evidence may include, but is not limited to:

- An explanation of the specific duties, as they relate to your products and services, and how the nature of those duties of the offered position are so specialized and complex, that they are usually associated with the attainment of a bachelor's degree or higher in a specific specialty;



provide an explanation of what differentiates your products and services from other employers in the same industry. Be specific and provide documentation to support any explanation of specialization and complexity.

- Copies of letters or affidavits from firms, individuals, professional associations, or customers attesting that the nature of your products and services are so specialized and complex that a bachelor's level of education, or higher, in a specific specialty is a prerequisite for entry into the offered position. Any letter or affidavit should be supported by documentation of the following:
  - The writer's qualifications as an expert;
  - How the writer's conclusions were reached; and
  - The basis for the writer's conclusions, supported by copies or citations of any materials used.
- Copies of trade publications or other articles about your company that highlights the nature of your products and services and demonstrates that the specific duties of the offered position are so specialized and complex that a bachelor's level of education, or higher, in a specific specialty is a prerequisite for entry into the position.

PLEASE RETURN THE REQUESTED INFORMATION AND ALL SUPPORTING DOCUMENTS
WITH THIS ORIGINAL REQUEST ON TOP TO:

U.S. CITIZENSHIP AND IMMIGRATION SERVICES
75 LOWER WELDEN ST
ST ALBANS VT  05479



<div align="center">

## IANDOLI DESAI & CRONIN P.C.
### ATTORNEYS AT LAW

</div>

RICHARD L. IANDOLI
PRASANT D. DESAI
MADELINE CHOI CRONIN*
DÓNAL EOIN REILLY
MARY E. WALSH
JENNIFER A. MCGILL
ALISON HOWARD-YILMAZ

* ADMITTED IN CALIFORNIA

38 THIRD AVENUE, SUITE 100
BOSTON, MASSACHUSETTS 02129

PHONE (617) 482-1010 • FAX (617) 423-9070
WWW.IANDOLI.COM

December 12, 2019

**VIA FEDEX**

USCIS Vermont Service Center
ATTN: H-1B RFE Response
75 Lower Welden Street
St. Albans, VT 05479

<div align="center">

### RESPONSE TO REQUEST FOR EVIDENCE

</div>

**Re:**   **Form I-129, H-1B Petition for Nonimmigrant Worker**
       **PETITIONER:**    **Jamsan Hotel Management, Inc.**
       **BENEFICIARY:**    **Krishna PATHAK**
       **POSITION:**      **Revenue Manager**
       **RECEIPT #**      **EAC1926950350**

Dear USCIS Officer:

This letter is in response to U.S. Citizenship & Immigration Service's ("Service") Notice of Request for Additional Evidence ("RFE") issued on September 19, 2019. The Petitioner, Jamsan Hotel Management, Inc. ("JHM"), seeks to continue to employ Ms. Krishna Pathak, a citizen of India, in the professional position of Revenue Manager for the temporary period requested. In the RFE, the Service requests additional information to establish that the proffered position is a specialty occupation position. We thank you for this opportunity to provide that additional documentation, as detailed below.

<div align="center">

#### SPECIALTY OCCUPATION

</div>

Pursuant to 8 C.F.R. 214(2)(h)(4)(iii)(A), to qualify as a specialty occupation for purposes of the H-1B program, the position must meet **ONLY one** of the following four criteria:

   (1) A baccalaureate or higher degree or its equivalent is normally the minimum requirement for entry into the particular position;
   (2) The degree requirement is common to the industry in parallel positions among similar organizations or, in the alternative, an employer may show that its particular position is so complex or unique that it can be performed only by an individual with a degree;
   (3) The employer normally requires a degree or its equivalent for the position; or
   (4) The nature of the specific duties are so specialized and complex that knowledge required to perform the duties is usually associated with the attainment of a baccalaureate or higher degree.

JHM's position of Revenue Manager certainly meets one of an H-1B specialty occupation. We enclose for your review the following evidence that it, in fact, meets **three (3)** of the criteria as follows:

| | |
|---|---|
| **EXHIBIT 1** | Petitioning employer's letter by Mr. Ashok Patel providing a more detailed description of the duties to be performed by the company's Revenue Manager; how Ms. Pathak's education prepared her to perform these job duties; and affirming that the position qualifies as an H-1B specialty occupation. |

Please see an updated letter from JHM, enclosed as **Exhibit 1** to this RFE response, addressing these points in detail, and summarized below. Specifically, the letter from JHM provides an expanded statement regarding the beneficiary's proposed duties and responsibilities, including a more detailed job description, percentage of time devoted to each duty, how the job duties correspond to the Department of Labor's (DOL) SOC Code 13-1161 Market Research Analysts and Marketing Specialists, and how the position qualifies as a specialty occupation position, as follows:

> **(1) A baccalaureate or higher degree or its equivalent is normally the minimum requirement for entry into the particular position.**

In his letter at **Exhibit 1**, *supra*, Mr. Patel affirms that JHM's educational requirement of a bachelor's degree in hospitality management or a closely related field is normally the minimum requirement for entry into the position of Revenue Manager. According to DOL's O*Net, the position of Revenue Manager most closely resembles the job duties contained in the SOC code for Market Research Analysts and Marketing Specialists (SOC Code 13-1161). Please find enclosed:

| | |
|---|---|
| **EXHIBIT 2** | Chart outlining job duties and Ms. Pathak's coursework in hospitality management that prepared and trained her in the core competencies required to perform the position of Revenue Manager. |
| **EXHIBIT 3** | Chart outlining each job duty, additional details for each duty, and % of time devoted to each duty. |
| **EXHIBIT 4** | Copy of the relevant entries from the *Occupational Outlook Handbook* and O*Net for "Market Research Analysts and Marketing Specialists." |
| **EXHIBIT 5** | A chart comparing the job duties of the Revenue Manager to typical job duties listed in the O*Net for Market Research Analyst / Marketing Specialist |

The occupation of Market Research Analysts and Marketing Specialists has been categorized by O*NET as JobZone 4, meaning that the minimum entry into this position typically requires:

| Title | Job Zone Four: Considerable Preparation Needed |
|---|---|
| **Education** | Most of these occupations **require a four-year bachelor's degree**, but some do not. |

| Related Experience | **A considerable amount of work-related skill, knowledge, or experience is needed for these occupations.** For example, an accountant must complete four years of college and work for several years in accounting to be considered qualified. |
|---|---|
| Job Training | **Employees in these occupations usually need several years of work-related experience,** on-the-job training, and/or vocational training. |
| Job Zone Examples | Many of these occupations involve coordinating, supervising, managing, or training others. Examples include accountants, sales managers, database administrators, graphic designers, chemists, art directors, and cost estimators. |
| SVP Range | (7.0 < 8.0) |

In its RFE, the Service acknowledges the proper selection of the SOC code for Market Research Analysts and Marketing Specialists, but then erroneously states:

"The *OOH* does not indicate that Market Research Analysts and Marketing Specialist positions normally require a minimum of a bachelor's degree in a specific specialty. It states, a range of educational credentials including a bachelor's degree in a general background such as, backgrounds in business administration, the social sciences, or communications, may qualify an individual to perform the duties of a Market Research Analysts and Marketing Specialist."

In contrast, the *OOH* entry states, "**Most market research analysts need at least a bachelor's degree**... Market research analysts typically need a bachelor's degree in market research or a related field." Additionally, I feel it is appropriate at this juncture to point out that the *Occupational Outlook Handbook* **was not designed to assess the specialty occupation status of either occupations or particular positions within them.** Rather, the *OOH* is a career resource offering information about hundreds of occupations that provide the majority of jobs in the U.S. and it is compiled by the U.S. Department of Labor's Bureau of Labor Statistics. **It is not the ultimate authority on H-1B specialty occupations, was never designed for that purpose, and the Service's reliance on it as a sole-source for what comprises a specialty occupation is clearly erroneous.** Please see the following exhibit to this point:

EXHIBIT 6    The Disclaimer section of the *OOH* online, which states in pertinent part:

"Many trade associations, professional societies, unions, industrial organizations, and government agencies provide career information that is valuable to counselors and jobseekers. For the convenience of *Occupational Outlook Handbook* (*OOH*) users, some of these organizations and their Internet addresses are listed at the end of each occupational profile. Although these references were carefully compiled, the Bureau of Labor Statistics (BLS) has neither the authority nor the facilities to investigate the organizations or the information or publications made available to BLS. **As a result, BLS cannot guarantee the accuracy of such information** and the listing of an organization does not constitute in any way an endorsement or recommendation by BLS, either of the

organization and its activities or of the information the organization may supply. Each organization has sole responsibility for whatever information it issues.

The *OOH* describes the job outlook over a projected 10-year period for occupations across the nation; consequently, short-term labor market fluctuations and regional differences in job outlook generally are not discussed. Similarly, the *OOH* provides a general, composite description of jobs and cannot be expected to reflect work situations in specific establishments or localities. **The *OOH*, therefore, is not intended to, and should never, be used for any legal purpose.**" [emphasis added]

In addition to a disclaimer that states the information imparted in the *OOH* should not be used for any legal purpose (including, arguably, a legal standard for determining a specialty occupation), the Administrative Appeals Office and U.S. District Courts have repeatedly rejected USCIS's overuse of the *OOH*. The court in *Raj and Company v. USCIS*, 85 F. Supp. 3d 1231 (W.D. Wash 2015) cited *Residential Finance Corp v. USCIS* (839 F. Supp. 2d 985, 997 (S.D. Ohio 2012) in which the court rejected USCIS's narrow interpretation of the OOH, **noting that degrees rarely come bearing occupation-specific majors and finding that it is the knowledge that is important when evaluating H-1B eligibility**. This case also cited to *Tapis Int'l v. I.N.S.* (94 F. Supp. 2d 172, 175-76 (D. Mass. 2000). In *Tapis*, the court rejected agency interpretation that a degree in a specific field is required because it would preclude any position from satisfying the "specialty occupation" requirements. The decision states:

"The INS's position is contrary to the regulatory language. According to the statutory definition and INS guidelines, a position may qualify as a specialty occupation if the **employer** requires a bachelor's degree or its equivalent." [emphasis added]

The RFE is overwhelmingly relying solely on the *OOH* to assess whether a position qualifies as a specialty occupation based on whether the *OOH* entry states one particular field as normally the minimum requirement. This is being undertaken without the Service taking full consideration or evaluation of any of the individual merits and evidence provided in support of the petition. We strongly urge the Service to review the individual merits of the petition before dismissing that JHM has failed to prove that "a baccalaureate or higher degree or its equivalent is normally the minimum requirement."

### (2) The degree requirement is common to the industry in parallel positions among similar organizations.

The position of Revenue Manager (or similarly named roles) has become a common position in hospitality management firms. As additional evidence that the degree requirement is common to the industry, please find enclosed:

**EXHIBIT 7**     An article from the *Journal of Revenue and Pricing Management* entitled "The changing landscape of hotel revenue management and the role of the hotel revenue manager" discussing the recognition of the role of Revenue Manager, how it has grown and evolved over the past several decades, and the level of complexity the role takes.

In the article included at Exhibit 7 above, the authors state "With the increased adoption of revenue management strategies in the hotel industry, the role of the hotel revenue manager became increasingly common, particularly at full service hotels."

The authors further state:

> "The additional skills mentioned above will place the job of the hotel revenue manager into an even more specialized category, often **requiring a specialized and formal education**... This has been observed recently as hotel companies have begun to hire revenue managers from the ranks of recent college graduates and subsequently place them into months of intensive training, often at a central location."

JHM's minimum requirement of a bachelor's degree in hospitality management or a closely related field is common to the industry, as attested by industry experts. Please find enclosed:

**EXHIBIT 8**    Expert opinion letter by Mr. Gautam Sharma, President of Global Vision Hotels, a hotel management firm specializing in reviewing market trends and employing strategic rate management to ensure owners realize maximum return on their investments. Mr. Sharma evaluates the position of Revenue Manager at JHM and confirms that JHM's requirement of a bachelor's degree in hospitality management or a closely related field is standard in the hotel management industry for revenue management positions. Mr. Sharma's opinion letter is accompanied by a copy of his LinkedIn public profile and printouts from his company website.

In his letter at **Exhibit 8**, Mr. Sharma evaluates the position of Revenue Manager at JHM and confirms that JHM's requirement of a bachelor's degree in hospitality management or a closely related field is standard in the hospitality management industry. Specifically, Mr. Sharma writes:

> "I have recruited for similar positions to the one described above in the past, as these job duties are typical of a revenue management role. Jamsan Hotel Management, Inc.'s requirement that applicants for the Revenue Manager role possess a minimum of a bachelor's in hospitality management or a closely related field is what my firm would require for this type of role, as that is the industry standard for such a position. My own experience of many years in the hotel management industry informs my assessment of this position and the industry-standard."

This letter from an industry expert clearly indicates the position of Revenue Manager proffered by JHM is a typical position within the industry and that the minimum requirement of a bachelor's degree in hospitality management or a closely related field of study is common to the industry. Further, according to *Matter of Caron International, Inc.*,[1] the enclosed expert opinion letter should be given full weight and credit.

---

[1] *Matter of Caron International, Inc.* 19 I&N Dec. 791 (Comm 1988).

As further evidence of the fact the position meets the specialty occupation analysis for degree is common to the industry, we also enclose job listings for several other hotel revenue manager positions from hotels in the Greater Boston area, and other tourist destinations, such as Las Vegas and New Your City.   Please see the following:

**EXHIBIT 9**     Job Listings similar to JHM's Revenue Manager position requiring a bachelor's in hospitality management or closely related field, including:
A) Director of Revenue Management at the Charles Hotel in Cambridge, MA ("four-year college degree in business statistics, finance, accounting, revenue management, **hospitality**…"),
B) Director of Revenue Management with Highgate Hotels in New York, NY ("bachelor's degree or equivalent in hotel or **hospitality management** or closely related field"), and
C) Hotel Revenue / Yield Optimization Manager at Caesar's Las Vegas in Las Vegas, NV ("bachelor's degree in **Hotel Management**, Business Analytics/Insights, or related field…")

This small, local and nation-wide sampling of positions at **Exhibit 9** demonstrates the minimum requirement for a Revenue Manager type role in the industry, as affirmed by the industry expert at **Exhibit 8**, is a bachelor's degree in hospitality management or closely related field.

> **(4) The nature of the specific duties are so specialized and complex that knowledge required to perform the duties is usually associated with the attainment of a baccalaureate or higher degree.**

As evidence that the nature of the specific duties of the Revenue Manager at JHM are so specialized and complex that the knowledge required to perform the duties is usually associated with the attainment of a bachelor's or higher degree in hospitality management or a closely related field of study, please return to the enclosed letter (**Exhibit 1,** *supra*) from Mr. Ashok Patel, VP of Operations at JHM. Mr. Patel writes:

> The very nature of our hotel operations management firm requires specialized knowledge, and therefore we believe it is self-evident this role requires a bachelor-level education in a limited number of relevant fields (including hospitality management or a closely related field). With our initial petition, we provided a bullet point list of 15 duties the Revenue Manager will undertake. We have listed them again here, along with the percent of time devoted to each duty as requested, and have provided additional detail about the specific day-to-day tasks required to fulfill each duty.

Please refer again to the enclosed chart detailing the complex job duties of the Revenue Manager (**Exhibit 4,** *supra*). Mr. Patel continues:

> In light of the position's required technical tasks, we would not hire anyone without at least a bachelor's degree or higher in hospitality management or a related field to this position, as the incumbent Revenue Manager must possess the sophisticated knowledge required by the position to perform these complex duties successfully. Further, it is

6

industry standard that a Revenue Manager would have a degree in hospitality management or a closely related field.

## STANDARD OF REVIEW

In an October 19, 2010 precedent decision[2], the Administrative Appeals Unit confirmed that the "preponderance of the evidence" standard of proof is used in most immigration proceedings, by stating that the applicant must prove by a preponderance of evidence that he or she is eligible for the benefit sought. Thus, even if the director has some doubt as to the truth, if the petitioner submits relevant, probative, and credible evidence that leads the director to believe that the claim is "probably true" or "more likely than not," the applicant or petitioner has satisfied the standard of proof. *See U.S. v. Cardoza-Fonseca*, 480 U.S. 421 (1987) (defining "more likely than not" as a greater than 50 percent probability of something occurring).[3]

JHM has proven by a preponderance of the evidence that the position of Revenue Manager is a specialty occupation, as it meets 3 of the possible 4 criteria and need only meet 1. The degree is normally the minimum requirement, the degree is common to the industry, and the nature of the position is so specialized and complex it could only be performed by an individual with the requested degree. Accordingly, we respectfully request that you approve this petition.

If you have any further questions, please do not hesitate to contact me.

Sincerely,

Jennifer A. McGill, Esq.

JAM/kgn
Enclosures
#11480P

---

[2] *Matter of Chawathe*, Interim Decision #3700, 25 I&N Dec. 369 (AAO 2010).
[3] *Matter of E-M-*, 20 I&N Dec. 77, 79-80 (Comm'r 1989).

**Response to Request for Evidence**
**Petitioner: Jamsan Hotel Management, Inc. (JHM)**
**Beneficiary: Krishna Pathak**
**Position: Revenue Manager**

## INDEX TO SUPPORTING EXHIBITS

| | |
|---|---|
| **EXHIBIT 1:** | Petitioning employer's letter in response to the request for additional evidence by Mr. Ashok Patel providing a more detailed description of the complex duties to be performed by the company's Revenue Manager; how Ms. Pathak's education prepared her to perform these job duties; and affirming that the position qualifies as an H-1B specialty occupation. |
| **EXHIBIT 2:** | Chart outlining job duties and Ms. Pathak's coursework in hospitality management that prepared and trained her in the core competencies required to perform the position of Revenue Manager. |
| **EXHIBIT 3:** | Chart outlining each job duty, additional details for each duty, and % of time devoted to each duty. |
| **EXHIBIT 4:** | Copy of the relevant entries from the *Occupational Outlook Handbook* and O*Net for "Market Research Analysts." |
| **EXHIBIT 5:** | Chart comparing the job duties of Revenue Manager to typical job duties listed in the O*Net for "Market Research Analysts." |
| **EXHIBIT 6:** | Copy of the Disclaimer section of the *OOH* online, in which the BLS states it cannot guarantee the accuracy of the information contained therein, and stating the **"The *OOH* is not intended to, and should never, be used for any legal purpose."** |
| **EXHIBIT 7:** | Scholarly article published in the *Journal of Revenue and Pricing Management* entitled "The changing landscape of hotel revenue management and the role of the hotel revenue manager," which describes recognition of the role of Revenue Manager, how it has grown and evolved over the past several decades, and the level of complexity the role involves. |
| **EXHIBIT 8:** | Expert opinion letter by Mr. Gautam Sharma, President of Global Vision Hotels, a hotel management firm specializing in reviewing market trends and employing strategic rate management to ensure owners realize maximum return on their investments. Mr. Sharma evaluates the position of Revenue Manager at JHM and confirms that JHM's requirement of a bachelor's degree in hospitality management or a closely related field is standard in the hotel management industry for revenue management positions. Mr. Sharma's opinion letter is accompanied by a copy of his LinkedIn public profile and printouts from his company website. |
| **EXHIBIT 9:** | Sample job listings from other similar positions to Revenue Manager in the Greater Boston area and beyond, all of which demonstrate the degree requirement is industry standard. |

# EXHIBIT 1



# JAMSAN

### HOTEL MANAGEMENT

12/12/2019

**<u>VIA FEDEX</u>**

USCIS Vermont Service Center
ATTN: H-1B RFE
75 Lower Welden Street
St. Albans, VT 05479

Re:  **Letter in Response to Request for Evidence**
     **Form I-129, H-1B Petition for Nonimmigrant Worker**
     **PETITIONER:     JHM Hotel Management, Inc.**
     **BENEFICIARY:    Krishna PATHAK**
     **RECEIPT #       EAC1926950350**

Dear Officer:

We write this letter in response to the U.S. Citizen and Immigration Services' ("Service") request for additional evidence ("RFE"), dated September 19, 2019, regarding the H-1B petition our firm, Jamsan Hotel Management, Inc. ("JHM"), filed on behalf of Ms. Krishna Pathak ("Ms. Pathak"). We thank you for this opportunity to clarify the details of Ms. Pathak's proposed employment with us in the specialty occupation position of Revenue Manager. Our response here accompanies our attorney's legal memo and is intended to supplement the information previously provided in our initial filing about the offered position, and why the position qualifies as an H-1B specialty occupation position.

To understand the specialized and complex nature of our offered position of Revenue Manager, it is necessary to understand the nature of the services our firm provides. Jamsan Hotel Management, Inc. is a mid-sized hotel management company and premier lodging solution provider based in Lexington, Massachusetts. JHM has been a proven successful owner and operator of branded, limited service, mid-scale hotels since 1994 and currently owns and manages more than 60 hotels in the New England region. Our expertise includes development, hotel operations, hotels sales and marketing, advertising, and asset management. JHM is dedicated to improving hotel performance through cost-effective operations, marketing and purchasing programs, and sales development at the local level. We employ 25 professionals and manage a workforce of 1,800 who are driven by a singular goal of providing best possible hospitality experience for every guest and exceptional ROI for their Investors. We work with all of the leading national brands including Marriott International, Choice Hotels, Wyndham, Hilton, Sheraton, Cendant Hotel Corporation, Best Western International, and Intercontinental Hotel Group as well as independent and boutique hotels and has partnerships in multiple restaurant ventures to provide a unique lodging solution for the greater New England region.



## J A M S A N

### HOTEL MANAGEMENT

To continue to maximize our company's overall revenue through development of effective inventory and pricing strategies our competitive edge in the hotel management industry, we require a Revenue Manager with extensive knowledge of demand and competitor analysis in order to gain market share. This position requires a highly motivated individual who can work with minimal supervision and interact with hotels at a higher level, confidently researching, advising the implementation of successful strategies. The Revenue Manager is responsible for driving JHM's revenue performance and ensuring that all target market segments are developed for the long-term benefit of the firm. Our requirement of a bachelor's degree in hotel management or a closely related field is normal for entry into the occupation and is the industry standard; we would not consider hiring anyone to this highly-specialized role unless they had earned at least this degree.

As noted in our initial petition, when determining the prevailing wage for this position, we found that SOC Code 13-1161 Market Research Analysts and Marketing Specialists best matches our position of Revenue Manager. Please refer to the enclosed chart listed in our accompanying Index of Supporting Documents in response to this RFE which shows that the job duties of the Revenue Manager are consistent with our chosen SOC Code. The Department of Labor's *Occupational Outlook Handbook* (OOH) provides a range of specific specialties/courses of study in which Market Research Analysts and Marketing Specialists can be trained; however, it appears that the *OOH* has not yet developed occupational information for Revenue Managers in particular. **The fact the *OOH* has not yet assigned a particular degree or set of degrees to an SOC code does not preclude it from being a specialty occupation.** In reviewing O*NET (another DOL publication), SOC Code 13-1161 Market Research Analysts and Marketing Specialists are listed as falling within Job Zone Four: Considerable Preparation Needed. The guide states in pertinent part, "Most of these occupations require a four-year bachelor's degree, but some do not. A considerable amount of work-related skill, knowledge, or experience is needed for these occupations" (see enclosed documentation). O*NET also indicates that 57% of employers for this occupation require at least a bachelor's degree and 43% of employers require a master's degree or post-baccalaureate certificate.

As we do not employ any other Revenue Managers or similar employees, JHM relies heavily on the knowledge and the skills Ms. Pathak obtained through the completion of her degree program in hospitality management and tourism, knowledge she could not have gained without the completion of at least a bachelor's degree in aforementioned field or in one closely related. JHM would not consider hiring anyone to the Revenue Manager position who does not have at least a bachelor's degree in hospitality management or a closely related field, as the expertise one develops in undertaking a bachelor-level program in specialty is indispensable to this unique position. The Revenue Manager alone is responsible for analyzing STR and channel reports, using skills she developed in her graduate-level hospitality management program to provide the senior leadership with the data needed to strategize our firm's continued expansion.



J A M S A N

HOTEL MANAGEMENT

The very nature of our hotel operations management firm requires specialized knowledge, and therefore we believe it is self-evident this role requires a bachelor-level education in a limited number of relevant fields (including hospitality management or a closely related field). With our initial petition, we provided a bullet point list of 15 duties the Revenue Manager will undertake. We have listed them again here, along with the percent of time devoted to each duty as requested, and have provided additional detail about the specific day-to-day tasks required to fulfill each duty.

- **Shopping competitors on all channels (5%):**
  - Review all competitive shops in each hotel market online via GDS such as Expedia, Booking.com, Travelport, Travelocity, Kayak.
- **Gathering data on competitors and analyzing their prices and marketing strategies (6%):**
  - Gather and analyze past and present market trends by using various reports such as Rubicon, OTA Insight, Rate 360-Hotelligence and make required recommendations for future strategies.
- **Analyzing STR and channel reports (10%):**
  - Review and analyze end of month rooms statistics reports including Key Hotel Marketing, STR, FMS, Report of Operations, Weekly Booking Pace Reports, Weekly Shop Call Reports, Market Comparison Reports, Revenue Management Reports, Hilsmart.
- **Participating in individual hotel rate strategy meetings (5%):**
  - Attend/conduct weekly and quarterly Sales strategy meetings/ Revenue Meetings with Director of Sales, General Manger/Operations Manager to go through inventory and group-pick-ups.
- **Reviewing brand programs - add/monitor/delete offerings as needed for maximizing bookings and develop and implement procedures for identifying new marketing needs (10%):**
  - Identify marketing opportunities and work closely with Sales Team to develop programs for individual brands. Focus on distressed periods to maximize bookings.
- **Update channel information - amenity errors/correct info (4%):**
  - Ensure property participation and data integrity in all forms of e-Distribution Channels.
- **Audit rate codes/programs for functionality/offer alternative (8%):**
  - Coordinate and implement updates for rates and Transient Protected in OnQ FMS and in Delphi/DMPE.
- **Analyze/audit marketing efforts including local programs, specials, and partnership (8%):**



**JAMSAN**

HOTEL MANAGEMENT

  o   Monitor and analyze the competition daily and weekly through shop calls, the Internet to identify selling strategies and market trends, demand and market conditions including local programs, events/specials in area.

- **Forecast and track trends, including setting restrictions/close out inventory/stop sell for demand dates (12%):**
  o   Review Delphi/DMPE Lost Business and Quick Regrets reports with Edwin Phillips & Sandra Miller to determine unconstrained group demand.
- **Open up inventory/lower rates/remove for non-demand dates (12%):**
  o   Regularly monitor rate inventory controls in all Revenue Management systems such as Netrez/OnQ PMS/RMS, Hilstar, DMPE/Delphi, Lanyon, Go-Leads and make required rate changes.
- **Check group blocks - Call sales managers for status on tentative/pickup/cutoffs (3%):**
  o   Work closely with Edwin Phillips - Regional Director of Sales, Sanda Miller - Regional Operations Manager and Hotel Reservations to ensure effective and efficient management of group inventory daily and provide direction as needed on cutoff date extensions//additions to inventory.
- **Monitor special event dates (5%):**
  o   Review Demand calendars, convention calendars and city events calendars to keep abreast of all demand generators.
- **Check extranets for availability/adjust to strategy/maintain parity (4%):**
  o   Shop hotels through the GDS' - Expedia, Booking.com, Sabre, Amadeus to ensure proper positioning to maintain rate parity of each hotel and assess competitive environment.
- **Assist sales with national accounts RFP & FIT submissions (3%):**
  o   Work with Edwin Phillips - Regional Director of Sales on national accounts RFP & FIT submissions.
- **Engage in continuing education on new marketing/revenue generating opportunities (5%):**
  o   Review opportunities for cross-selling hotels and relocating corporate and group business to provide way for additional rooms revenue opportunities.

As you can see from the complexity of the duties listed above, the Revenue Manager is a complex and sophisticated position such that the duties involved can only be performed by an individual with a bachelor's degree or higher in hospitality management or a related field. In light of the position's required technical tasks, we would not hire anyone without at least a bachelor's degree or higher in hospitality management or a related field to this position, as the incumbent Revenue Manager must possess the sophisticated knowledge required by the position to perform these complex duties successfully. Further, it is industry standard that a Revenue Manager would have a degree in hospitality management or a closely related field. Additional



**J A M S A N**

HOTEL MANAGEMENT

evidence addressing these points are included in the Index of Supporting documents and addressed in our attorney's memorandum that accompanies this letter.

Ms. Pathak is well qualified this professional position of Revenue Manager at JHM. Her educational training has direct application in her daily job duties. She earned a Master's in Hospitality and Tourism Management from the Rochester Institute of Technology in Rochester, New York in 2012. As part of her graduate degree program, she excelled in several marketing research analysis-related classes, including data analysis, travel marketing systems, service performance metrics, and integrative problem solving. Ms. Pathak is proficient in MICRO's system software, Opera, Fidelio, Point of Sale, Brilliant, Choice Central, Wynguest, and with the CBORD Data Management System, all of which are key to the Revenue Management process. Complementing her excellent academic background, Ms. Pathak has several years of professional experience in the hospitality industry. From October to December 2012, Ms. Pathak was employed by Invite Hospitality in Columbus, Ohio as an Assistant General Manager where she worked directly with the Vice President to manage all activities of the property including employees, maintenance, sales, and profit/ loss controls. She worked as the Lodging Manager at Methuen Hospital LLC from January 2013 until September 2016 under the auspices of the H-1B program, and has served as Revenue Manager for our organization since that time.

Based on the enclosed information in response to the RFE, the attached exhibits and the contents of the original petition, we respectfully request that JHM's H-1B petition on behalf of Ms. Krishna Pathak be approved.

Sincerely,

Ashok Patel
Vice President of Operations
Jamsan Hotel Management, Inc.

# EXHIBIT 2

# CHART OF COURSEWORK

**Position:** Revenue Manager
**SOC:** 13-1161 Market Research Analysts& Marketing Specialists
**Job Zone 4:** Considerable Preparation Needed

**Beneficiary:** Krishna Pathak
**Required Education:** Bachelor's in Hospitality Management or related
**Beneficiary Education:** Master's in Hospitality – Tourism Management

| JOB DUTIES | MIN. EDUCATION | RELEVANT COURSEWORK | HOW COURSEWORK PREPARED BENEFICIARY FOR DUTY |
|---|---|---|---|
| Shopping competitors on all channels. | Bachelor's in Hospitality Management or closely related | 714 - Data Analysis | Learned several data analysis methods & techniques which we use in gathering and scrutinizing data. |
| Gathering data on competitors and analyzing their prices and marketing strategies. | Bachelor's in Hospitality Management or closely related | 714 - Data Analysis | Learned how to gather revenue patterns, review their ADR by analyzing Rubicon/STR reports and perceive market trends. |
| Analyzing STR and channel reports. | Bachelor's in Hospitality Management or closely related | 714 - Data Analysis | Taught to analyze STR, Rubicon, BestRev, Booking Analysis reports and study projected RevPAR & ADR with Occupancy. |
| Participating in individual hotel rate strategy meetings. | Bachelor's in Hospitality Management or closely related | 825 - Strategic Process of Service Firms | Helped gain the acumen to efficiently brainstorm strategies and participate in the market. |
| Reviewing brand programs - add/monitor/delete offerings as needed for maximizing bookings and develop and implement procedures for identifying new marketing needs. | Bachelor's in Hospitality Management or closely related | 825 - Strategic Process of Service Firms | Helped understand holistic strategy for each individual hotel brand programs to achieve set goals. Analyzing organizational structure, operational procedures, corporate policies, financial growth and related factors of service firms. |
| Update channel information - amenity errors/correct info. | Bachelor's in Hospitality Management or closely related | 755 - Graduate Writing Seminar | Taught in conjunction with Research Methods/Data Analysis. Helped write material and verify and correct errors in accordance with Brand Standards and Company Policies. |
| Audit rate codes/programs for functionality/offer alternative. | Bachelor's in Hospitality Management or closely related | 794 - Integrative Problem Solving | Learned how to demonstrate synthesis and integration of the theories and foundation principles of HM discipline to make efficient and informed strategic business decisions. |

| | | | |
|---|---|---|---|
| Analyze/audit marketing efforts including local programs, specials, and partnership. | Bachelor's in Hospitality Management or closely related | 849 - Service Performance Metrics | Examined various self-assessment processes associated with improving service quality. The seven Malcolm Baldrige National Quality Award categories, the eight President's Award for Quality and Productivity categories (Federal Quality Institute), and the ISO 9000 categories. Helped design effective marketing strategies and perceive market trends. |
| Forecast and track trends, including setting restrictions/close out inventory/stop sell for demand dates. | Bachelor's in Hospitality Management or closely related | 849 - Service Performance Metrics | Improved cognition to understand service metrics and key performance factors which we apply to improve hotel's performance in today's competitive market and be in accordance with current market trends. |
| Open up inventory/lower rates/remove for non-demand dates. | Bachelor's in Hospitality Management or closely related | 849 - Service Performance Metrics | How to maintain property inventory based on special events/black-out dates and occupancy. |
| Check group blocks - Call sales managers for status on tentative/pickup/cutoffs. | Bachelor's in Hospitality Management or closely related | 828 - Meeting Planning Development | Learned organizational skills, networking, adaptability and resilience. Helps to manage teleconferences with Sales managers for STAR discussion, Pricing/Inventory and Booking analysis. |
| Monitor special event dates. | Bachelor's in Hospitality Management or closely related | 867 - Tourism Planning & Development | Learned about the foundation of tourism planning and the process of setting goals, aligning multidimensional functions and developing strategies to accomplish set goals. |
| Check extranets for availability/adjust to strategy/maintain parity. | Bachelor's in Hospitality Management or closely related | 825 - Strategic Process of Planning & Development | Rectifying hotel's pain-points and bring forth marketing strategies to achieve set goals by maintaining rate parity according to occupancy and blackout dates. |
| Assist sales with national accounts RFP & FIT submissions. | Bachelor's in Hospitality Management or closely related | 755 - Graduate Writing Seminar | Improved English writing skills. Helped to write RFP & FIT in accordance with Hotel Brand Standards. |
| Engage in continuing education on new marketing/revenue generating opportunities. | Bachelor's in Hospitality Management or closely related | 844 - Breakthrough Thinking Creativity & Innovation | Breakthrough thinking provided the key skills needed to hone creative thinking for business growth. |

EXHIBIT 3

# EXPANDED JOB DUTIES CHART

**Position:** Revenue Manager
**SOC:** 13-1161 Market Research Analysts& Marketing Specialists
**Job Zone 4:** Considerable Preparation Needed

**Beneficiary:** Krishna Pathak
**Required Education:** Bachelor's in Hospitality Management or closely related
**Beneficiary Education:** Master's in Hospitality – Tourism Management

| JOB DUTIES | ADDITIONAL DETAIL | % OF TIME |
|---|---|---|
| Shopping competitors on all channels. | Review all competitive shops in each hotel market online via GDS such as Expedia, Booking.com, Travelport, Travelocity, Kayak. | 5% |
| Gathering data on competitors and analyzing their prices and marketing strategies. | Gather and analyze past and present market trends by using various reports such as Rubicon, OTA Insight, Rate 360-Hotelligence and make required recommendations for future strategies. | 6% |
| Analyzing STR and channel reports. | Review and analyze end of month rooms statistics reports including Key Hotel Marketing, STR, FMS, Report of Operations, Weekly Booking Pace Reports, Weekly Shop Call Reports, Market Comparison Reports, Revenue Management Reports, Hilsmart. | 10% |
| Participating in individual hotel rate strategy meetings. | Attend/conduct weekly and quarterly Sales strategy meetings/ Revenue Meetings with Director of Sales, General Manger/Operations Manager to go through inventory and group-pick-ups. | 5% |
| Reviewing brand programs - add/monitor/delete offerings as needed for maximizing bookings and develop and implement procedures for identifying new marketing needs. | Identify marketing opportunities and work closely with Sales Team to develop programs for individual brands. Focus on distressed periods to maximize bookings. | 10% |
| Update channel information - amenity errors/correct info. | Ensure property participation and data integrity in all forms of e-Distribution Channels. | 4% |
| Audit rate codes/programs for functionality/offer alternative. | Coordinate and implement updates for rates and Transient Protected in OnQ FMS and in Delphi/DMPE. | 8% |
| Analyze/audit marketing efforts including local programs, specials, and partnership. | Monitor and analyze the competition daily and weekly through shop calls, the Internet to identify selling strategies and market trends, demand and market conditions including local programs, events/specials in area. | 8% |
| Forecast and track trends, including setting restrictions/close out inventory/stop sell for demand dates. | Review Delphi/DMPE Lost Business and Quick Regrets reports with Edwin Phillips & Sandra Miller to determine unconstrained group demand. | 12% |
| Open up inventory/lower rates/remove for non-demand dates. | Regularly monitor rate inventory controls in all Revenue Management systems such as Netrez/OnQ PMS/RMS, Hilstar, DMPE/Delphi, Lanyon, Go-Leads and make required rate changes. | 12% |

| | | |
|---|---|---|
| Check group blocks - Call sales managers for status on tentative/pickup/cutoffs. | Work closely with Edwin Phillips - Regional Director of Sales, Sanda Miller - Regional Operations Manager and Hotel Reservations to ensure effective and efficient management of group inventory daily and provide direction as needed on cutoff date extensions//additions to inventory. | 3% |
| Monitor special event dates. | Review Demand calendars, convention calendars and city events calendars to keep abreast of all demand generators. | 5% |
| Check extranets for availability/adjust to strategy/maintain parity. | Shop hotels through the GDS' - Expedia, Booking.com, Sabre, Amadeus to ensure proper positioning to maintain rate parity of each hotel and assess competitive environment. | 4% |
| Assist sales with national accounts RFP & FIT submissions. | Work with Edwin Phillips - Regional Director of Sales on national accounts RFP & FIT submissions. | 3% |
| Engage in continuing education on new marketing/revenue generating opportunities. | Review opportunities for cross-selling hotels and relocating corporate and group business to provide way for additional rooms revenue opportunities. | 5% |

EXHIBIT 4





# O*NET OnLine

## Summary Report for:
### 13-1161.00 - Market Research Analysts and Marketing Specialists

Updated 2019

Bright Outlook

Research market conditions in local, regional, or national areas, or gather information to determine potential sales of a product or service, or create a marketing campaign. May gather information on competitors, prices, sales, and methods of marketing and distribution.

**Sample of reported job titles:** Business Development Specialist, Client Service and Consulting Manager, Communications Specialist, Demographic Analyst, Market Analyst, Market Research Analyst, Market Research Consultant, Market Research Specialist, Market Researcher, Marketing Research Coordinator

| View report: | Summary | Details | Custom |
|---|---|---|---|

Tasks | Technology Skills | Tools Used | Knowledge | Skills | Abilities | Work Activities | Detailed Work Activities | Work Context | Job Zone | Education | Credentials | Interests | Work Styles | Work Values | Related Occupations | Wages & Employment | Job Openings | Additional Information

## Tasks

 All 13 displayed

- Prepare reports of findings, illustrating data graphically and translating complex findings into written text.
- Collect and analyze data on customer demographics, preferences, needs, and buying habits to identify potential markets and factors affecting product demand.
- Conduct research on consumer opinions and marketing strategies, collaborating with marketing professionals, statisticians, pollsters, and other professionals.
- Measure and assess customer and employee satisfaction.
- Devise and evaluate methods and procedures for collecting data, such as surveys, opinion polls, or questionnaires, or arrange to obtain existing data.
- Measure the effectiveness of marketing, advertising, and communications programs and strategies.
- Seek and provide information to help companies determine their position in the marketplace.
- Forecast and track marketing and sales trends, analyzing collected data.
- Gather data on competitors and analyze their prices, sales, and method of marketing and distribution.
- Monitor industry statistics and follow trends in trade literature.
- Attend staff conferences to provide management with information and proposals concerning the promotion, distribution, design, and pricing of company products or services.
- Direct trained survey interviewers.
- Develop and implement procedures for identifying advertising needs.

Find occupations related to multiple tasks

back to top

## Technology Skills

 All 33 displayed   **Show 6 tools used**

- **Analytical or scientific software** — IBM SPSS Statistics ; Minitab ; TNS Miriad; WinCross (see all 22 examples)
- **Business intelligence and data analysis software** — IBM Cognos Impromptu ; MicroStrategy ; Qlik Tech QlikView ; Tableau (see all 5 examples)
- **Categorization or classification software** — Map Maker
- **Content workflow software** — Adxstudio, for Microsoft

- ⊕ **Customer relationship management CRM software** — Blackbaud The Raiser's Edge; Insightful Corporation Confirmit; Oracle Eloqua; Salesforce software 🔥 (see all 8 examples)

- ⊕ **Data base management system software** — Apache Hadoop 🔥; Apache Hive 🔥; Apache Pig 🔥; Teradata Database 🔥

- ⊕ **Data base reporting software** — SAP Crystal Reports 🔥

- ⊕ **Data base user interface and query software** — Amazon Redshift 🔥; GMI NET-MR; Microsoft Access 🔥; Structured query language SQL 🔥 (see all 13 examples)

- ⊕ **Data mining software** — Google Analytics 🔥; IBM Intelligent Miner; NCR Teradata Warehouse Miner; Oracle Darwin (see all 5 examples)

- ⊕ **Desktop publishing software** — Adobe Systems Adobe InDesign 🔥; LogiXML Ad-HOC; Microsoft Publisher; Sawtooth SSI Web

- ⊕ **Development environment software** — Adobe Systems Adobe ActionScript; Microsoft Visual Basic 🔥

- ⊕ **Document management software** — Adobe Systems Adobe Acrobat 🔥

- ⊕ **Electronic mail software** — IBM Notes 🔥; Microsoft Outlook 🔥

- ⊕ **Enterprise resource planning ERP software** 🔥 — Microsoft Dynamics 🔥; NetSuite ERP 🔥; Oracle Hyperion 🔥; SAP 🔥 (see all 7 examples)

- ⊕ **Expert system software** — Digivey software (expert system feature)

- ⊕ **Financial analysis software** — Delphi Technology; Financial planning software

- ⊕ **Graphics or photo imaging software** — Adobe Systems Adobe Photoshop 🔥; Microsoft Visio 🔥; SmugMug Flickr 🔥; Thomson Dialog (see all 8 examples)

- ⊕ **Information retrieval or search software** — Factiva; LexisNexis; Mintel Reports; Verispan Patient Parameters (see all 9 examples)

- ⊕ **Internet browser software** — Web browser software

- ⊕ **Map creation software** — ESRI ArcGIS software

- ⊕ **Object or component oriented development software** — R 🔥

- ⊕ **Office suite software** — Google Drive 🔥; Microsoft Office 🔥

- ⊕ **Operating system software** — Apple macOS 🔥; Red Hat Enterprise Linux 🔥

- ⊕ **Point of sale POS software** — Digivey software (point of sale feature)

- ⊕ **Presentation software** — Microsoft PowerPoint 🔥

- ⊕ **Project management software** — 37Signals Basecamp; ClassApps SelectSurveyASP; Microsoft Project 🔥; Perseus SurveySolutions (see all 5 examples)

- ⊕ **Sales and marketing software** — Google AdWords 🔥; Marketo Marketing Automation 🔥

- ⊕ **Spreadsheet software** — Microsoft Excel 🔥

- ⊕ **Transaction security and virus protection software** — Symantec 🔥

- ⊕ **Video creation and editing software** — Adobe Systems Adobe AfterEffects 🔥; Apple Final Cut Pro; YouTube 🔥

- ⊕ **Web page creation and editing software** --- Adobe Systems Adobe Dreamweaver; Adobe Systems Adobe Flash Player; Facebook 🔥; LinkedIn 🔥

- ⊕ **Web platform development software** — Cascading Style Sheets CSS 🔥; Drupal 🔥; Hypertext markup language HTML 🔥; JavaScript 🔥 (see all 7 examples)

- ⊕ **Word processing software** — Google Docs 🔥; Microsoft Word 🔥

🔥 Hot Technology — a technology requirement frequently included in employer job postings.

back to top

## Knowledge

🗋 All 11 displayed

- ⊕ **English Language** — Knowledge of the structure and content of the English language including the meaning and spelling of words, rules of composition, and grammar.
- ⊕ **Customer and Personal Service** — Knowledge of principles and processes for providing customer and personal services. This includes customer needs assessment, meeting quality standards for services, and evaluation of customer satisfaction.
- ⊕ **Sales and Marketing** — Knowledge of principles and methods for showing, promoting, and selling products or services. This includes marketing strategy and tactics, product demonstration, sales techniques, and sales control systems.
- ⊕ **Mathematics** — Knowledge of arithmetic, algebra, geometry, calculus, statistics, and their applications.
- ⊕ **Administration and Management** — Knowledge of business and management principles involved in strategic planning, resource allocation, human resources modeling, leadership technique, production methods, and coordination of people and resources.
- ⊕ **Communications and Media** — Knowledge of media production, communication, and dissemination techniques and methods. This includes alternative ways to inform and entertain via written, oral, and visual media.
- ⊕ **Clerical** — Knowledge of administrative and clerical procedures and systems such as word processing, managing files and records, stenography and transcription, designing forms, and other office procedures and terminology.
- ⊕ **Computers and Electronics** — Knowledge of circuit boards, processors, chips, electronic equipment, and computer hardware and software, including applications and programming.
- ⊕ **Sociology and Anthropology** — Knowledge of group behavior and dynamics, societal trends and influences, human migrations, ethnicity, cultures and their history and origins.
- ⊕ **Psychology** — Knowledge of human behavior and performance; individual differences in ability, personality, and interests; learning and motivation; psychological research methods; and the assessment and treatment of behavioral and affective disorders.
- ⊕ **Economics and Accounting** — Knowledge of economic and accounting principles and practices, the financial markets, banking and the analysis and reporting of financial data.

back to top

## Skills

 All 17 displayed

- ⊕ **Critical Thinking** — Using logic and reasoning to identify the strengths and weaknesses of alternative solutions, conclusions or approaches to problems.
- ⊕ **Reading Comprehension** — Understanding written sentences and paragraphs in work related documents.
- ⊕ **Writing** — Communicating effectively in writing as appropriate for the needs of the audience.
- ⊕ **Active Listening** — Giving full attention to what other people are saying, taking time to understand the points being made, asking questions as appropriate, and not interrupting at inappropriate times.
- ⊕ **Complex Problem Solving** — Identifying complex problems and reviewing related information to develop and evaluate options and implement solutions.
- ⊕ **Speaking** — Talking to others to convey information effectively.
- ⊕ **Judgment and Decision Making** — Considering the relative costs and benefits of potential actions to choose the most appropriate one.
- ⊕ **Active Learning** — Understanding the implications of new information for both current and future problem-solving and decision-making.
- ⊕ **Mathematics** — Using mathematics to solve problems.
- ⊕ **Monitoring** — Monitoring/Assessing performance of yourself, other individuals, or organizations to make improvements or take corrective action.
- ⊕ **Persuasion** — Persuading others to change their minds or behavior.
- ⊕ **Social Perceptiveness** — Being aware of others' reactions and understanding why they react as they do.
- ⊕ **Systems Analysis** — Determining how a system should work and how changes in conditions, operations, and the environment will affect outcomes.
- ⊕ **Systems Evaluation** — Identifying measures or indicators of system performance and the actions needed to improve or correct performance, relative to the goals of the system.
- ⊕ **Coordination** — Adjusting actions in relation to others' actions.

➕ **Learning Strategies** — Selecting and using training/instructional methods and procedures appropriate for the situation when learning or teaching new things.

➕ **Time Management** — Managing one's own time and the time of others.

back to top

## Abilities

 All 17 displayed

➕ **Inductive Reasoning** — The ability to combine pieces of information to form general rules or conclusions (includes finding a relationship among seemingly unrelated events).

➕ **Deductive Reasoning** — The ability to apply general rules to specific problems to produce answers that make sense.

➕ **Fluency of Ideas** — The ability to come up with a number of ideas about a topic (the number of ideas is important, not their quality, correctness, or creativity).

➕ **Oral Comprehension** — The ability to listen to and understand information and ideas presented through spoken words and sentences.

➕ **Oral Expression** — The ability to communicate information and ideas in speaking so others will understand.

➕ **Written Comprehension** — The ability to read and understand information and ideas presented in writing.

➕ **Written Expression** — The ability to communicate information and ideas in writing so others will understand.

➕ **Information Ordering** — The ability to arrange things or actions in a certain order or pattern according to a specific rule or set of rules (e.g., patterns of numbers, letters, words, pictures, mathematical operations).

➕ **Category Flexibility** — The ability to generate or use different sets of rules for combining or grouping things in different ways.

➕ **Speech Clarity** — The ability to speak clearly so others can understand you.

➕ **Near Vision** — The ability to see details at close range (within a few feet of the observer).

➕ **Problem Sensitivity** — The ability to tell when something is wrong or is likely to go wrong. It does not involve solving the problem, only recognizing there is a problem.

➕ **Mathematical Reasoning** — The ability to choose the right mathematical methods or formulas to solve a problem.

➕ **Originality** — The ability to come up with unusual or clever ideas about a given topic or situation, or to develop creative ways to solve a problem.

➕ **Speech Recognition** — The ability to identify and understand the speech of another person.

➕ **Number Facility** — The ability to add, subtract, multiply, or divide quickly and correctly.

➕ **Flexibility of Closure** — The ability to identify or detect a known pattern (a figure, object, word, or sound) that is hidden in other distracting material.

back to top

## Work Activities

 All 27 displayed

➕ **Getting Information** — Observing, receiving, and otherwise obtaining information from all relevant sources.

➕ **Analyzing Data or Information** — Identifying the underlying principles, reasons, or facts of information by breaking down information or data into separate parts.

➕ **Interpreting the Meaning of Information for Others** — Translating or explaining what information means and how it can be used.

➕ **Processing Information** — Compiling, coding, categorizing, calculating, tabulating, auditing, or verifying information or data.

➕ **Interacting With Computers** — Using computers and computer systems (including hardware and software) to program, write software, set up functions, enter data, or process information.

➕ **Making Decisions and Solving Problems** — Analyzing information and evaluating results to choose the best solution and solve problems.

➕ **Organizing, Planning, and Prioritizing Work** — Developing specific goals and plans to prioritize, organize, and accomplish your work.

➕ **Communicating with Persons Outside Organization** — Communicating with people outside the organization, representing the organization to customers, the public, government, and other external sources. This information can

be exchanged in person, in writing, or by telephone or e-mail.

- ✚ **Establishing and Maintaining Interpersonal Relationships** — Developing constructive and cooperative working relationships with others, and maintaining them over time.
- ✚ **Thinking Creatively** — Developing, designing, or creating new applications, ideas, relationships, systems, or products, including artistic contributions.
- ✚ **Updating and Using Relevant Knowledge** — Keeping up-to-date technically and applying new knowledge to your job.
- ✚ **Developing Objectives and Strategies** — Establishing long-range objectives and specifying the strategies and actions to achieve them.
- ✚ **Communicating with Supervisors, Peers, or Subordinates** — Providing information to supervisors, co-workers, and subordinates by telephone, in written form, e-mail, or in person.
- ✚ **Identifying Objects, Actions, and Events** — Identifying information by categorizing, estimating, recognizing differences or similarities, and detecting changes in circumstances or events.
- ✚ **Provide Consultation and Advice to Others** — Providing guidance and expert advice to management or other groups on technical, systems-, or process-related topics.
- ✚ **Documenting/Recording Information** — Entering, transcribing, recording, storing, or maintaining information in written or electronic/magnetic form.
- ✚ **Selling or Influencing Others** — Convincing others to buy merchandise/goods or to otherwise change their minds or actions.
- ✚ **Judging the Qualities of Things, Services, or People** — Assessing the value, importance, or quality of things or people.
- ✚ **Coordinating the Work and Activities of Others** — Getting members of a group to work together to accomplish tasks.
- ✚ **Scheduling Work and Activities** — Scheduling events, programs, and activities, as well as the work of others.
- ✚ **Monitoring and Controlling Resources** — Monitoring and controlling resources and overseeing the spending of money.
- ✚ **Developing and Building Teams** — Encouraging and building mutual trust, respect, and cooperation among team members.
- ✚ **Estimating the Quantifiable Characteristics of Products, Events, or Information** — Estimating sizes, distances, and quantities; or determining time, costs, resources, or materials needed to perform a work activity.
- ✚ **Monitor Processes, Materials, or Surroundings** — Monitoring and reviewing information from materials, events, or the environment, to detect or assess problems.
- ✚ **Performing Administrative Activities** — Performing day-to-day administrative tasks such as maintaining information files and processing paperwork.
- ✚ **Coaching and Developing Others** — Identifying the developmental needs of others and coaching, mentoring, or otherwise helping others to improve their knowledge or skills.
- ✚ **Guiding, Directing, and Motivating Subordinates** — Providing guidance and direction to subordinates, including setting performance standards and monitoring performance.

back to top

## Detailed Work Activities

 All 12 displayed

- ✚ Prepare research reports.
- ✚ Analyze consumer trends.
- ✚ Conduct surveys in organizations.
- ✚ Establish business management methods.
- ✚ Measure effectiveness of business strategies or practices.
- ✚ Analyze market conditions or trends.
- ✚ Gather organizational performance information.
- ✚ Analyze industry trends.
- ✚ Monitor business indicators.

- Discuss business strategies, practices, or policies with managers.
- Supervise employees.
- Develop business or market strategies.

Find occupations related to multiple detailed work activities

back to top

# Work Context

   All 19 displayed

- **Electronic Mail** — 100% responded "Every day."
- **Spend Time Sitting** — 65% responded "Continually or almost continually."
- **Telephone** — 70% responded "Every day."
- **Freedom to Make Decisions** — 57% responded "A lot of freedom."
- **Importance of Being Exact or Accurate** — 57% responded "Extremely important."
- **Duration of Typical Work Week** — 70% responded "More than 40 hours."
- **Structured versus Unstructured Work** — 43% responded "A lot of freedom."
- **Contact With Others** — 43% responded "Constant contact with others."
- **Face-to-Face Discussions** — 52% responded "Every day."
- **Indoors, Environmentally Controlled** — 61% responded "Every day."
- **Time Pressure** — 43% responded "Once a week or more but not every day."
- **Work With Work Group or Team** — 43% responded "Very important."
- **Letters and Memos** — 39% responded "Every day."
- **Impact of Decisions on Co-workers or Company Results** — 39% responded "Important results."
- **Deal With External Customers** — 30% responded "Extremely important."
- **Coordinate or Lead Others** — 35% responded "Very important."
- **Frequency of Decision Making** — 36% responded "Once a month or more but not every week."
- **Level of Competition** — 35% responded "Moderately competitive."
- **Responsibility for Outcomes and Results** — 35% responded "Limited responsibility."

back to top

# Job Zone

| | |
|---|---|
| **Title** | Job Zone Four: Considerable Preparation Needed |
| **Education** | Most of these occupations require a four-year bachelor's degree, but some do not. |
| **Related Experience** | A considerable amount of work-related skill, knowledge, or experience is needed for these occupations. For example, an accountant must complete four years of college and work for several years in accounting to be considered qualified. |
| **Job Training** | Employees in these occupations usually need several years of work-related experience, on-the-job training, and/or vocational training. |
| **Job Zone Examples** | Many of these occupations involve coordinating, supervising, managing, or training others. Examples include real estate brokers, sales managers, database administrators, graphic designers, chemists, art directors, and cost estimators. |
| **SVP Range** | (7.0 to < 8.0) |

back to top

# Education

| Percentage of Respondents | Education Level Required |
|---|---|

57 ▮▮▮  Bachelor's degree

39 ▮▮▮  Master's degree

4 ▮  Post-baccalaureate certificate  **?**

back to top

## Credentials

      

back to top

## Interests

  All 3 displayed

Interest code: **IEC**   Want to discover your interests? Take the O*NET Interest Profiler at My Next Move.

- ⊕ **Investigative** — Investigative occupations frequently involve working with ideas, and require an extensive amount of thinking. These occupations can involve searching for facts and figuring out problems mentally.

- ⊕ **Enterprising** — Enterprising occupations frequently involve starting up and carrying out projects. These occupations can involve leading people and making many decisions. Sometimes they require risk taking and often deal with business.

- ⊕ **Conventional** — Conventional occupations frequently involve following set procedures and routines. These occupations can include working with data and details more than with ideas. Usually there is a clear line of authority to follow.

back to top

## Work Styles

All 15 displayed

- ⊕ **Analytical Thinking** — Job requires analyzing information and using logic to address work-related issues and problems.

- ⊕ **Attention to Detail** — Job requires being careful about detail and thorough in completing work tasks.

- ⊕ **Dependability** — Job requires being reliable, responsible, and dependable, and fulfilling obligations.

- ⊕ **Integrity** — Job requires being honest and ethical.

- ⊕ **Initiative** — Job requires a willingness to take on responsibilities and challenges.

- ⊕ **Adaptability/Flexibility** — Job requires being open to change (positive or negative) and to considerable variety in the workplace.

- ⊕ **Persistence** — Job requires persistence in the face of obstacles.

- ⊕ **Cooperation** — Job requires being pleasant with others on the job and displaying a good-natured, cooperative attitude.

- ⊕ **Independence** — Job requires developing one's own ways of doing things, guiding oneself with little or no supervision, and depending on oneself to get things done.

- ⊕ **Achievement/Effort** — Job requires establishing and maintaining personally challenging achievement goals and exerting effort toward mastering tasks.

- ⊕ **Stress Tolerance** — Job requires accepting criticism and dealing calmly and effectively with high stress situations.

- ⊕ **Innovation** — Job requires creativity and alternative thinking to develop new ideas for and answers to work-related problems.

- ⊕ **Leadership** — Job requires a willingness to lead, take charge, and offer opinions and direction.

- ⊕ **Self Control** — Job requires maintaining composure, keeping emotions in check, controlling anger, and avoiding aggressive behavior, even in very difficult situations.

- ⊕ **Concern for Others** — Job requires being sensitive to others' needs and feelings and being understanding and helpful on the job.

back to top

## Work Values

All 3 displayed

- **Achievement** — Occupations that satisfy this work value are results oriented and allow employees to use their strongest skills, giving them a feeling of accomplishment. Corresponding needs are Ability Utilization and Achievement.
- **Working Conditions** — Occupations that satisfy this work value offer job security and good working conditions. Corresponding needs are Activity, Compensation, Independence, Security, Variety and Working Conditions.
- **Support** — Occupations that satisfy this work value offer supportive management that stands behind employees. Corresponding needs are Company Policies, Supervision: Human Relations and Supervision: Technical.

back to top

## Related Occupations

 All 10 displayed

| | |
|---|---|
| 11-2011.00 | Advertising and Promotions Managers |
| 11-2021.00 | Marketing Managers ☼ Bright Outlook ✎ |
| 11-3111.00 | Compensation and Benefits Managers |
| 13-1041.07 | Regulatory Affairs Specialists ☼ |
| 13-1111.00 | Management Analysts ☼ |
| 13-1141.00 | Compensation, Benefits, and Job Analysis Specialists |
| 13-2051.00 | Financial Analysts ✎ |
| 13-2099.02 | Risk Management Specialists ✎ Green |
| 19-3022.00 | Survey Researchers |
| 27-3031.00 | Public Relations Specialists ✎ |

back to top

## Wages & Employment Trends

**Median wages (2018)** $30.35 hourly, $63,120 annual

**State wages** 

**Employment (2018)** 682,000 employees

**Projected growth (2018-2028)** ▪▪▪▪ Much faster than average (11% or higher)

**Projected job openings (2018-2028)** 90,700

**State trends** Employment Trends

**Top industries (2018)** Professional, Scientific, and Technical Services
Finance and Insurance

Source: Bureau of Labor Statistics 2018 wage data and 2018-2028 employment projections. "Projected growth" represents the estimated change in total employment over the projections period (2018-2028). "Projected job openings" represent openings due to growth and replacement.

back to top

## Job Openings on the Web

Find Jobs

## Sources of Additional Information

 10 of 11 displayed

**Disclaimer:** Sources are listed to provide additional information on related jobs, specialties, and/or industries. Links to non-DOL Internet sites are provided for your convenience and do not constitute an endorsement.

- American Association for Public Opinion Research 🗗
- American Bankers Association 🗗
- American Marketing Association 🗗
- Association of Independent Information Professionals 🗗
- Insights Association 🗗
- News Media Alliance 🗗
- Occupational Outlook Handbook: Market research analysts 🗗
- Qualitative Research Consultants Association 🗗
- Special Libraries Association 🗗
- Strategic and Competitive Intelligence Professionals 🗗

back to top

# EXHIBIT 5

# DEPARTMENT OF LABOR COMPARISON CHART

**Position:** Revenue Manager
**SOC:** 13-1161 Market Research Analysts & Marketing Specialists
**Job Zone 4:** Considerable Preparation Needed

**Beneficiary:** Krishna Pathak
**Required Education:** Bachelor's in Hospitality Management or closely related
**Beneficiary Education:** Master's in Hospitality – Tourism Management

| REVENUE MANAGER JOB DUTIES | MARKET RESEARCH ANALYSTS & MARKETING SPECIALISTS O*NET TASKS |
|---|---|
| Shopping competitors on all channels. | Gather data on competitors and analyze their prices, sales, and method of marketing and distribution. |
| Gathering data on competitors and analyzing their prices and marketing strategies. | Gather data on competitors and analyze their prices, sales, and method of marketing and distribution. |
| Analyzing STR and channel reports. | Collect and analyze data on customer demographics, preferences, needs, and buying habits to identify potential markets and factors affecting product demand. |
| Participating in individual hotel rate strategy meetings. | Attend staff conferences to provide management with information and proposals concerning the promotion, distribution, design, and pricing of company products or services. |
| Reviewing brand programs - add/monitor/delete offerings as needed for maximizing bookings and develop and implement procedures for identifying new marketing needs. | Measure the effectiveness of marketing, advertising, and communications programs and strategies. |
| Update channel information - amenity errors/correct info. | Measure and assess customer and employee satisfaction |
| Audit rate codes/programs for functionality/offer alternative. | Measure and assess customer and employee satisfaction |
| Analyze/audit marketing efforts including local programs, specials, and partnership. | Develop and implement procedures for identifying advertising needs. |
| Forecast and track trends, including setting restrictions/close out inventory/stop sell for demand dates. | Forecast and track marketing and sales trends, analyzing collected data. |
| Open up inventory/lower rates/remove for non-demand dates. | Develop and implement procedures for identifying advertising needs. |
| Check group blocks - Call sales managers for status on tentative/pickup/cutoffs. | Forecast and track marketing and sales trends, analyzing collected data. |
| Monitor special event dates. | Forecast and track marketing and sales trends, analyzing collected data. |
| Check extranets for availability/adjust to strategy/maintain parity. | Gather data on competitors and analyze their prices, sales, and method of marketing and distribution. |
| Assist sales with national accounts RFP & FIT submissions. | Seek and provide information to help companies determine their position in the marketplace |
| Engage in continuing education on new marketing/revenue generating opportunities. | Monitor industry statistics and follow trends in trade literature. |

# EXHIBIT 6

# ☰ U.S. Bureau of Labor Statistics

# Disclaimer

Many trade associations, professional societies, unions, industrial organizations, and government agencies provide career information that is valuable to counselors and jobseekers. For the convenience of *Occupational Outlook Handbook* (*OOH*) users, some of these organizations and their Internet addresses are listed at the end of each occupational profile. Although these references were carefully compiled, the Bureau of Labor Statistics (BLS) has neither the authority nor the facilities to investigate the organizations or the information or publications made available to BLS. As a result, BLS cannot guarantee the accuracy of such information and the listing of an organization does not constitute in any way an endorsement or recommendation by BLS, either of the organization and its activities or of the information the organization may supply. Each organization has sole responsibility for whatever information it issues.

The *OOH* describes the job outlook over a projected 10-year period for occupations across the nation; consequently, short-term labor market fluctuations and regional differences in job outlook generally are not discussed. Similarly, the *OOH* provides a general, composite description of jobs and cannot be expected to reflect work situations in specific establishments or localities. The *OOH*, therefore, is not intended to, and should never, be used for any legal purpose. For example, the *OOH* should not be used as a guide for determining wages, hours of work, the right of a particular union to represent workers, appropriate bargaining units, or formal job evaluation systems. Wage data in the *OOH* should not be used to compute the future loss of earnings in adjudication proceedings involving work injuries or accidental deaths.

BLS has no role in establishing educational, licensing, or practicing standards for any occupation; any such standards are established by national accrediting organizations and are merely reported by BLS in the *OOH*. The education information in the *OOH* presents the typical requirements for entry into the given occupation and does not describe the education and training of those individuals already employed in the occupation. In addition, education requirements for occupations may change over time and often vary by employer or state. Therefore, the information in the *OOH* should not be used to determine if an applicant is qualified to enter a specific job in an occupation.

All text, charts, and tables presented are in the public domain and, with appropriate credit, may be reproduced without permission. Most photographs and illustrations are protected by copyright. Comments about the contents of this publication and suggestions for improving it are welcome. Address all comments to Chief, Division of Occupational Employment Projections, Office of Occupational Statistics and Employment Projections, Bureau of Labor Statistics, U.S. Department of Labor, 2 Massachusetts Ave. NE, Room 2135, Washington, DC 20212. Phone: (202) 691-5700. FAX: (202) 691-5745. Email: Contact us. Additional information is available at https://www.bls.gov/ooh/. Information in the *OOH* is available upon request to individuals with sensory impairments. Voice phone: **(202) 691-5200**; Federal Relay Service: **(800) 877-8339**.

**Last Modified Date:** Tuesday, October 24, 2017

---

U.S. Bureau of Labor Statistics | Office of Occupational Statistics and Employment Projections, PSB Suite 2135, 2 Massachusetts Avenue, NE

Washington, DC 20212-0001

www.bls.gov/ooh | Telephone: 1-202-691-5700 | Contact OOH

EXHIBIT 7

Practice Article

# The changing landscape of hotel revenue management and the role of the hotel revenue manager

Received (in revised form): 15th March 2014

## Mark Ferguson[a] and Scott Smith[b]

[a]Darla Moore School of Business, University of South Carolina; and [b]School of Hotel, Restaurant & Tourism Management, University of South Carolina, Columbia, South Carolina, USA

Mark Ferguson is a Distinguished Business Foundation Fellow and Professor of Management Science in the Darla Moore School of Business, University of South Carolina, where he teaches an MBA course on Revenue Management. He is the co-author of the books Segmentation, Revenue Management and Pricing Analytics and Pricing Segmentation and Analytics. He is also the former president of the INFORMS Revenue Management and Pricing Section.

Scott Smith holds PhD from The University of Central Florida's Rosen College of Hospitality Management. Prior to academia, he worked for Marriott Hotels, Sheraton Hotels, Walt Disney World Resorts and Hilton Hotels in various management positions around country. He recently accepted a position with the University of South Carolina as an Assistant Professor. His specific areas of research are pricing and revenue management in the hospitality industry.

Correspondence: Mark Ferguson, Darla Moore School of Business, University of South Carolina, 1705 College Street, Columbia, South Carolina, USA.

**ABSTRACT**   Modern revenue management practices were implemented into the hotel industry in the 1990s in an effort to provide hotels and resorts with greater profitability. As improvements were made to the practice, the role of the hotel revenue manager evolved to meet these changes. This article chronicles the major changes in the practices and responsibilities of the local hotel revenue manager and discusses the forces that helped initiate each change.
Journal of Revenue and Pricing Management (2014) 13, 224–232. doi:10.1057/rpm.2014.11; published online 18 April 2014

**Keywords:** revenue management; hotel; corporate revenue manager; cluster revenue management

## INTRODUCTION

Revenue management describes the science of pricing a product, commodity or service so as to maximize total revenue. This science takes the form of calculating the opportunity cost of selling a unit of resource today versus saving it for a potential future buyer who is willing to pay a higher price. This opportunity cost is then compared with the revenue available from an immediate sell such that yes/no decisions can be made for each demand opportunity. In industries with perishable assets, these decisions must be made dynamically as the resource expires after a certain point, after which it can no longer be sold. Hotel rooms as well as airline seats fall into this category as both an unsold room and airplane seat have no value after the night has passed or the airliner has departed. An unoccupied room does not produce any revenue, so a strategy of revenue management seeks to fill a



profit maximizing number of hotel rooms by either dynamically changing prices or turning on and off different tier classes of rates. While the potential benefits of applying revenue management in the hotel industry is now well understood, the actual practice is not a trivial task. Thus, the increased adoption of revenue management practices has necessitated the need for local hotel revenue managers whose job is to apply the science of revenue management in the messy reality of each hotel's competitive landscape. Like the science itself, the role of the hotel revenue manager has changed considerably over the last 30 years. In this article, we describe the changing roles of the local hotel revenue managers and conclude with our views of what the future will bring for this career path.

Before discussing the changes in the roles of hotel revenue managers, it is helpful to first review the history of how revenue management has evolved across industries. Revenue management practices have existed since the beginning of commercial trade, where many merchants and tradesmen would hold higher quality food and goods aside from the commoners and presented them only to the nobility or the upper class. This practice took advantage of the fact that their finer goods could be sold to 'people of means' for a higher price. This law of supply and demand also governed the innkeepers of the times who were known to raise their prices for accommodations and food as their products became scarcer and the supply and demand fluctuated (Tranter et al, 2009).

The airline industry was the pioneer of modern revenue management, which evolved in conjunction with the advancements in computer technology during the 1980s (Avinal, 2004). Modern revenue management in the travel and hospitality industry began in 1972 when BOAC airlines began to offer discounted airfares to some passengers while charging a full fare to the others on the same flight. BOAC's strategy for the allocation of discounted fares was to sell only an amount equal to the amount of seats that would remain empty if no discounts were available. Once this allocation was

reached, only full-fared tickets would be sold from that point forward (Bonne, 2003). This use of a two-tier rate structure was greatly facilitated by the availability of computerized inventory control systems that could be used to track and regulate the discounted fares.

While the inventory control systems were already in place, the event that significantly advanced the practice of revenue management in the airline industry was the deregulation of the US domestic airlines in 1978. This deregulation moved control away from the Civil Aeronautics Board, who had previously set pricing policy for the airline industry and allowed the Free-Market to determine and set airfare. This change from strict control of industry pricing to allowing airlines to determine their own prices brought the airlines into a market-based competitive environment. Before deregulation, rates were determined in a centralized manner and were set by the federal government. The Civil Aeronautics Board had to approve every fare and the process was consistently slow. This limited the airlines' ability to experiment with discount fares or to use fare prices to react to demand changes. After deregulation, airlines began setting their own prices, which they began to do frequently. This new pricing freedom, in conjunction with the development of computer reservation systems (CRSs), allowed airlines the ability to keep track of the massive inventory of seats on flights over a several-month period (Beckman, 1958). The widespread use of modern day revenue management in the travel and hospitality field is often attributed to the discounting pricing strategy known as the 'Super Saver Rate' (Airlines, 2009) by American Airlines in 1985. American's application was so successful that it inspired the development of revenue management systems (RMS) for other areas of the service sector, including hotels (McGill and Van Ryzin, 1999).

The creation of the Super Saver Rate and other discount airline fares required additional policies that restricted customers from making changes or cancellations to an existing airline

discount fare reservation. These restrictions typically took the form of cancellation fees and/or transaction fees. The rationale for these restrictions was based on a *quid pro quo* concept of a consumer incurring a penalty for a change or cancelation of an existing reservation in exchange for a discount from a standard rate. Although some customers did not initially understand or accept this rationale, they eventually learned to accept this and it has now become a standard practice in the airline industry. Over a prolonged period of acclimation, most airline customers have learned to accept that discount rates are tied to some form of restrictions (Kimes, 2002a).

One such example of a restriction, or a *fence* as it is referred to in the industry, is the required Saturday-night stay-over rule. Many carriers required that all discounted rates would require the passenger to travel before a Saturday and return the following Sunday or later. This restriction was aimed at preventing the more lucrative business travelers from obtaining discounts as they typically traveled within the week and rarely incorporated any weekend stay-overs (Bonne, 2003). Gradually consumers have learned to accept that the steeper the discount off of the standard fare, the greater the amount of restrictions were placed upon that airline reservation. This led to the development of the non-refundable or no-change tickets, which locks the consumer into the purchase at the time of the reservations and does not allow any changes to the itinerary without the payment of some type of penalty, such as cancellation fees or change fees (Bonne, 2003).

The prevalence, if not acceptance, of these cancellation/change fees has allowed them to become a standard practice (a business norm) in the airline industry. The US Department of Transportation reports that these airline cancellation/change fees are estimated to yield around US$2 billion per year domestically (Mc Cartney, 2009). This report further states that in 2009, change and cancellation fees contributed 3.2 per cent of US airline

passenger revenue (totaling $527.6 million) with business travelers paying the lion's share of this amount. By 2012, this total had increased to over $2.5 billion.

## THE DEVELOPMENT OF HOTEL REVENUE MANAGEMENT

Influenced by the use of effective RMS of airline industry, the lodging industry began introducing the multitier rate systems for rooms in the 1980s, connecting them with various discounts and restrictions. The term Revenue Management became the predominant in the hotel industry as Marriott International pioneered its usage as opposed to the term Yield Management, which was previously used in the airline industry (Cross, 1997). Based partly on the success of Marriott's successful adoption of revenue management principles and practices, the majority of the other major hotel chains quickly initiated revenue management implementations of their own. This usage has proliferated to the point where most major hotel chains have invested heavily and incorporated revenue management pricing philosophy into everyday pricing decisions both at the corporate and individual hotel levels. A recent investigation found that the rates available for the same dates at a Philadelphia hotel varied between $109 and $209 per night (Consumer Reports, 2010). The investigator shopped for quotes from several different booking channels including the hotel's reservation line, Website and several merchant sites that included, Hotels.com, Expedia, Orbitz, Travelocity and Hotwire, to obtain the different rates.

One of the main side benefits of adopting revenue management practices in the hotel industry has been the improvement in the capabilities of forecasting future bookings, which are used by many decision makers beyond just the person responsible for revenue management. Lim *et al* (2009) state that the accurate forecasting of a lodging enterprise's future performance allows for managers in all



areas of the lodging operation to make important tactical decision with regards to staffing, budgets, expenditures and policy. The lodging ownership team also depends upon accurate forecast to formulate short- and long-term business plans that depend heavily upon the expected revenues and cost associated with future performance of an operation (Law, 2004). Thus, many hotels originally adopted revenue management practices and software simply based on its improved forecasting accuracy. Only after adopting revenue management did these hotels gain an appreciation for the full capabilities that revenue management can provide. To take full advantage of these capabilities, however, required the creation of a new position to join the hotel management team. This new role was the hotel revenue manager. In the next sections, we provide a brief summary of how this position has evolved.

## THE EVOLUTION OF THE HOTEL REVENUE MANAGER

Before Marriott Hotels incorporating a formal discipline of revenue management for the hotel industry, the application existed as a scaled down version of the airline industries yield management philosophy. The early applications of revenue management at hotels typically involved three common practices:

1. The implementation of seasonal pricing, which typically segmented the yearly calendar into high, medium (often referred to as shoulder) and low demand periods. Prices were set accordingly and often printed in hotel advertisements or directories.
2. The placing of basic restrictions on very high demand days that included 'Closed to Arrival' (CTA) and 'Minimum Night Stay' (MNS) qualifiers. These two restrictions did not focus on maximizing a hotel's rate for a particular night, but rather on maximizing the number of nights a prospective guest will be staying in the hotel that was believed to increase profitability.

3. The contracting of discounting rates with either corporations or convention groups. This yield management practice also focused on obtaining a guaranteed volume of room nights in exchange for providing a discounted rate that typically (but not always) included a time period restriction. These restrictions allowed the hotel to protect the contracted rates from being booked in high/peak demand times.

Initially, these practices were typically formulated by a committee of hotel managers that included the general manager, front office manager, director of sales and the hotel controller. They were also viewed as more strategic decisions and were often only formally reviewed once a year, with occasional adjustments made throughout the year. At this time, the position of hotel revenue manager did not exist. Typically the hotel reservation manager was given the task of implementing the strategic practices arrived at by the committee even though he/she was often not included in this decision-making process. With the increased adoption of revenue management strategies in the hotel industry, the role of the hotel revenue manager became increasingly common, particularly at the full service hotels.

## HOTEL REVENUE MANAGER – STAGE I

Even as the position of revenue manger was created as a separate and distinct position from the reservations manager, the position was relegated to the role of providing reports to others, who in turn then made decisions regarding strategic pricing and allotment. This was evidenced by a management structure that had the revenue manager reporting to the hotel's director of sales and marketing that, in consultation with the general manager, was the final authority in pricing and allocation decisions (*Hotel News Now*, 2008, 2012). These strategies were typically discussed in weekly meetings, often called Revenue Maximization (REVMAX) meetings. The revenue manager was responsible

for compiling a list of standard reports and presenting these to the REVMAX team where any changes in strategies where discussed and approved in a group setting. The revenue manager was expected to contribute to the discussion, take notes and implement the decisions. The philosophy of protecting and allocating the hotels limited inventory of perishable hotel rooms also began to change with the increase in the capabilities of the RMS.

In the early days of hotel revenue management, high demand dates were given designations of CTA to prevent new reservations by the lower rate class customers from being accepted for a particular busy day while reservations that included lower occupancy days were allowed to 'sell through' those busy days. This designation, along with a MNS restriction, would be loaded into the CRSs to book reservations that benefited the hotel by placing several rooms into lower occupancy days in exchange for selling a room on a peak night. The net effect was to flatten the high demand periods by requiring that a reservation contribute to filling slower days surrounding the peak day. By instituting a dynamic pricing structure where a unique hotel rate is calculated based on what days will be affected, the use of CTAs and MNS were eliminated and were in essence replaced by dynamic pricing. This strategy includes setting the price for a 1 night stay on the busiest night so high that it effectively has the customer rejecting the hotel as it proposes a price they would not be willing to pay. If the guest is willing to pay the high rate for the 1 night stay, the rate would be set near the total of a 2 night stay. An example might include setting a Wednesday night rate at $300 per night for the hotel's busiest night, where a 2 night stay for Tuesday and Wednesday night might be quoted as $150 per night.

The creation of the hotel revenue manager position in the early 1990s coincides with the emphasis of Revenue Per Available Room (RevPAR) as a key metrics used to measure a hotel's performance. The emphasis on RevPAR as a performance indicator led to public hotel companies reporting this among other important

information financial date in annual and quarterly reports (*Hotel News Now*, 2012). Before RevPAR gaining accepted usage in the hotel industry, the two key statistics used to measure hotel performance were the Average Daily Rate (ADR) and Occupancy. These two performance measures were often analyzed separately, lending property managers to sacrifice the maximization of one in favor of the other (Tranter *et al*, 2009). By understanding the duality relationship between ADR and Occupancy and combining these into the single efficiency ratio, RevPAR provides the hotel revenue manger with a single metric to evaluate a properties' revenue performance against stated goals.

## HOTEL REVENUE MANAGER – STAGE II

As many hotels began to see their revenues increase as a result of specific revenue management strategies, the stature of the hotel revenue manager increased. This is likely a result of the revenue manager being viewed as the most knowledgeable person at the hotel with regards to what actions will improve the newly emphasized RevPAR performance of the hotel. This leads to a change in management structure: the revenue manager no longer reported to the director of sales and marketing but instead reported directly to the hotel general manager. This change allows the revenue manager the ability to make instant decisions on a daily basis without having to seek the approval of the REVMAX committee, which in turn allows for much quicker reactions to changing marketing conditions. The revenue manager has also become the gatekeeper for the hotel's room allotment, where the sales team, which included the director of sales and marketing, is now required to seek the approval of the revenue manager for any group contracts before being sent out (*Hotel News Now*, 2008, 2012). Any contract that does not meet the rate or allotment minimums set for a particular set of dates will be rejected with the belief that higher


rated business can be found, thus providing higher rates and RevPAR performance.

Hotel owners have begun to see the value of having an independent 'gatekeeper' monitoring and approving any future business commitments to protect the limited resources of the hotel. This has led to additional expansions of the revenue manger's responsibilities to include overseeing other revenue producing departments. For example, the hotel revenue manager is often given responsibility for the setting of minimum revenue goals for catering revenue, meeting room rental, recreation and golf revenues. In addition, the hotel revenue manager is often given the latitude of evaluating any future business opportunities based on the total revenue from all streams, allowing a deficiency in one area (that is, rooms' revenue) to be made up in another area (that is, catering). With these additional roles, the hotel revenue manager often also has the responsibility of forecasting total hotel revenue.

## HOTEL REVENUE MANAGER – STAGE III

While the role of the revenue manager has increased in stature and responsibility in larger hotels, many smaller hotels, because of cost constraints, are unable to assign a full-time manager to this function. As a result, the benefits reaped from implementing these revenue enhancing strategies has been limited mainly to large full service properties. The hotel chains, who had witnessed the benefits of revenue management strategies in their larger properties, thus developed initiatives to provide similar services to the smaller, more limited service properties. One viable alternative was the 'clustering' of several limited service properties and assigning the revenue management responsibilities to a single person, who is often located remotely away from the properties. This is made possible by the rapid increase in computer and internet technologies such that a person can now access the computer systems that manage the hotel room inventory and reservation systems

from locations anywhere around the world. This capability along with the demand for remote access has led to the development of RMS.

The sharing of corporate revenue management professionals allowed the smaller properties with limited resources to divide the cost of the salary and technology to provide an inexpensive, but effective alternative. The corporate revenue manager became, in essence, a consultant for these properties. They are often considered 'corporate staff' and no longer a member of a properties management team who are responsible for monitoring the activity for each property. In replace of a seat on the local hotel management team's daily meeting, they typically schedule a weekly revenue management consultation with each property manager to provide reports and updates. This weekly conference call allows the general manager and director of sales for the local property the opportunity to suggest or approve specific strategies, while the revenue manager remains responsible for making the changes in the RMS. This new sharing of corporate revenue management professionals has become so effective that some hotel management franchisors have offered the same services to their franchisees. While some full service hotel properties have now moved to this cluster system, the larger hotels that rely heavily on convention group business have mostly maintained an one-site manager to continue to oversee the process of determining which business should be accepted or turned away.

Along with the changes in the roles and responsibilities of the hotel revenue manager, the way they are evaluated has also changed. The new metric that is increasingly replacing REVPAR is the ratio Gross Operating Profit Per Available Room (GOPAR). GOPAR has the effect of not only focusing on the revenue that any single piece of business provides the hotel, but also the expense associated with accepting that piece of business. This new emphasis of GOPAR will often lead to decisions where a lower revenue option may be selected over a higher revenue option because it

is more profitable. In addition to using GOPAR as one metric for evaluating a lodging request, larger properties with multiple streams of revenue (that is, food and beverage, recreation, gaming and so on) will also include these additional sources of revenue, and their associated cost, in their pricing decisions.

## HOTEL REVENUE MANAGER – FUTURE OUTLOOK

The RMS that were developed to assist a revenue manager in the strategic decision-making process have become so sophisticated that some have suggested the process could be entirely automated. Doing so will, in essence, remove the human element and render the job of revenue manager obsolete. While this may become a popular option with the smaller, more limited services properties, it is difficult to imagine the larger, full service hotels removing the human element from the accept/reject decision-making process. Sales professionals from all industries have often said you cannot quantify the relationship or goodwill that a customer has with the service provider. Even today, hotel managers often give preference to less profitable pieces of business when they believe that the customer loyalty earned today will payoff in terms of future business. As the number of business decisions involving the hotel revenue manager continues to expand, the hotel management profession will also continue to rise in both stature and responsibility.

## OVERALL HOTEL REVENUE MANAGEMENT – FUTURE OUTLOOK

As previously discussed, the airline industry is considered to be the pioneers of revenue management while the hotel industry has often followed the lead of the airlines in regards to revenue management strategies and technology. Thus, in order for the hotel industry to increase its efficiency in collecting and fulfilling reservations, it will need to follow the example of the airline industry and migrate away from the use of option-based policies. This means moving guests away from fully refundable reservations toward a policy that provides a firm commitment at the time of the reservation.

Airlines have traditionally been more successful in convincing consumers to accept the fact that different passengers will pay different fares for the same flight than hotels have been. Research suggests that customers who discover that they are paying a different rate for a similar hotel room often have a strong negative reaction (Kimes, 2002b). In contrast, paying different airline fares among passengers on the same flight is commonplace and is often accepted by consumers as an industry norm for doing business. The airlines enjoy this higher level of customer acceptance in part because they were the pioneers in the area of revenue management, in addition to the limited availability (supply) of competing airlines to a destination as compared with the competitive environment of a typical hotel. While airlines and hotels offer two distinctly different services to consumers, which could account for some of these differences in the perceived fairness of revenue management practices, the hotel industry should take note of the history that the airline industry has provided in this area. Observing the successful strategies utilized by the airlines to facilitate broader customer acceptance of their revenue management practices can provide the hotel industry with a 'roadmap' for improving their own customers' acceptance of non-refundable room reservations.

## CONCLUSION AND RECOMMENDATIONS

When taking into consideration the rapid changes leading to the evolution of the modern day hotel revenue manager, it is reasonable to infer that the position will continue to change as will the skill requirements of the people who will do the job. In addition, while predicting



the future of any job is uncertain, we can make reasonable assumptions based on the general trends that are developing in the current competitive hotel marketplace.

One such trend is the reliance upon 'big data' or analytics to model and predict consumer behavior. This emphasis on analytics is allowing companies to proactively formulate marketing strategies that match anticipated consumer behavior as opposed to relying on the past strategy of reacting to emerging trends. This proactive modeling will require the hotel revenue manager to not only understand the use of 'big data' analytics, but also to correctly interpret the output from such modeling. While most hotel revenue managers tend toward the analytically inclined (number crunchers), the use of analytics will require additional training and development. The hotel companies that best realize and act upon this new required competency for proactive revenue management will become market leaders and benefit from this early adaptive strategy.

A second trend is the emergence of online distribution channels, which has resulted in a plethora of new booking opportunities that go beyond the traditional sources (that is, hotel company Website, 1–800 reservations line) of capturing hotel reservations. This emerging trend has led to a new skill referred to as 'channel management'. Channel management requires the hotel manager to know the exact distribution cost associated with each channel and, in turn, set the appropriate prices and inventory levels so as to maximize both occupancy and ADR for the hotel. Channel management requires proactive planning on the part of the revenue manager as many of these different third-party vendors negotiate rates and inventory contracts up to a year in advance. This requires the revenue manager to also become familiar with hotel contracting and the 'art of negotiation', in order to protect the hotel from poor agreements that heavily favor the channel providers.

The additional skills mentioned above will place the job of hotel revenue manager into an even more specialized category, often requiring a specialized and formal education, either from a university or an advanced training course offered through the hotel company itself. Thus, the traditional path of 'rising up through the ranks', such as taking a competent reservation manager and promoting them to the position of revenue manager with little or no training, will no longer be a viable option. This has been observed recently as hotel companies have begun to hire revenue managers from the ranks of recent college graduates and subsequently place them into months of intensive training, often at a central location. As these trends take place, more research is needed to help determine what new job skills are needed to be successful in today's world as a hotel revenue manager.

## REFERENCES

Airlines, A. (2009) American airlines history, http://www.aa.com/content/amrcorp/corporateInformation/facts/history.jhtml, accessed 18 March 2009.

Avinal, E.A. (2004) Revenue management in hotels. *Journal of Foodservice Business Research* 7(4): 51–57.

Beckman, B. and Bobkoski, F. (1958) Airline demand: An analysis of some frequency distributions. *Naval Research Logistics Quarterly* 5: 43–51.

Bonne, J. (2003) Inside the mysteries of airline fares. Why is the passenger in the next seat paying less than me? http://MSNBC.com, http://www.msnbc.msn.com/id/3073548/, accessed 1 July 2010.

Consumer Reports (2010) 'Hotels for any budget'. Consumer Reports, June, p. 4.

Cross, R.G. (1997) *Revenue Management: Hard-Core Tactics for Market Domination.* New York: Broadway Books.

*Hotel News Now* (2008) Revenue management matures in Asia. 2 June, http://www.hotelnewsnow.com/Article/71/Revenue-management-matures-in-Asia.

*Hotel News Now* (2012) RevPAR remains trusted tool in data arsenal. 23 August, http://www.hotelnewsnow.com/Article/8832/RevPAR-remains-trusted-tool-in-data-arsenal.

Kimes, S.E. (2002a) Perceived fairness of yield management. *The Cornell Hotel and Restaurant Administration Quarterly* 43(1): 21–30.

Kimes, S.E. (2002b) A retrospective commentary; on 'discounting in the hotel industry: A new approach'. (Quarterly Classic). *Cornell Hotel & Restaurant Administration Quarterly* 43(4): 92–93.

Law, R. (2004) Initially testing an improved extrapolative hotel room occupancy rate forecasting technique. *Journal of Travel & Tourism Marketing* 16(2/3): 71–77.

Lim, C., Chang, C. and McLeer, M. (2009) Forecasting h(m)otel guest nights in New Zealand.(Report). *International Journal of Hospitality Management* 28(2): 228–235.

McCartney, S. (2009) Your Bad Luck is a Windfall FOR Airlines Ticket-Change Penalties Yield Billions in Revenue for Industry, Data Show. New York: The Wall Street Journal.

McGill, J.I. and van Ryzin, G.J. (1999) Revenue management: Research overview and prospects. *Transportation Science* 33(2): 233.

Tranter, K., Stuart-Hill, T. and Parker, J. (2009) *An Introduction to Revenue Management for the Hospitality Industry-Principles and Practices for the Real World*. Upper Saddle River, NJ: Pearson, Prentice Hall.

# EXHIBIT 8



# Global Vision Hotels

43 Charles Street Needham MA, 02494. www.globalvisionhotels.com

November 25, 2019

USCIS Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479

RE:    **Revenue Manager Positions Require Bachelor's Degree in Hospitality Management or Closely Related Field**

Dear Officer,

I have been asked by Mr. Ashok Patel, Vice President of Operations for Jamsan Hotel Management, Inc., to provide this letter in response to your office's Request for Evidence related to one of his professional employees. It is my understanding that your office does not acknowledge it is an industry-wide standard to hire individuals with the minimum of a bachelor's degree in hospitality management or a closely related field for Revenue Manager positions. As someone who has been working in the hotel management industry for over 20 years, I confirm that it is absolutely the case that the requirement of a bachelor's degree in hospitality management or a closely related field for Revenue Manager positions is the standard in the industry.

Please allow me to provide you with my qualifications as an expert on this matter. I have been serving as President of Global Vision Hotels for almost 12 years after over 10 years working in hotel operations management for Marriott Hotels in positions including General Manager, Rooms Division Manager, Sales Manager, Food and Beverage Manager, and Front Office Manager. In addition to my work experience in the industry, I also possess a Bachelor of Science in Hospitality Management from Southern New Hampshire University, for which I now serve as a member of the Board of Trustees. I am also a member of the Board of Directors of the Central Massachusetts Convention and Visitors Bureau (CVB).

Today, as President of Global Vision Hotels, I am responsible for overseeing our firm's business development, marketing and branding, and owner relations. Our goal is to increase the value of the assets we manage by focusing on growing market share, paying close attention to general upkeep and maintenance of the physical plant, developing and treating associates fairly, and exceeding customer expectations together with our brand partners to be the leading hotel management company in the market. Market penetration is a key to driving revenues and to increasing the opportunity for repeat business. Global Vision Hotels believes that careful attention to pricing considerations and offering an outstanding value for group clients is the key to maximizing revenue opportunities in the marketplace. Our revenue management team closely monitors occupancy and yields information to drive pricing and business decisions which maximize the value of the asset for our owners.

Mr. Patel has shared with me the job description of the Revenue Manager position at his hotel management company, which entails gathering and analyzing data on competitors' pricing and

marketing strategies and forecasting trends to ensure that his firm remains competitive in the hospitality industry. The Revenue Manager at his firm is responsible for the following duties:

- Shopping competitors on all channels;
- Gathering data on competitors and analyzing their prices and marketing strategies;
- Analyzing STR and channel reports;
- Participating in individual hotel rate strategy meetings;
- Reviewing brand programs - add/monitor/delete offerings as needed for maximizing bookings and develop and implement procedures for identifying new marketing needs;
- Updating channel information - amenity errors/correct info;
- Auditing rate codes/programs for functionality/offer alternative;
- Analyzing/auditing marketing efforts including local programs, specials, and partnership;
- Forecasting and tracking trends, including setting restrictions/close out inventory/stop sell for demand dates;
- Opening up inventory/lower rates/remove for non-demand dates;
- Checking group blocks - calling sales managers for status on tentative/pickup/cutoffs.
- Monitoring special event dates;
- Checking extranets for availability/adjust to strategy/maintain parity;
- Assisting sales with national accounts RFP & FIT submissions; and,
- Engaging in continuing education on new marketing/revenue generating opportunities.

I have recruited for similar positions to the one described above in the past, as these job duties are typical of a revenue management role. Jamsan Hotel Management, Inc.'s requirement that applicants for the Revenue Manager role possess a minimum of a bachelor's in hospitality management or a closely related field is what my firm would require for this type of role, as that is the industry standard for such a position. My own experience of many years in the hotel management industry informs my assessment of this position and the industry-standard.

If I can be of any further assistance in providing my expert opinion on this matter, please feel free to reach me at 7818983101. Thank you for your time reviewing this material, and I hope you will resolve the matter for Mr. Patel's company and his employee favorably.

Sincerely,

Gautam Sharma

Gautam Sharma
President

## Contact

www.linkedin.com/in/gautam-sharma-26a80b5 (LinkedIn)
www.globalvisionhotels.com (Other)

## Top Skills

Hotels
Hotel Management
Hospitality Management

## Honors-Awards

Member of the Board of Trustees at SNHU
Member of Board of Directors
Member of Board of Directors

# Gautam Sharma

President at Global Vision Hotels
Greater Boston Area

## Experience

Global Vision Hotels
President
February 2008 - Present

www.globalvisionhotels.com

Courtyard by Marriott Boston MA
General Manager
2006 - February 2008 (2 years)

Stamford Marriott Hotel and Spa
Director of Operations
2003 - 2006 (3 years)

Stamford Marriott Hotel & Spa
Front Office Manager
April 2000 - May 2003 (3 years 2 months)

---

## Education

Southern New Hampshire University
Bachelor's degree, Hospitality Administration/Management



**GLOBAL VISION HOTELS**

BROAD BASED SOLUTIONS BEYOND THE OBVIOUS

| HOME | MISSION | VALUES | PROPERTIES | LEADERSHIP TEAM | SERVICES |

## LEADERSHIP TEAM

⬦ Gautam Sharma, President



Responsible for business development, marketing and brand & owner relations. Gautam's 20 years of hospitality experience include hotel management and development & repositioning of hotel assets. His hotel management experience includes positions as general manager, rooms division manager, sales manager, food and beverage manager and front office manager with Marriott Hotels. Gautam is a graduate of Southern New Hampshire University with a BS in Hospitality Management. Gautam is a member of the Board of Trustees of Southern New Hampshire University and a member of the Board of Directors of Central Mass CVB. Gautam lives in the Boston area.

⬦ Stephen Koch, Principal & Chief Operating Officer



Steve is responsible for hotel operations, facilities, human resources, staff development and brand compliance. Steve's 30 years of hotel experience includes leadership positions in housekeeping, front office, training and development and human resources management with Hilton and Marriott full service brand hotels. Steve holds a BA in Business from Michigan State University and a MA in Organizational Development from Fairfield University. Steve lives in Fairfield County, Connecticut.

⬦ Vikram Sharma, Principal & Chief Financial Officer



Vikram handles accounting and finance as well as food and beverage operations. Vikram's 20 years of hotel experience includes food and beverage management positions with Hyatt Hotels, Sheraton Hotels, and El Torito Restaurants. He also has experience as a financial, real estate and management consultant. Vikram holds a BS in Hospitality Management from Institute of Hotel Management, New Delhi, India, and a MBA in Finance from Notre Dame de Namur University in California. Vikram lives in the San Francisco Bay Area.

⬦ Shikha Talwar, Principal & Senior Vice President Revenue Development



Shikha focuses on revenue management and sales. Shikha has over twenty years of experience in the hospitality industry having held management positions in front office, sales and revenue management including Director of Revenue and Vice President of Revenue Management for Marriott and Starwood branded hotels. Shikha earned a BS from the University of Southern New Hampshire and a MBA in Finance from Baruch College in New York City. Shikha lives in the Boston area.

⬦ Juljana Cama, Corporate Director of Accounting and Administration

Juljana oversees the accounting function for the company. She is responsible for providing accounting support to the hotel properties as well as handling their administration needs. Juljana has over 12 years of experience in the hospitality industry having worked with an independent boutique hotel brand as Controller and in several sales and operations positions with the Holiday Inn and Courtyard brands. Juljana holds bachelors in Marketing from Boston University. Juljana lives in Westchester county, New York



### ◇ Richard Walker, Corporate Director of Sales



Richard supports the hotels with sales and helps book business for the hotels. Richard has over 15 years of experience in the hospitality industry and has worked as General Manager and Front Office Manager for Holiday Inn and Marriott Hotels. Richard holds a Masters degree in tourism from the University of West Indies and lives in the Boston area.

### ◇ Vicente Aguilar, Corporate Director of Facilities



Vicente oversees the upkeep and maintenance of the hotel properties. He assists General Managers and their associates in the area of housekeeping and maintenance. Vicente has over 25 years of experience in the industry with Marriott and Stouffers full service hotels including Director of Services for Marriott and Renaissance hotels in the New York area. Vicente lives in Westchester County, New York.

### ◇ Jessica Smith, Interior Designer



Jessica provides design support to the hotels and is also leading the design effort for enVision Hotels. She has worked at several design firms and brings a wealth of hotel design knowledge. She holds a bachelors degree in Interior Design and has a MS in Marketing from Boston College. Jessica lives in the Boston area.

---

© 2015 Global Vision Hotels. All Rights Reserved. Home | Sitemap | Privacy Policy

Designed & Developed By : **Analytix Solutions**

   





**GLOBAL VISION HOTELS**      BROAD BASED SOLUTIONS BEYOND THE OBVIOUS

| HOME | MISSION | VALUES | PROPERTIES | LEADERSHIP TEAM | SERVICES |

## SERVICES

◇ **Revenue Management:**

Continuous review of market trends and strategic rate management is a top priority for Global Vision Hotels. Our analysis processes ensure we know current and future market trends and destination events so that our owners realize maximum return for each night's revenue. A lead revenue management person is assigned to each hotel and works with the Vice President of Revenue Development to ensure we remain focused on business opportunities within each market.

◇ **Employment:**

Our careful attention to the selection process ensures we hire associates with a customer service attitude and approach of caring about our customers. Global Vision Hotels manages all aspect of the employment process from recruitment to interviewing and selection for all leadership and hourly associates. We make arrangements for the required insurance coverage and offer a comprehensive employment, benefits and reporting programs and file all required compliance paperwork.

◇ **Accounting and Bookkeeping:**

Global Vision Hotels offers complete bookkeeping and accounting services including: accounts payable, accounts receivable and aging, general ledger, cash management, filing of all related business taxes, budgeting and forecasting, along with collections management. We can also liaison with mortgage services and financial institutions to ensure proper release and allocation of capital improvements and other funding requirements.

◇ **Payroll:**

Effective control of payroll and productivity reporting is critical to the financial success of any hotel property. Global Vision Hotel's payroll formula is based on accurate occupancy and business forecasting with strict adherence to established productivity formulas. Global Vision Hotels monitors payroll productivity on a daily basis to ensure the maximum effectiveness of payroll dollars. Global Vision Hotels will arrange for the payment of wages and all reporting and filing requirements to the appropriate agencies.

◇ **Financial Reporting and Analysis:**

Comprehensive financial statements and operational statistics allow Global Vision and the client to monitor the financial growth of the business and the effectiveness of our efforts. Financial statements, payables analysis, internal controls, purchasing and inventory management along with quarterly owner reviews provide opportunity for strong communications and the long-term financial stability of the business.

◇ **Franchise Management:**

Franchisors are key partners in the successful operation of the hotel. Global Vision will manage the full range of franchise communications including brand standards compliance, property audits, renovation punch lists, fee negotiations, sales and marketing, occupancy and maintain cooperative relationships with brand managers.

◇ **Reporting:**

Global Vision Hotels will arrange for all documentation and permits required to operate the business. Local licenses, code compliance, permits, and leases are document and filed in a timely manner.

◇ **Project management:**

Changing customer and brand requirements frequently require the upgrading of hotel facilities. Our approach to facilities development is to create the value of the asset in a cost effective manner. Careful consideration to design, contractor selection, finishing selection and sound project management principles ensures a successful property upgrade. Global Vision Hotels manages all capital and renovation projects to ensure a successful and timely completion with minimal guest inconvenience.

EXHIBIT 9

# Hotel Revenue/ Yield Optimization Manager (CLV)

Caesars Las Vegas - Las Vegas, NV 89109
Commission

### Caesars Las Vegas
★★★★☆ 3,389 reviews
Read what people are saying about working here.                                                                              >



**Apply Now**

♡ **Save this job**

## Description

Caesars Entertainment is the world's most geographically diversified casino-entertainment company. Since its beginning in Reno, Nevada, more than 75 years ago, Caesars has grown into a family of affiliated resort casinos on four continents. Caesars-affiliated casino resorts operate primarily under the Harrah's®, Caesars® and Horseshoe® brand names. Affiliates of Caesars also own the World Series of Poker® and the London Clubs International family of casinos. The Caesars Entertainment family's success is a result of an unblinking focus of building loyalty and value with guests through a unique combination of great service, excellent products, unsurpassed distribution, operational excellence and technology leadership. Caesars and its affiliates are committed to environmental sustainability and energy conservation and recognize the importance of being a responsible steward of the environment.

Team members of the Caesars family of resort casinos are driven by our Mission, Vision, and Values. We take great pride in living our values Integrity, Service with Passion, Celebrating Success, Diversity, Caring Culture, and Ownership every day. Our mission "We inspire grown-ups to play" fuels our passion for an exciting guest experience and a rewarding career. If you have the desire to create memorable experiences, personalize rewards and delight every guest, every team member every time, we invite you to explore our dynamic yet unique career opportunities.

### JOB SUMMARY:
The Hotel Revenue Optimization Manager is responsible for developing inventory and pricing strategies, and implementing initiatives to make an immediate and long-term positive impact on hotel revenue and profitability. The successful candidate will be on the front line with our front desk, concierge and VIP registration team members to strategically execute on solutions to drive ancillary revenue throughout the hotel division daily.
All duties are to be performed in accordance with departmental, property, and corporate policies, practices, and procedures.

### ESSENTIAL JOB FUNCTIONS:
- Provide on-going frontline sales support to front desk agents on driving upsell revenue on a day to day basis.
- Ensure proper setup, use and management of reporting and technology, and make timely updates to support the addition of new programs, partners, and technology to remain competitive and optimize team member productivity and performance.
- Collaborate with revenue, marketing, and hotel operations teams to implement best practices, programs and procedures to drive revenue, efficiency and productivity.

- Utilize analytics to monitor the inventory yield, and optimize revenue on hotel room inventory across the property through various channels, partners, platforms, devices and agents.
- Continuously research guest, marketplace and industry trends to understand spending by different verticals, programs and campaigns, and implement initiatives to maximize revenue potential.
- Provide periodic revenue insights reports highlighting trends, on-going recommendations to determine optimal floor pricing and maximizing revenue.
- Monitor Daily Count and room inventory control agents to ensure appropriate a number of clean rooms are available for check-ins, remaining inventory, and appropriate planning based on arrivals/departures.
- Actively participate with monitoring fiscal budget, operations of assigned department(s) and marketing strategies to produce both short-term and long-term profitability.
- Create a work environment which promotes teamwork, performance feedback, recognition, mutual respect and employee satisfaction; quality hiring, training and succession planning processes that encompass the company's diversity commitment; compliance with company policies, legal requirements and collective bargaining agreements.
- Inform senior hotel management of situations which require attention.
- Assist the Assistant Director with any tasks assigned.
- Complete all payroll related functions within Oracle and recruiting systems, checking employee swipes, and issuing payment for upsell commissions.
- Issue discipline and follow up with coaching.
- Provide incentives to reach monthly goals.
- Perform all other job related duties as requested.

The above statements are intended to describe the general nature and level of work being performed by people assigned to this classification. They are not intended to be construed as an exhaustive list of all responsibilities, duties and skills required of personnel so classified.

Caesars Entertainment reserves the right to make changes to the job description whenever necessary.

As a part of Caesars Entertainment's employment process, finalist candidates will be required to complete a drug test and background check prior to an offer being extended. Caesars Entertainment Inc. is an equal opportunity employer. All qualified applicants will receive consideration for employment without regard to race, national origin, gender, age, religion, disability, sexual orientation, veteran status, or marital status.

**Qualifications**

**QUALIFICATIONS:**
Required:

- Bachelor degree in Hotel Management, Business Analytics/Insights, or related field or equivalent education and experience.
- At least 3 years of experience in revenue optimization and inventory management.
- At least 2 years of supervisory experience at a major hotel/resort complex, or travel industry.
- Excellent customer service, strategic, analytical skills with strong quantitative and qualitative skills.
- Able to lead and mentor a team.
- Have interpersonal skills to deal effectively with all business contacts.
- Professional appearance and demeanor.
- Work varied shifts, including weekends and holidays.
- High school diploma or equivalent.
- Able to effectively communicate in English, in both written and oral forms.

    Preferred:
- Previous experience working with analytics platforms such as Tableau
- Previous experience with project management and proven track record of effectively communicating and presenting information to corporate and property leadership.

**Primary Location:** NV-Las Vegas-Caesars Las Vegas



ABOUT        PORTFOLIO        CAREERS        CONTACT

# CAREERS

---

‹ Welcome page                                    Returning Candidate? Log back in!

---

## Director of Revenue Mgmt

**Requisition ID**  2019-8679    **Category**  Revenue Management        US-NY-New York        NoMo SoHo

### Highgate Hotels

Highgate is a premier real estate investment and hospitality management company widely recognized as an innovator in the industry. Highgate is the dominant player in U.S. gateway markets including New York, Boston, Miami, San Francisco and Honolulu. Highgate also has a key presence in Barcelona. Highgate's portfolio of global properties represents an aggregate asset value exceeding $10B and generates over $2B in cumulative revenues. The company provides expert guidance through all stages of the hospitality property cycle, from planning and development through recapitalization or disposition. Highgate also has the creativity and bandwidth to develop bespoke hotel brands and utilizes industry leading proprietary revenue management tools that identify and predict evolving market dynamics to drive out performance and maximize asset value. With an executive team consisting of some of the industry's most experienced hotel management leaders, the company is a trusted partner for top ownership groups and major hotel brands. Highgate maintains corporate offices in London, New York, Dallas, and Seattle.

### Location







## HIGHGATE

ABOUT    PORTFOLIO    CAREERS    CONTACT

Inspired by its Crosby Street location, NoMo blends nostalgia with modern for an authentic and unique SoHo experience — as seen by its curated collection of vintage and contemporary art. Guests can enjoy farm - to - fork seasonal cuisine at NoMo Kitchen or relax daily with morning coffee and tea in the Library Lounge. NoMo SoHo is a true blend of comfort and class providing guests with luxury accommodations in a stylish setting.

## Employment Status

Full-Time

## Overview

The Director of Revenue Management is responsible for identifying and maximizing all potential revenue opportunities for the hotel. In today's lodging environment, understanding channel and yield management is critical for maximizing revenues. The Director of Revenue Management is responsible for formulating long and short-term Revenue Management strategies and for overseeing their successful execution towards the advancement of RevPAR market share. This includes the analysis of revenue potential generated by the transient and group market segments as well as the market segmentation within transient and group. One will combine this with catering and space utilization as well as other revenue considerations (i.e.: golf, spa, etc.) in order to determine the appropriate mix of business to achieve revenue potentials every day of every year.

## Responsibilities

- Maintain a warm and friendly demeanor at all times.
- Must be able to effectively communicate both verbally and written, with all level of employees and guests in an attentive, friendly, courteous and service oriented manner.
- Must be effective at listening to, understanding, and clarifying concerns raised by employees and guests.
- Must be able to multitask and prioritize departmental functions to meet deadlines.
- Approach all encounters with guests and employees in an attentive, friendly, courteous and service-oriented manner.
- Attend all hotel required meetings and trainings.
- Participate in M.O.D. coverage as required.
- Maintain regular attendance in compliance with Highgate Hotel Standards, as required by scheduling, which will vary according to the needs of the hotel.
- Maintain high standards of personal appearance and grooming, which include wearing nametags.
- Comply with Highgate Hotel Standards and regulations to encourage safe and efficient hotel operations.
- Maximize efforts towards productivity, identify problem areas and assist in implementing solutions.
- Must be effective in handling problems, including anticipating, preventing, identifying and solving problems as necessary.



- Establish hotel pricing levels in all segments.
- Responsible for the daily room inventory management process and daily pricing process.
- Monitor competitor rates, positioning, strategies and data; maintain understanding of the dynamics of the local market and demand generators and present appropriate action plans to management.
- Monitor and communicate fluctuations in occupancy to operational departments so they can effectively manage staffing requirements and increase efficiency.
- Analyze local events and activities and project the effect of opportunities they create.
- Understand the macro and micro-economic variables affecting supply and demand in the local marketplace, and use this knowledge to create accurate operational and financial room revenue forecasts.
- Perform unconstrained demand analysis to determine optimal business mix.
- Responsible for all short and long term forecasts including Weekly Forecasts, 30 60 90 Forecasts, In the month forecasts, and Full year forecasts.
- Oversee process for evaluating all opportunities for contracted business (group, wholesale, corporate negotiated, etc.) presented through the Sales department. Ensure that process enables high speed of response while maximizing profits.
- Responsible for the maintenance of any software programs which contribute to the management of rooms revenue, including the CRS, RMS, PMS and Sales & Catering system.
- Monitor RevPAR index on STR report and provide critical analysis of performance on weekly and monthly basis.
- Prepare annual Rooms revenue budget.
- Chair weekly Revenue Strategy meetings in order to formulate and disseminate strategies and tactics. Ensure that prior decisions are re-visited in this forum in order to evaluate their effectiveness and promote learning.
- Prepare and present quarterly presentations to ownership.
- Ensure all distribution channels have correct content and pricing.
- Develop and maintain a close relationship with the market manager of Third Party Intermediaries to maximize the opportunities with these channels.
- Develop and maintain relationships with other market Directors of Revenue to create a network of peers in your community
- Coordinate survey activities involving marketing and service opportunities to further enhance revenue potential.
- Actively develop all subordinates, ensuring that they have opportunities to grow their Revenue Management and leadership skill base through personal attention, internal/external training and participation in industry events.
- Responsible for Internet Marketing such as pay per click campaigns, e-mail blasts, GDS advertising, etc.
- Establish and communicate sales strategy for day, week, month and rolling 12 months.
- Communicate any strategy changes or update any calendars for the sales team to use.
- Analyze prior night successes: Did the hotel sell out? Were the right decisions made for overselling? Address the opportunities in Highgate Hotel Business Review (HHBR) morning meeting.
- Place test calls to Central Reservation Office (CRO) and property to ensure accuracy of rate quoting, restrictions and selling approach.
- Manage and communicate group cut off dates. Run a group rooms control log (GRC) as well as pick up report from Property Management System (PMS) for 90 days. Verify pick up to actual block, cut off date, and whether or not you should extend, etc.
- Update the Daily Market Segment Analysis (DMSA). Ensure accuracy from the daily Flash Report. Review actual performance versus Potential performance.
- Complete all required month end reports with detailed analysis. If necessary, complete action plans for the property



Director of Revenue Mgmt in New York | Careers at Page 81

**HIGHGATE**     ABOUT     PORTFOLIO     CAREERS     CONTACT

IND1

## Qualifications

- Minimum of 4 years experience in the Revenue Management field
- Bachelor's degree or equivalent in Hotel or Hospitality Management or closely related field
- In-Depth knowledge of all industry reports such as STR, Agency 360, Demand 360, etc.
- Proficient in Microsoft Excel, Word, Power Point
- Ability to work quickly in a high-pressure & high stress environment
- Ability to communicate clearly both verbally and in writing
- Excellent time management skills
- Exceptional with details and follow up
- Flexible and long hours sometimes required.
- Light work - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently or constantly to lift, carry, push, pull or otherwise move objects.

IND1

## Options

<div style="border:1px solid;">Apply for this job online</div>

<div style="border:1px solid;">Email this job to a friend</div>



# Director of Revenue Management at The Charles Hotel

Skip to content

Posted November 11, 2019

R-172052

{ THE CHARLES HOTEL }

**BASIC PURPOSE:** Responsible for the development, execution and measurement of revenue strategies to optimize rooms revenue through major distribution channels, including GDS, Central and/or On-Property Reservations, Third Party sites, Sales and Catering Management and Front Office Systems.

**ORGANIZATIONAL SCOPE:** Position is responsible for developing and recommending sales strategies, room mix, catering contribution, and pricing. Director of Revenue Management/Strategy will be expected to be the Reservations System Expert and to maintain advanced knowledge of Sales and Catering and Front Office Systems. They will support the General Manager and Sales team by providing information and tools to enhance the sales and marketing efforts and decision-making process. Along with the Director of Sales and Marketing (DOSM), they will provide updates to revenue projections including weekly, monthly, quarterly and full year projections. The Director of Revenue Management/Strategy will collaborate with the eCommerce team to support thorough strategy development.

**ESSENTIAL FUNCTIONS:** (95%)

Develop, implement and measure revenue strategies. Review price position on a daily basis and make adjustments based on market trends. Conduct weekly Revenue Strategy Meetings to ensure the proper mix of Group/Transient and Catering to maximize revenues in both rooms and catering as well as identify sources of incremental revenue throughout the hotel. Update weekly forecasts and disseminate to key players. Monitor and evaluate market demand trends and provide weekly, monthly and yearly forecasts to departments to assist with appropriate staffing levels. Contribute to operations forecast if required. Assist in developing, implementing, monitoring annual budget and marketing plans to assist in meeting/exceeding the overall hotel goals. . Monitor, control, and communicate inventory levels, room rate restrictions, catering space release policy, and catering minimums to meet business objectives. Work together with front office to ensure team is trained to "Own the Night" to achieve sell-out. Conduct weekly review of Group Rooms Committed (GRC) report to identify need dates and/or dates where the hotel has exceeded preferred mix of sales. Work together with Sales Team to target need dates to achieve revenue goals. Monitor cutoff dates to ensure additional room supply is returned to transient availability. Establish and evaluate processes, policies and procedures to ensure hotel is protecting and maximizing revenue in all areas. Present ideas, expectations and information in a concise, well-organized way. If applicable, provide supervision and coaching to Reservation Sales Team. Participate in employee life cycle from interviewing, training, development, coaching and counseling, and reviews. Assist with owner relations, communications and presentation information. Establish a working relationship with all Digital, Ecommerce and OTA managers.

**NON-ESSENTIAL FUNCTIONS:** (5%)

1.  Perform Special projects and other responsibilities as assigned.

2.  Participate on task force and committees as required.

3.  Required training by brand or Interstate.

**Knowledge and Skills:**

**Education:**

- Four-year college degree in business statistics, finance, accounting, revenue management, hospitality and/or equivalent in Hotel Management Experience

**Experience:**

- Minimum of 2 years in Hotel Revenue Management.

**Skills and Abilities:**

- Knowledge in Microsoft Office Products with a prerequisite in Excel formulating and reporting.
- Ability to retrieve, compile and deliver strategies, progress & results from organic data.
- Excellent written and verbal communication.
- Knowledge in Industry specific reports including Travelclick and STR.
- Passion for thinking independently and outside of the box to find value-add opportunities.
- Strong organizational management and ability of handling multiple responsibilities at any given time

*Interstate Hotels & Resorts is an equal opportunity employer. All applicants will be considered for employment without attention to race, color, religion, sex, sexual orientation, gender identity, national origin, veteran or disability status.*

*Click here and here to navigate to the "EEO is the Law" poster and supplement.*

*If you need accommodation for any part of the employment process because of a medical condition or disability, please call (703) 387-3888 or email ADA.Assistance@interstatehotels.com with the nature of your accommodation request and include the Hotel location and title of the job opening. Please allow one (1) business day for a reply.*

295 Room Hotel

**Our Hotel**

The Charles Hotel experience reflects the eclecticism that is Cambridge. An urban oasis, The Charles offers something for everyone who is visiting the Boston area. Guests can soak in their academic surrounding by attending a lecture at Harvard, relax with a stroll along the Charles

River, explore downtown Boston or dine at some of the Boston and Cambridge area's finest restaurants, including The Charles' own Henrietta's Table.

The Charles is an independent property, offering luxurious accommodations and all the comforts of home. Guest rooms combine New England décor with the latest technology. 18,000 square feet of indoor and outdoor banquet space merge to offer an array of options for anyone's next event.

Located just minutes from downtown Boston and a variety of world-class attractions, The Charles is a AAA Four Diamond Hotel and a proud member of Preferred Hotels and Resorts.

With unpretentious service, original accommodations and an impressive guest list, it is no wonder that the Boston hotel review in the *New England Travel Guide* has designated The Charles Hotel Cambridge as the best hotel to "stay put in" when visiting Boston, Massachusetts.



Legal

Terms of Use

Privacy

Data from TOMTOM♥, others

EXHIBIT E



JAMSAN
HOTEL MANAGEMENT

Nov 25th 2019

USCIS Vermont Service Center
Attn: I-129 H-1B
75 Lower Welden Street
St. Albans, VT 05479-0001

RE:   **Form I-129,  Petition for a Nonimmigrant Worker**
      **PETITIONER:      Jamsan Hotel Management**
      **BENEFICIARY:    Krishna Jayeshkumar PATHAK**
      **POSITION:            Revenue Manager**

Dear Sir or Madam:

This letter is submitted in support of Jamsan Hotel Management, Inc.'s ("JHM") petition and
request for extension of stay on behalf of Ms. Krishna Pathak, a citizen of India, to continue to
employ her as an H-1B temporary, professional, nonimmigrant worker in the position of
Revenue Manager.  We believe that Ms. Pathak continues to qualify for H-1B status, as this
position is a professional one, requiring at least a bachelor's degree or its equivalent in
hospitality management or a closely related field. JHM has received a certified Labor Condition
Application from the U.S. Department of Labor for the specialty occupational in which Ms.
Pathak will be employed, as required by law.

### ABOUT THE PETITIONER: JAMSAN HOTEL MANAGEMENT, INC.

Jamsan Hotel Management, Inc. is a mid-sized hotel management company and premier lodging
solution provider based in Lexington, Massachusetts. JHM has been a proven successful owner
and operator of branded, limited service, mid-scale hotels since 1994 and currently owns and
manages more than 60 hotels in the New England region. Our expertise includes development,
hotel operations, hotels sales and marketing, advertising, and asset management. JHM is
dedicated to improving hotel performance through cost-effective operations, marketing and
purchasing programs and sales development at the local level.

JHM, who employs 25 professionals, manages a workforce of 2500 + who are driven by a
singular goal of providing best possible hospitality experience for every guest and exceptional
ROI for their Investors. The management company works with all of the leading national brands
including Marriott International, Choice Hotels, Wyndham, Hilton, Sheraton, Cendant Hotel
Corporation, Best Western International, and Intercontinental Hotel Group as well as
independent and boutique hotels and has partnerships in multiple restaurant ventures to provide a
unique lodging solution for the greater New England region.



J A M S A N

HOTEL MANAGEMENT

### ABOUT THE POSITION: REVENUE MANAGER

We seek to continue to employ Ms. Krishna Pathak in the position of Revenue Manager at JHM in Lexington, Massachusetts. This position is professional in nature and requires at a minimum a bachelor's degree in hospitality management or a closely related field. This degree requirement is standard in the industry among large, full-service hotels and hotel management companies. Specific responsibilities of the position include:

- Drive Market Share and Revenue Performance;
- Ensure that all target market segments are developed for long term benefit of the hotel business;
- Develop overall pricing strategy to include all market segments and distribution channels;
- Share best RM practices and key learning with peers and management;
- Produce accurate forecast on weekly and monthly basis;
- Assist Regional Managers as needed in development of related marketing programs and initiatives;
- Report on weekly revenue activities in staff meetings and complete monthly summary and weekly activity report for distribution to senior leadership.

Detailed day-to-day duties the Revenue Manager performs to fulfill the above-named responsibilities of the position include:

- Shopping competitors on all channels;
- Gathering data on competitors and analyzing their prices and marketing strategies;
- Analyzing STR and channel reports;
- Participating in individual hotel rate strategy meetings;
- Reviewing brand programs - add/monitor/delete offerings as needed for maximizing bookings and develop and implement procedures for identifying new marketing needs;
- Update channel information - amenity errors/correct info;
- Audit rate codes/programs for functionality/offer alternative;
- Analyze/audit marketing efforts including local programs, specials, and partnership;
- Forecast and track trends, including setting restrictions/close out inventory/stop sell for demand dates;
- Open up inventory/lower rates/remove for non-demand dates;
- Check group blocks - Call sales managers for status on tentative/pickup/cutoffs
- Monitor special event dates;
- Check extranets for availability/adjust to strategy/maintain parity;
- Assist sales with national accounts RFP & FIT submissions; and,
- Engage in continuing education on new marketing/revenue generating opportunities.



JHM requires the Revenue Manager to possess the minimum of a bachelor's degree in hospitality management or a closely related field, as well as experience with hotel-related property reservations systems like Winpm, ChoiceAdvantage, OnQ, Operat Express, and Foseee, as well as related sales and marketing tools including triple seat and InnFlow.

### THE ROLE OF REVENUE MANAGER IS A SPECIALTY OCCUPATION POSITION

The INA defines a "specialty occupation" as an occupation that requires:

(A) Theoretical and practical application of a ***body of highly specialized knowledge***, and
(B) Attainment of a bachelor's or higher degree in the specific specialty (***or its equivalent***) as a minimum for entry into the occupation in the United States.

USCIS has adopted regulations at 8 U.S.C. § 1184(i) by expanding on the statutory definition. USCIS regulations define "specialty occupation" and provide a non-exhaustive list of fields that may satisfy the definition:

> "Specialty occupation means an occupation which requires theoretical and practical application of a ***body of highly specialized knowledge*** in fields of human endeavor including, but not limited to, architecture, engineering, mathematics, physical sciences, social sciences, medicine and health, education, business specialties, accounting, law, theology, and the arts, and which requires the attainment of a bachelor's degree or higher in a specific specialty, or its equivalent, as a minimum for entry into the occupation in the United States."

It is my understanding that pursuant to the applicable USCIS regulations, one or more of the following criteria must be met in order for a job to qualify as a specialty occupation:

(1.) A baccalaureate or higher degree or its equivalent is normally the minimum requirement for entry into the particular position;
(2.) The degree requirement is common to the industry in parallel positions among similar organizations or, in the alternative, an employer may show that its particular position is so complex or unique that it can be performed only by an individual with a degree;
(3.) The employer normally requires a degree or its equivalent for the position; or
(4.) The nature of the specific duties is so specialized and complex that knowledge required to perform the duties is usually associated with the attainment of a bachelor's or higher degree.

The certified LCA that accompanies this petition reflects the SOC code for market research analysts and marketing specialists. This is the closest SOC code for this position, as



demonstrated by the enclosed chart showing the Revenue Manager's duties aligned with those that most closely match it in the O*NET.

I note that USCIS often reviews the *Occupational Outlook Handbook* when determining whether something qualifies as a specialty occupation. In the "how to become one" section of the *OOH* for Marketing Research Analysts, it reads, "most market research analysts need a bachelor's degree" and further, "market research analysts typically need a bachelor's degree in market research or a related field," and states, "courses in communications and social sciences, such as economics or consumer behavior, are also important."

The Revenue Manager position is one in which the individual works to gather data on competitors and analyze their prices and marketing strategies, and then analyze our own marketing efforts, forecasting and tracking trends to ensure our pricing strategy is on target based on inventory and our competitor's pricing. **In light of our business – the hotel and tourism industry – we require a minimum of a bachelor's degree in that field, which comports with the description in the *OOH* as someone with understandings of economics of hotels and consumer behavior as it relates to hotel bookings.**

The *OOH* is a career resource offering information about hundreds of occupations that provide the majority of jobs in the U.S. and it is compiled by the U.S. Department of Labor's Bureau of Labor Statistics. **It is not the ultimate authority on H-1B specialty occupations, was never designed for that purpose, and the Service's reliance on it as a sole-source for what comprises a specialty occupation is misguided.** Without question, the Revenue Manager position meets at least two of the regulatory requirements for a specialty occupation as enumerated at C.F.R. section 214.2(h)(4)(iii) as follows:

> **(2.) The degree is common to the industry in parallel positions among similar organizations or, <u>in the alternative, an employer may show that its particular position is so complex and unique that it can be performed only by an individual with a degree.</u>**

JHM is a mid-sized national hotel management company recognized by its investors, franchisers, and clients as quality intensive. Its rapidly expanding portfolio includes the March 2019 procurement of a three-property, recently renovated hotel group totaling 433 rooms in the Greater Boston Area: the Doubletree by Hilton Hotel Boston – Milton, the Doubletree by Hilton Hotel Boston – Rockland, the Hilton Garden Inn in Plymouth. JHM currently manages a workforce of over 1,800 – up from under 500 in 2016.

As JHM continues to expand and innovate, we require a Revenue Manager with the specialized knowledge necessary to continue to maximize our company's overall revenue through development of effective inventory and pricing strategies. Vital to our growth as a firm is the work of a



Revenue Manager on staff who is specially trained to properly conduct demand and competitor analysis in order to gain market share. **As we do not employ any other Revenue Managers or similar employees, JHM relies heavily on the knowledge and the skills Ms. Pathak obtained through the completion of her master's degree program in hospitality management and tourism, knowledge she could not have gained without the completion of at least a bachelor's degree in aforementioned field or in one closely related.** JHM would not consider hiring anyone to the Revenue Manager position who does not have at least a bachelor's degree in hospitality management or a closely related field, as the expertise one develops in undertaking a bachelor-level program in specialty is indispensable to this unique position. The Revenue Manager alone is responsible for analyzing STR and channel reports, using skills she developed in her graduate-level hospitality management program to provide the senior leadership with the data needed to strategize our firm's continued expansion. Please refer to the enclosed job duties charts that show the minimum education required to carry out each duty, courses Ms. Pathak undertook to prepare for each duty, the percentage of time she dedicates to each task, and a comparison of her duties to O*Net's entry for this occupational category. Please also refer to the enclosed organizational chart that demonstrates the Ms. Pathak's role as Revenue Manager and how it differs greatly from other roles within our company.

    **(4.) The nature of the specific duties is so specialized and complex that the knowledge required to perform the duties is usually associated with the attainment of a bachelor's or higher degree.**

The position of Revenue Manager is a complex and specialized position such that the duties involved can only be performed by an individual with a bachelor's degree in hospitality management or a closely related field. Please refer again to the list above that describes the specific duties and additional information to demonstrate that the position requires specialized knowledge to the complexity of the position. We would not hire anyone without at least a bachelor's degree in hospitality management or a closely related field to this position, as the Revenue Manager must possess the specialized knowledge required by the position to perform these complex duties successfully. The individual needs to be able to use advanced analytical methods developed in bachelor's-level coursework in tourism and hospitality to help our company identify issues and develop pricing strategies to expand our firm's portfolio.

The primary focus of this position is responsibility for maximizing overall revenue through development and implementation of effective inventory and pricing strategies based on demand and competitor analysis in order to gain market share. This position requires a highly motivated individual who can work with minimal supervision and interact with hotels at a higher level, confidently researching, advising the implementation of successful strategies. The Revenue Manager is responsible for driving JHM's market share and revenue performance and ensuring that all target market segments are developed for the long-term benefit of the firm. The position requires the ability to develop an overall pricing strategy to include all of JHM's market segments and distribution



JAMSAN
HOTEL MANAGEMENT

channels and share best revenue management practices with senior leadership through weekly and monthly revenue reports and summaries.

In order to fulfill these responsibilities, our Revenue Manager **must be well versed in specialized research relevant to analyzing hospitality markets and developing competitive pricing strategies. This position is all about gathering and analyzing supply and demand data to ensure our management firm remains a major competitor in the hotel industry. It is, without question, specialized and complex work that requires the foundation of a bachelor's degree in hospitality management or a related field to understand our business and pricing models.** The Revenue Manager is truly one of the most valuable assets that any hotel management firm can have; such a professional brings necessary theoretical knowledge and practical skills. Please refer to the enclosed chart demonstrating how Ms. Pathak's coursework in hospitality and tourism management prepared her for this specialized and complex position.

In light of the complexity of the duties listed above, we believe it is self-evident that the position of Revenue Manager is both specialized and complex, requiring the advanced training associated with the attainment of a bachelor's degree or higher in hospitality management or a related field.

### ABOUT THE BENEFICIARY: KRISHNA PATHAK

Ms. Pathak is well qualified for employment in the professional position of Revenue Manager at Jamsan Hotel Management. In 2009 she earned a Master's degree in Hospitality and Tourism Management from the Rochester Institute of Technology in Rochester, New York. Her educational training has direct application in her daily job duties. As part of her Master's degree program at RIT in Hospitality-Tourism Management, **she excelled in several marketing research analysis-related classes, including data analysis, travel marketing systems, service performance metrics, and integrative problem solving**. In her undergraduate program at the Sheth P.T. Mahila College of Arts and Home Science, where she majored in Hospitality Management, Ms. Pathak's course load included classes in Front Office Management, Marketing Management, and Travel Management. Ms. Pathak is proficient in MICRO's system software, Opera, Fidelio, Point of Sale, Brilliant, Choice Central, Wynguest, and with the CBORD Data Management System, all of which are key to the Revenue Management process.

Complementing her excellent academic background, Ms. Pathak has several years of professional experience in the hospitality industry. From October to December 2012, Ms. Pathak was employed by Invite Hospitality in Columbus, Ohio as an Assistant General Manager where she worked directly with the Vice President to manage all activities of the property including employees, maintenance, sales, and profit/ loss controls. She has worked as the Lodging Manager at Methuen Hospital LLC since October 2013 under the auspices of the H-1B program. In addition to her work experience in the hotel industry, Ms. Pathak also brings valuable marketing research analysis experience necessary for the Revenue Manager position.



J A M S A N

HOTEL MANAGEMENT

Based upon her academic achievements and work experience, we believe Ms. Pathak qualifies for the Revenue Manager position we have offered her.

### TERMS OF EMPLOYMENT

Ms. Pathak will continue to be employed by Jamsan Hotel Management, Inc. as a Revenue Manager, a full-time position for which she will earn an annual salary of $53,544.40 and will be provided with employee benefits appropriate to her position. She will continue to work at our offices located in Lexington, MA, where we will have full supervision and full control over when, where, and how Ms. Jain performs her job on a day-to-day basis. More specifically, JHM will:

- Supervise and manage the beneficiary;
- Control the work of the beneficiary on a day-to-day basis;
- Maintain control of the manner and means in which the beneficiary accomplished the job duties;
- Provide the tools or instruments needed for the beneficiary to perform the duties of employment;
- Hire, pay and retain the ability to fire the beneficiary;
- Evaluate the work-product of the beneficiary and perform progress/performance reviews as needed;
- Claim the beneficiary for tax purposes; and,
- Provide the beneficiary with standard company benefits.

Thank you for your attention to this matter.  Please feel free to contact me if you have any questions.

Very truly yours,

Ashok Patel
VP of Operations

EXHIBIT F

April 30, 2020



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
75 Lower Welden St.
St. Albans, VT 05479

**U.S. Citizenship
and Immigration
Services**

JAMSAN HOTEL MANAGEMENT INC
c/o JENNIFER ANN MCGILL
IANDOLI DESAI AND CRONIN PC
38 THIRD AVE STE 100
CHARLESTOWN, MA 02129



EAC2005750717



RE:KRISHNA JAYESHKUMAR PATHAK
I-129, Petition for a Nonimmigrant Worker



## REQUEST FOR EVIDENCE

**IMPORTANT: THIS NOTICE CONTAINS YOUR UNIQUE RECEIPT NUMBER. THIS PAGE MUST BE SUBMITTED WITH THE REQUESTED EVIDENCE.**

You are receiving this notice because U.S. Citizenship and Immigration Services (USCIS) requires additional evidence to process your form. Please provide the evidence requested on the attached page(s). Include duplicate copies if you are requesting consular notification.

**Your response must be received in this office by July 26, 2020.**

Please note that you have been allotted the maximum period allowed for responding to a Request for Evidence (RFE). The time period for responding cannot be extended. See Title 8 Code of Federal Regulations (8 CFR), Section 103.2(b)(8)(iv). Because many immigration benefits are time sensitive, you are encouraged to respond to this request as early as possible, but no later than the deadline provided above. If you do not respond to this notice within the allotted time, your case may be denied. The regulations do not provide for an extension of time to submit the requested evidence.

You must submit all requested evidence at the same time. If you submit only some of the requested evidence, USCIS will consider your response a request for a decision on the record. See 8 CFR 103.2(b)(11).

If you submit a document in any language other than English, the document must be accompanied by a full and **complete** English translation. The translator must certify that the translation is accurate and he or she is competent to translate from that language to English. **If you submit a foreign language translation in response to this request for evidence, you must also include a copy of the foreign language document.**

Processing of your form or benefit request will resume upon receipt of your response. If you have not heard from USCIS within **60 days of responding**, you may contact the USCIS Contact Center (UCC) at **1-800-375-5283**. If you are hearing impaired, please call the UCC TDD at **1-800-767-1833**.

E38

**The Petitioner**
Documentation submitted with your petition indicates that your company provides hospitality services. You wish to employ the beneficiary as a Revenue Manager (SOC Occupation Title: Market Research Analysts and Marketing Specialists).

**Specialty Occupation**
You must establish that the beneficiary's proffered position is a specialty occupation. A specialty occupation is one that requires the theoretical and practical application of a body of highly specialized knowledge and that requires the attainment of a bachelor's degree or higher in a specific specialty, or its equivalent, as a minimum for entry into the occupation in the United States.

To satisfy this requirement, you submitted Petitioner's letter of support with a brief description of job duties.

**Specialty Occupation Determination**
You must establish that the proffered position is a specialty occupation as defined above. U.S. Citizenship and Immigration Services (USCIS) interprets "a bachelor's degree or higher in a specific specialty" as used above as "one that relates directly to the duties and responsibilities of a particular position." See *Royal Siam Corp. v. Chertoff*, 484 F.3d 139, 147 (1st Cir. 2007).

You indicate that the minimum entry requirements for the proffered position are a wide variety of disparate fields of study, as the offered position requires a bachelor's degree in hospitality management. However, there must be a close correlation between the required "body of highly specialized knowledge" and the position. A minimum entry requirement of a bachelor's degree in disparate fields of study, would not meet the requirement that the position requires a degree "in the specific specialty (or its equivalent)" unless you establish how each field is directly related to the duties and responsibilities of the particular position.

The evidence you submitted is insufficient to establish how each field is directly related to the duties and responsibilities of the particular position, and therefore, that the position is a specialty occupation.

Accordingly, on the basis of the position's educational requirements alone, you have not established that the position is in a specialty occupation as defined above.

You may still provide evidence to meet this requirement. Evidence may include, but is not limited to:

- A letter explaining how each field of study listed as a qualifying field for the proffered position is directly related to the duties and responsibilities of the position.
- An expert opinion letter discussing how each field of study listed as a qualifying field for the proffered position is directly related to the duties and responsibilities of the position.

**Specific Duties of the Offered Position and Nature of Business Operations**
USCIS does not use the job title, by itself, when determining whether a particular position qualifies as a specialty occupation. The specific duties of the offered position, combined with the nature of the petitioning entity's business operations, are factors that USCIS considers.

The duties and responsibilities you have described are vague and do not establish the need for an individual who possesses the minimum of a baccalaureate degree in a specific specialty. For example, you state that the beneficiary will "drive market share and revenue performance." It is not apparent from this limited description how such duties would require the services of someone who holds the



minimum of a baccalaureate degree in Hospitality Management or a related field

In addition to providing evidence relating to the specialty occupation qualifying criteria discussed below, provide evidence that details the specific duties of the proffered position and the nature of your business operations. Evidence may include, but is not limited to:

- A detailed statement from your company or, if the beneficiary will perform services for an end-client, the end-client to:
    - Explain the actual duties the beneficiary will perform;
    - Indicate the percentage of time devoted to each duty;
    - State the education, experience, training, and special skills required to perform these duties; and
    - Explain how the educational requirements relate to the position.
- A copy of a line-and-block organizational chart showing your hierarchy and staffing levels. The organizational chart should:
    - List all divisions in the organization;
    - Identify the proffered position in the chart;
    - Show the names and job titles for those persons, if any, whose work will come under the control of the proposed position; and
    - Indicate who will direct the beneficiary, by name and job title.
- Copies of documentary examples of work products created by current or prior employees in similar positions, such as:
    - Reports;
    - Presentations;
    - Evaluations;
    - Designs; or
    - Blueprints.
- Additional information about your organization, highlighting the nature, scope, and activity of your business enterprise, along with evidence to establish the beneficiary will be employed with the duties you have set forth, such as:
    - Business plans, reports, and presentations to describe your business;
    - Contractual agreements or work orders from each company who will utilize the beneficiary's services showing that the beneficiary will be performing specialty occupation duties;
    - Promotional materials, advertisements, articles, and/or press releases; or
    - Patents.

**Qualifying Criteria**

To qualify as a specialty occupation, the position must meet at least one of the following criteria.

USCIS will discuss each of the qualifying criteria for specialty occupation below. With your response, identify which of the specialty occupation qualifying criteria you believe has been satisfied. If you believe the offered position satisfies multiple criteria, identify the evidence that you believe satisfies each criterion.

### 1. Degree is Normally Minimum Requirement

You may establish eligibility by showing that a bachelor's degree or higher in a specific specialty, or its equivalent, is normally the minimum requirement for entry into the particular position.

The evidence you submitted is insufficient to establish eligibility under this criterion.



You submitted a certified Labor Condition Application (LCA) which lists an Occupation Title of Market Research Analysts and Marketing Specialists.

USCIS routinely consults the U.S. Department of Labor's *Occupational Outlook Handbook (OOH)* for information about the educational requirements of particular occupations. The *OOH* states the following regarding the training and educational requirements for Market Research Analysts and Marketing Specialists positions:

> *"Market research analysts typically need a bachelor's degree in market research or a related field. Many have degrees in fields such as statistics, math, or computer science. Others have backgrounds in business administration, the social sciences, or communications.*
>
> *Courses in statistics, research methods, and marketing are essential for these workers. Courses in communications and social sciences, such as economics or consumer behavior, are also important.*
>
> *Some market research analyst jobs require a master's degree. Several schools offer graduate programs in marketing research, but many analysts complete degrees in other fields, such as statistics and marketing, and/or earn a master's degree in business administration (MBA). A master's degree is often required for leadership positions or positions that perform more technical research."*



The *OOH* does not indicate that Market Research Analysts and Marketing Specialists positions normally require a minimum of a bachelor's degree in a specific specialty. A range of educational credentials , may qualify an individual to perform the duties of a Market Research Analysts and Marketing Specialists.

Moreover, as discussed above, you have not established how each of the qualifying fields of study that you have listed for the proffered position is directly related to the duties and responsibilities of the position. Therefore, you have not established that a bachelor's degree or higher in a specific specialty, or its equivalent, is normally the minimum requirement for entry into the particular position by your own educational requirements.

As such, you have not sufficiently established that a bachelor's degree or higher in a specific specialty, or its equivalent, is normally the minimum requirement for entry into the particular position.

You may still submit evidence to establish eligibility under this criterion. Evidence may include, but is not limited to:

- Relevant documentation from an authoritative career resource, such as the *OOH*, which list the duties, work environment, education, training, skills, and other qualification requirements for the occupation. Include a statement describing how the particular position relates to the occupation listed in the career guide and how the information in the career guide demonstrates that a bachelor's or higher degree in a specific specialty or its equivalent is normally the minimum requirement for the particular position.
- Any evidence you believe will establish that a bachelor's or higher degree or its equivalent is normally the minimum requirement for entry into the particular position.

### 2.1 Degree Common to the Industry

You may establish eligibility by showing that the degree requirement of a bachelor's degree or higher in a specific specialty, or its equivalent, is common to the industry in parallel positions among similar organizations.

The evidence you submitted is insufficient to establish eligibility under this criterion. You submitted a petition support letter stating that a hospitality management degree is common to the industry with no further explanation or evidence to support this claim.

However, as discussed above, you have not established how each of the qualifying fields of study that you have listed for the proffered position is directly related to the duties and responsibilities of the position. Therefore, you have not established that a bachelor's degree or higher in a specific specialty, or its equivalent, is normally the minimum requirement for entry into the particular position by your own educational requirements

You may still submit evidence to establish eligibility under this criterion.  Evidence may include, but is not limited to:



- Job postings or advertisements showing a degree requirement of a bachelor's degree or higher in a specific specialty, or its equivalent, is common to the industry in parallel positions among similar organizations.  Any job postings or advertisements should be supported by documentation of the following:
    - The date and source of the job posting or announcement;
    - A detailed description of the duties of the position and the educational, training, and experience requirements of the position;
    - The company or firm offering the position in these job postings or announcements is within your industry and is similar to your organization; and
    - The job postings or advertisements represent the industry standards for the position.
- Letters from an industry-related professional association indicating that similar organizations routinely employ and recruit only individuals with a bachelor's degree or higher in a specific specialty, or its equivalent for parallel positions.
- Copies of letters or affidavits from firms or individuals in the industry attesting that similar organizations routinely employ and recruit only individuals with a bachelor's degree or higher in a specific specialty, or its equivalent for parallel positions.  Any letter or affidavit should be supported by documentation of the following:
    - The writer's qualifications as an expert;
    - How the writer's conclusions were reached; and
    - The basis for the writer's conclusions, supported by copies or citations of any materials used.

**2.2 Position So Complex or Unique**

You may establish eligibility by showing that the particular position is so complex or unique that it can be performed only by an individual with a bachelor's degree or higher in a specific specialty, or its equivalent.

The evidence you submitted is insufficient to establish eligibility under this criterion.

As evidence that the proffered position is so complex or unique that it can only be performed by an individual with a degree in a specific specialty, you submitted a description of the job duties for the position of Revenue Manager. However, the job duties, as described, do not appear to be of such complexity or uniqueness as to require the attainment of a bachelor's degree in a specific specialty that

consisted of theoretical and practical application of a body of highly specialized knowledge. The evidence of record does not establish that the proffered position is significantly different from other positions within the occupational category of Market Research Analysts and Marketing Specialists. Further, you have not provided evidence, such as industry publications or letters, which highlight the complex and unique nature of your products or services for which the beneficiary will be engaged while in H-1B nonimmigrant status.

You may still submit evidence to establish eligibility under this criterion. Evidence may include, but is not limited to:

- Letters from an industry-related professional association indicating that the particular position is so complex or unique that it can be performed only by an individual with a bachelor's degree or higher in a specific specialty, or its equivalent.
- Copies of letters or affidavits from firms or individuals in the industry attesting that the particular position is so complex or unique that it can be performed only by an individual with a bachelor's degree or higher in a specific specialty, or its equivalent. Any letter or affidavit should be supported by documentation of the following:
  - The writer's qualifications as an expert;
  - The writer's knowledge of your business;
  - How the writer's conclusions were reached; and
  - The basis for the writer's conclusions, supported by copies or citations of any materials used.
- Copies of trade publications or other articles within your industry which demonstrate and highlight the specific complex or unique functions of the particular position, which can only be performed only by an individual with a bachelor's degree or higher in a specific specialty, or its equivalent.

### 3. Employer Normally Requires Degree or its Equivalent

You may establish eligibility by showing that you normally require a bachelor's degree or higher in a specific specialty, or its equivalent, for the position.

The evidence you submitted is insufficient to establish eligibility under this criterion.

According to your letter in support of the petition, you indicated that the proffered position requires a Bachelor's degree in Hospitality Management. However, aside from the statement in your support letter, you have provided no documentary evidence to support your claim that your company normally requires a bachelor's degree in a specific specialty for the position of Revenue Manager.

You may still submit evidence to establish eligibility under this criterion. Evidence may include, but is not limited to:

- An organizational chart showing your hierarchy and staffing levels with corresponding educational and experience requirements for the positions. The educational requirements should include the field of study (e.g. computer science) in addition to the educational level (e.g. bachelor's degree).
- Copies of present and past job postings or announcements for the proffered position showing that you require or, if the beneficiary will perform services for an end-client, the end-client requires applicants to have a minimum of a bachelor's or higher degree in a specific specialty



or its equivalent.
- Documentary evidence of your past employment practices for the position, including:
    - Documentation which lists the number of employees hired in the most recent two years for the position;
    - Copies of employment or pay records identifying past and present employees in this position; and
    - Copies of degrees and/or transcripts to verify the level of education and field of study of each individual hired for this position in the last two years. Additionally, provide evidence to establish the duties that the individuals performed, such as official position descriptions, job offer letters, job postings, or performance reviews.
- Documentation which lists the educational, experience, training, and skills requirements of the offered position, such as official position descriptions, job offer letters, or job postings.

### 4. Nature of Specific Duties So Specialized and Complex

You may establish eligibility by demonstrating that the nature of the specific duties of the offered position are so specialized and complex that the knowledge required to perform these duties is usually associated with the attainment of a bachelor's degree or higher in a specific specialty, or its equivalent.

The evidence you submitted is insufficient to establish eligibility under this criterion.

The job duties, as described, do not appear to be of such specialization or complexity as to require the attainment of a bachelor's degree in a specific specialty that consisted of theoretical and practical application of a body of highly specialized knowledge. You have not sufficiently detailed how the duties of the proffered position are more specialized and complex as compared to the duties normally associated with the Market Research Analysts and Marketing Specialists occupation. Further, you have not provided evidence such as industry publications or letters, which highlight the specialized and complex nature of your products or services for which the beneficiary will be engaged while in H-1B nonimmigrant status.

You may still submit evidence to establish eligibility under this criterion. Evidence may include, but is not limited to:

- An explanation of the specific duties, as they relate to your products and services, and how the nature of those duties of the offered position are so specialized and complex, that they are usually associated with the attainment of a bachelor's degree or higher in a specific specialty; provide an explanation of what differentiates your products and services from other employers in the same industry. Be specific and provide documentation to support any explanation of specialization and complexity.
- Copies of letters or affidavits from firms, individuals, professional associations, or customers attesting that the nature of your products and services are so specialized and complex that a bachelor's level of education, or higher, in a specific specialty is a prerequisite for entry into the offered position. Any letter or affidavit should be supported by documentation of the following:
    - The writer's qualifications as an expert;
    - How the writer's conclusions were reached; and
    - The basis for the writer's conclusions, supported by copies or citations of any materials used.
- Copies of trade publications or other articles about your company that highlights the nature of your products and services and demonstrates that the specific duties of the offered position are so specialized and complex that a bachelor's level of education, or higher, in a specific



specialty is a prerequisite for entry into the position.


PLEASE RETURN THE REQUESTED INFORMATION AND ALL SUPPORTING DOCUMENTS
WITH THIS ORIGINAL REQUEST ON TOP TO:

U.S. CITIZENSHIP AND IMMIGRATION SERVICES
75 LOWER WELDEN ST
ST ALBANS VT  05479



<div align="center">

## IANDOLI DESAI & CRONIN P.C.

### ATTORNEYS AT LAW

</div>

RICHARD L. IANDOLI
PRASANT D. DESAI
MADELINE CHOI CRONIN*
DÓNAL EOIN REILLY
MARY E. WALSH
JENNIFER A. MCGILL
ALISON HOWARD-YILMAZ

38 THIRD AVENUE, SUITE 100
BOSTON, MASSACHUSETTS 02129

PHONE (617) 482-1010 • Fax (617) 423-9070
WWW.IANDOLI.COM

\* ADMITTED IN CALIFORNIA

May 12, 2020

## VIA FEDEX

USCIS Vermont Service Center
ATTN: H-1B RFE Response
75 Lower Welden Street
St. Albans, VT 05479

<div align="center">

### RESPONSE TO REQUEST FOR EVIDENCE

</div>

Re:   **Form I-129, H-1B Petition for Nonimmigrant Worker**
     **PETITIONER:**     **Jamsan Hotel Management, Inc.**
     **BENEFICIARY:**     **Krishna PATHAK**
     **POSITION:**     **Revenue Manager**
     **RECEIPT #**     **EAC2005750717**

Dear USCIS Officer:

This letter is in response to U.S. Citizenship & Immigration Service's ("Service") Notice of Request for Additional Evidence ("RFE") issued on April 30, 2020. The Petitioner, Jamsan Hotel Management, Inc. ("JHM"), seeks to continue to employ Ms. Krishna Pathak, a citizen of India, in the professional position of Revenue Manager for the temporary period requested. In the RFE, the Service requests additional information to establish that the proffered position is a specialty occupation position. We thank you for this opportunity to provide that additional documentation, as detailed below.

**PLEASE NOTE:  Each and every one of these points discussed below, along with the full Index of Supporting documents, were already supplied to USCIS in a Request for Evidence Response for receipt #EAC1926950350, filed by the Petitioner on behalf of the Beneficiary for the same position. That petition remains outstanding. We respectfully request your office adjudicate the instant petition and EAC1926950350.**

<div align="center">

### ERRORS CONTAINED IN THE REQUEST FOR EVIDENCE

</div>

The RFE, on page 2, states "You indicate that the minimum entry requirements for the proffered position are a wide variety of disparate fields of study, as the offered position requires a bachelor's degree in hospitality management." It is unclear to me what the office is referring to as a "wide variety of disparate fields of study." Indeed, the offered position requires a bachelor's degree in hospitality management. In the support letter that accompanied this petition the Petitioner went to great lengths to clearly explain "In light of our business – the hotel and tourism industry – we require a minimum of a bachelor's degree in that field, which comports with the description in the

*OOH* as someone with understandings of economics of hotels and consumer behavior as it relates to hotel bookings." The RFE is replete with references to a lack of description and information of how "each field" is related to the duties. Accordingly, I believe the RFE is clearly erroneous when citing to "a wide variety of disparate fields of study" and "each field" referenced as being related to the duties and responsibilities. To be clear, the Petitioner listed one specified field of study in the job requirements disclosed with this petition: hospitality management. The RFE's statements that the offered position is not specialized because the Petitioner indicated a range of unrelated and disparate fields of study is simply erroneous.

## SPECIALTY OCCUPATION

Pursuant to 8 C.F.R. 214(2)(h)(4)(iii)(A), to qualify as a specialty occupation for purposes of the H-1B program, the position must meet **ONLY one** of the following four criteria:

(1) A baccalaureate or higher degree or its equivalent is normally the minimum requirement for entry into the particular position;
(2) The degree requirement is common to the industry in parallel positions among similar organizations or, in the alternative, an employer may show that its particular position is so complex or unique that it can be performed only by an individual with a degree;
(3) The employer normally requires a degree or its equivalent for the position; or
(4) The nature of the specific duties are so specialized and complex that knowledge required to perform the duties is usually associated with the attainment of a baccalaureate or higher degree.

JHM's position of Revenue Manager certainly meets one of an H-1B specialty occupation. We enclose for your review the following evidence that it, in fact, meets **three (3)** of the criteria as follows:

**EXHIBIT 1**    Petitioning employer's letter from December 2019 by Mr. Ashok Patel providing a more detailed description of the duties to be performed by the company's Revenue Manager; how Ms. Pathak's education prepared her to perform these job duties; and affirming that the position qualifies as an H-1B specialty occupation.

Please see the letter from JHM, enclosed as **Exhibit 1** to this RFE response, addressing these same points in detail for your office's previously issued Request for Evidence, and summarized below. Specifically, the letter from JHM provides an expanded statement regarding the beneficiary's proposed duties and responsibilities, including a more detailed job description, percentage of time devoted to each duty, how the job duties correspond to the Department of Labor's (DOL) SOC Code 13-1161 Market Research Analysts and Marketing Specialists, and how the position qualifies as a specialty occupation position, as follows:

**(1) A baccalaureate or higher degree or its equivalent is normally the minimum requirement for entry into the particular position.**

In his letter at **Exhibit 1**, *supra*, Mr. Patel affirms that JHM's educational requirement of a bachelor's degree in hospitality management or a closely related field is normally the minimum requirement for entry into the position of Revenue Manager. According to DOL's O*Net, the

2

position of Revenue Manager most closely resembles the job duties contained in the SOC code for Market Research Analysts and Marketing Specialists (SOC Code 13-1161). Please find enclosed:

| **EXHIBIT 2** | Chart outlining job duties and Ms. Pathak's coursework in hospitality management that prepared and trained her in the core competencies required to perform the position of Revenue Manager. |
|---|---|
| **EXHIBIT 3** | Chart outlining each job duty, additional details for each duty, and % of time devoted to each duty. |
| **EXHIBIT 4** | Copy of the relevant entries from the *Occupational Outlook Handbook* and O*Net for "Market Research Analysts and Marketing Specialists." |
| **EXHIBIT 5** | A chart comparing the job duties of the Revenue Manager to typical job duties listed in the O*Net for Market Research Analyst / Marketing Specialist |

The occupation of Market Research Analysts and Marketing Specialists has been categorized by O*NET as JobZone 4, meaning that the minimum entry into this position typically requires:

| Title | Job Zone Four: Considerable Preparation Needed |
|---|---|
| **Education** | Most of these occupations **require a four-year bachelor's degree**, but some do not. |
| **Related Experience** | **A considerable amount of work-related skill, knowledge, or experience is needed for these occupations**. For example, an accountant must complete four years of college and work for several years in accounting to be considered qualified. |
| **Job Training** | **Employees in these occupations usually need several years of work-related experience**, on-the-job training, and/or vocational training. |
| **Job Zone Examples** | Many of these occupations involve coordinating, supervising, managing, or training others. Examples include accountants, sales managers, database administrators, graphic designers, chemists, art directors, and cost estimators. |
| **SVP Range** | (7.0 < 8.0) |

In its RFE, the Service acknowledges the proper selection of the SOC code for Market Research Analysts and Marketing Specialists, but then erroneously states:

"The *OOH* does not indicate that Market Research Analysts and Marketing Specialist positions normally require a minimum of a bachelor's degree in a specific specialty. It states, a range of educational credentials including a bachelor's degree in a general background such as, backgrounds in business administration, the social sciences, or communications, may qualify an individual to perform the duties of a Market Research Analysts and Marketing Specialist."

In contrast, the *OOH* entry states, "**Most market research analysts need at least a bachelor's degree**... Market research analysts typically need a bachelor's degree in market research or a related field."

Additionally, I feel it is appropriate at this juncture to point out that the *Occupational Outlook Handbook* **was not designed to assess the specialty occupation status of either occupations or particular positions within them.** Rather, the *OOH* is a career resource offering information about hundreds of occupations that provide the majority of jobs in the U.S. and it is compiled by the U.S. Department of Labor's Bureau of Labor Statistics. **It is not the ultimate authority on H-1B specialty occupations, was never designed for that purpose, and the Service's reliance on it as a sole-source for what comprises a specialty occupation is clearly erroneous.** Please see the following exhibit to this point:

EXHIBIT 6    The Disclaimer section of the *OOH* online, which states in pertinent part:

> "Many trade associations, professional societies, unions, industrial organizations, and government agencies provide career information that is valuable to counselors and jobseekers. For the convenience of *Occupational Outlook Handbook* (*OOH*) users, some of these organizations and their Internet addresses are listed at the end of each occupational profile. Although these references were carefully compiled, the Bureau of Labor Statistics (BLS) has neither the authority nor the facilities to investigate the organizations or the information or publications made available to BLS. **As a result, BLS cannot guarantee the accuracy of such information** and the listing of an organization does not constitute in any way an endorsement or recommendation by BLS, either of the organization and its activities or of the information the organization may supply. Each organization has sole responsibility for whatever information it issues.
>
> The *OOH* describes the job outlook over a projected 10-year period for occupations across the nation; consequently, short-term labor market fluctuations and regional differences in job outlook generally are not discussed. Similarly, the *OOH* provides a general, composite description of jobs and cannot be expected to reflect work situations in specific establishments or localities. **The *OOH*, therefore, is not intended to, and should never, be used for any legal purpose.**" [emphasis added]

In addition to a disclaimer that states the information imparted in the *OOH* should not be used for any legal purpose (including, arguably, a legal standard for determining a specialty occupation), the Administrative Appeals Office and U.S. District Courts have repeatedly rejected USCIS's overuse of the *OOH*. The court in *Raj and Company v. USCIS*, 85 F. Supp. 3d 1231 (W.D. Wash 2015) cited *Residential Finance Corp v. USCIS* (839 F. Supp. 2d 985, 997 (S.D. Ohio 2012) in which the court rejected USCIS's narrow interpretation of the OOH, **noting that degrees rarely come bearing occupation-specific majors and finding that it is the knowledge that is important when evaluating H-1B eligibility.** This case also cited to *Tapis Int'l v. I.N.S.* (94 F. Supp. 2d 172, 175-76 (D. Mass. 2000). In *Tapis*, the court rejected agency interpretation that a degree in a specific field is required because it would preclude any position from satisfying the "specialty occupation" requirements. The decision states:

"The INS's position is contrary to the regulatory language. According to the statutory definition and INS guidelines, a position may qualify as a specialty occupation if the **employer** requires a bachelor's degree or its equivalent." [emphasis added]

The RFE is overwhelmingly relying solely on the *OOH* to assess whether a position qualifies as a specialty occupation based on whether the *OOH* entry states one particular field as normally the minimum requirement. This is being undertaken without the Service taking full consideration or evaluation of any of the individual merits and evidence provided in support of the petition. We strongly urge the Service to review the individual merits of the petition before dismissing that JHM has failed to prove that "a baccalaureate or higher degree or its equivalent is normally the minimum requirement."

## (2) The degree requirement is common to the industry in parallel positions among similar organizations.

The position of Revenue Manager (or similarly named roles) has become a common position in hospitality management firms. As additional evidence that the degree requirement is common to the industry, please find enclosed:

EXHIBIT 7    An article from the *Journal of Revenue and Pricing Management* entitled "The changing landscape of hotel revenue management and the role of the hotel revenue manager" discussing the recognition of the role of Revenue Manager, how it has grown and evolved over the past several decades, and the level of complexity the role takes.

In the article included at Exhibit 7 above, the authors state "With the increased adoption of revenue management strategies in the hotel industry, the role of the hotel revenue manager became increasingly common, particularly at full service hotels."

The authors further state:

"The additional skills mentioned above will place the job of the hotel revenue manager into an even more specialized category, often **requiring a specialized and formal education**... This has been observed recently as hotel companies have begun to hire revenue managers from the ranks of recent college graduates and subsequently place them into months of intensive training, often at a central location."

JHM's minimum requirement of a bachelor's degree in hospitality management or a closely related field is common to the industry, as attested by industry experts. Please find enclosed:

EXHIBIT 8    Expert opinion letter by Mr. Gautam Sharma, President of Global Vision Hotels, a hotel management firm specializing in reviewing market trends and employing strategic rate management to ensure owners realize maximum return on their investments. Mr. Sharma evaluates the position of Revenue Manager at JHM and confirms that JHM's requirement of a bachelor's degree in hospitality management or a closely related field is standard in the hotel management industry for revenue

5

management positions. Mr. Sharma's opinion letter is accompanied by a copy of his LinkedIn public profile and printouts from his company website.

In his letter at **Exhibit 8**, Mr. Sharma evaluates the position of Revenue Manager at JHM and confirms that JHM's requirement of a bachelor's degree in hospitality management or a closely related field is standard in the hospitality management industry. Specifically, Mr. Sharma writes:

> "I have recruited for similar positions to the one described above in the past, as these job duties are typical of a revenue management role. Jamsan Hotel Management, Inc.'s requirement that applicants for the Revenue Manager role possess a minimum of a bachelor's in hospitality management or a closely related field is what my firm would require for this type of role, as that is the industry standard for such a position. My own experience of many years in the hotel management industry informs my assessment of this position and the industry-standard."

This letter from an industry expert clearly indicates the position of Revenue Manager proffered by JHM is a typical position within the industry and that the minimum requirement of a bachelor's degree in hospitality management or a closely related field of study is common to the industry. Further, according to *Matter of Caron International, Inc.*,[1] the enclosed expert opinion letter should be given full weight and credit.

As further evidence of the fact the position meets the specialty occupation analysis for degree is common to the industry, we also enclose job listings for several other hotel revenue manager positions from hotels in the Greater Boston area, and other tourist destinations, such as Las Vegas and New Your City.   Please see the following:

**EXHIBIT 9**     Job Listings similar to JHM's Revenue Manager position requiring a bachelor's in hospitality management or closely related field, including:

A) Director of Revenue Management at the Charles Hotel in Cambridge, MA ("four-year college degree in business statistics, finance, accounting, revenue management, **hospitality**…"),

B) Director of Revenue Management with Highgate Hotels in New York, NY ("bachelor's degree or equivalent in hotel or **hospitality management** or closely related field"), and

C) Hotel Revenue / Yield Optimization Manager at Caesar's Las Vegas in Las Vegas, NV ("bachelor's degree in **Hotel Management**, Business Analytics/Insights, or related field…")

This small, local and nation-wide sampling of positions at **Exhibit 9** demonstrates the minimum requirement for a Revenue Manager type role in the industry, as affirmed by the industry expert at **Exhibit 8**, is a bachelor's degree in hospitality management or closely related field.

---

[1] *Matter of Caron International, Inc.* 19 I&N Dec. 791 (Comm 1988).

**(4) The nature of the specific duties are so specialized and complex that knowledge required to perform the duties is usually associated with the attainment of a baccalaureate or higher degree.**

As evidence that the nature of the specific duties of the Revenue Manager at JHM are so specialized and complex that the knowledge required to perform the duties is usually associated with the attainment of a bachelor's or higher degree in hospitality management or a closely related field of study, please return to the enclosed letter (**Exhibit 1,** *supra*) from Mr. Ashok Patel, VP of Operations at JHM. Mr. Patel writes:

> The very nature of our hotel operations management firm requires specialized knowledge, and therefore we believe it is self-evident this role requires a bachelor-level education in a limited number of relevant fields (including hospitality management or a closely related field). With our initial petition, we provided a bullet point list of 15 duties the Revenue Manager will undertake. We have listed them again here, along with the percent of time devoted to each duty as requested, and have provided additional detail about the specific day-to-day tasks required to fulfill each duty.

Please refer again to the enclosed chart detailing the complex job duties of the Revenue Manager (**Exhibit 4,** *supra*). Mr. Patel continues:

> In light of the position's required technical tasks, we would not hire anyone without at least a bachelor's degree or higher in hospitality management or a related field to this position, as the incumbent Revenue Manager must possess the sophisticated knowledge required by the position to perform these complex duties successfully. Further, it is industry standard that a Revenue Manager would have a degree in hospitality management or a closely related field.

## STANDARD OF REVIEW

In an October 19, 2010 precedent decision[2], the Administrative Appeals Unit confirmed that the "preponderance of the evidence" standard of proof is used in most immigration proceedings, by stating that the applicant must prove by a preponderance of evidence that he or she is eligible for the benefit sought. Thus, even if the director has some doubt as to the truth, if the petitioner submits relevant, probative, and credible evidence that leads the director to believe that the claim is "probably true" or "more likely than not," the applicant or petitioner has satisfied the standard of proof. *See U.S. v. Cardoza-Fonseca*, 480 U.S. 421 (1987) (defining "more likely than not" as a greater than 50 percent probability of something occurring).[3]

JHM has proven by a preponderance of the evidence that the position of Revenue Manager is a specialty occupation, as it meets 3 of the possible 4 criteria and need only meet 1. The degree is normally the minimum requirement, the degree is common to the industry, and the nature of the position is so specialized and complex it could only be performed by an individual with the requested degree. Accordingly, we respectfully request that you approve this petition.

---

[2] *Matter of Chawathe*, Interim Decision #3700, 25 I&N Dec. 369 (AAO 2010).
[3] *Matter of E-M-*, 20 I&N Dec. 77, 79-80 (Comm'r 1989).

If you have any further questions, please do not hesitate to contact me.

Sincerely,

Jennifer A. McGill, Esq.

JAM/kgn
Enclosures
#11480P

**Response to Request for Evidence**
**Petitioner: Jamsan Hotel Management, Inc. (JHM)**
**Beneficiary: Krishna Pathak**
**Position: Revenue Manager**

## INDEX TO SUPPORTING EXHIBITS

| | |
|---|---|
| **EXHIBIT 1:** | Petitioning employer's letter in response to the request for additional evidence by Mr. Ashok Patel providing a more detailed description of the complex duties to be performed by the company's Revenue Manager; how Ms. Pathak's education prepared her to perform these job duties; and affirming that the position qualifies as an H-1B specialty occupation. |
| **EXHIBIT 2:** | Chart outlining job duties and Ms. Pathak's coursework in hospitality management that prepared and trained her in the core competencies required to perform the position of Revenue Manager. |
| **EXHIBIT 3:** | Chart outlining each job duty, additional details for each duty, and % of time devoted to each duty. |
| **EXHIBIT 4:** | Copy of the relevant entries from the *Occupational Outlook Handbook* and O*Net for "Market Research Analysts." |
| **EXHIBIT 5:** | Chart comparing the job duties of Revenue Manager to typical job duties listed in the O*Net for "Market Research Analysts." |
| **EXHIBIT 6:** | Copy of the Disclaimer section of the *OOH* online, in which the BLS states it cannot guarantee the accuracy of the information contained therein, and stating the **"The *OOH* is not intended to, and should never, be used for any legal purpose."** |
| **EXHIBIT 7:** | Scholarly article published in the *Journal of Revenue and Pricing Management* entitled "The changing landscape of hotel revenue management and the role of the hotel revenue manager," which describes recognition of the role of Revenue Manager, how it has grown and evolved over the past several decades, and the level of complexity the role involves. |
| **EXHIBIT 8:** | Expert opinion letter by Mr. Gautam Sharma, President of Global Vision Hotels, a hotel management firm specializing in reviewing market trends and employing strategic rate management to ensure owners realize maximum return on their investments. Mr. Sharma evaluates the position of Revenue Manager at JHM and confirms that JHM's requirement of a bachelor's degree in hospitality management or a closely related field is standard in the hotel management industry for revenue management positions. Mr. Sharma's opinion letter is accompanied by a copy of his LinkedIn public profile and printouts from his company website. |
| **EXHIBIT 9:** | Sample job listings from other similar positions to Revenue Manager in the Greater Boston area and beyond, all of which demonstrate the degree requirement is industry standard. |

EXHIBIT 1



JAMSAN
HOTEL MANAGEMENT

12/12/2019

**VIA FEDEX**

USCIS Vermont Service Center
ATTN: H-1B RFE
75 Lower Welden Street
St. Albans, VT 05479

Re:   **Letter in Response to Request for Evidence**
      **Form I-129, H-1B Petition for Nonimmigrant Worker**
      **PETITIONER:      JHM Hotel Management, Inc.**
      **BENEFICIARY:    Krishna PATHAK**
      **RECEIPT #         EAC1926950350**

Dear Officer:

We write this letter in response to the U.S. Citizen and Immigration Services' ("Service") request for additional evidence ("RFE"), dated September 19, 2019, regarding the H-1B petition our firm, Jamsan Hotel Management, Inc. ("JHM"), filed on behalf of Ms. Krishna Pathak ("Ms. Pathak"). We thank you for this opportunity to clarify the details of Ms. Pathak's proposed employment with us in the specialty occupation position of Revenue Manager. Our response here accompanies our attorney's legal memo and is intended to supplement the information previously provided in our initial filing about the offered position, and why the position qualifies as an H-1B specialty occupation position.

To understand the specialized and complex nature of our offered position of Revenue Manager, it is necessary to understand the nature of the services our firm provides. Jamsan Hotel Management, Inc. is a mid-sized hotel management company and premier lodging solution provider based in Lexington, Massachusetts. JHM has been a proven successful owner and operator of branded, limited service, mid-scale hotels since 1994 and currently owns and manages more than 60 hotels in the New England region. Our expertise includes development, hotel operations, hotels sales and marketing, advertising, and asset management. JHM is dedicated to improving hotel performance through cost-effective operations, marketing and purchasing programs, and sales development at the local level. We employ 25 professionals and manage a workforce of 1,800 who are driven by a singular goal of providing best possible hospitality experience for every guest and exceptional ROI for their Investors. We work with all of the leading national brands including Marriott International, Choice Hotels, Wyndham, Hilton, Sheraton, Cendant Hotel Corporation, Best Western International, and Intercontinental Hotel Group as well as independent and boutique hotels and has partnerships in multiple restaurant ventures to provide a unique lodging solution for the greater New England region.



**J A M S A N**
HOTEL MANAGEMENT

To continue to maximize our company's overall revenue through development of effective inventory and pricing strategies our competitive edge in the hotel management industry, we require a Revenue Manager with extensive knowledge of demand and competitor analysis in order to gain market share. This position requires a highly motivated individual who can work with minimal supervision and interact with hotels at a higher level, confidently researching, advising the implementation of successful strategies. The Revenue Manager is responsible for driving JHM's revenue performance and ensuring that all target market segments are developed for the long-term benefit of the firm. Our requirement of a bachelor's degree in hotel management or a closely related field is normal for entry into the occupation and is the industry standard; we would not consider hiring anyone to this highly-specialized role unless they had earned at least this degree.

As noted in our initial petition, when determining the prevailing wage for this position, we found that SOC Code 13-1161 Market Research Analysts and Marketing Specialists best matches our position of Revenue Manager. Please refer to the enclosed chart listed in our accompanying Index of Supporting Documents in response to this RFE which shows that the job duties of the Revenue Manager are consistent with our chosen SOC Code. The Department of Labor's *Occupational Outlook Handbook* (OOH) provides a range of specific specialties/courses of study in which Market Research Analysts and Marketing Specialists can be trained; however, it appears that the *OOH* has not yet developed occupational information for Revenue Managers in particular. **The fact the *OOH* has not yet assigned a particular degree or set of degrees to an SOC code does not preclude it from being a specialty occupation.** In reviewing O*NET (another DOL publication), SOC Code 13-1161 Market Research Analysts and Marketing Specialists are listed as falling within Job Zone Four: Considerable Preparation Needed. The guide states in pertinent part, "Most of these occupations require a four-year bachelor's degree, but some do not. A considerable amount of work-related skill, knowledge, or experience is needed for these occupations" (see enclosed documentation). O*NET also indicates that 57% of employers for this occupation require at least a bachelor's degree and 43% of employers require a master's degree or post-baccalaureate certificate.

As we do not employ any other Revenue Managers or similar employees, JHM relies heavily on the knowledge and the skills Ms. Pathak obtained through the completion of her degree program in hospitality management and tourism, knowledge she could not have gained without the completion of at least a bachelor's degree in aforementioned field or in one closely related. JHM would not consider hiring anyone to the Revenue Manager position who does not have at least a bachelor's degree in hospitality management or a closely related field, as the expertise one develops in undertaking a bachelor-level program in specialty is indispensable to this unique position. The Revenue Manager alone is responsible for analyzing STR and channel reports, using skills she developed in her graduate-level hospitality management program to provide the senior leadership with the data needed to strategize our firm's continued expansion.



**J A M S A N**

HOTEL MANAGEMENT

The very nature of our hotel operations management firm requires specialized knowledge, and therefore we believe it is self-evident this role requires a bachelor-level education in a limited number of relevant fields (including hospitality management or a closely related field). With our initial petition, we provided a bullet point list of 15 duties the Revenue Manager will undertake. We have listed them again here, along with the percent of time devoted to each duty as requested, and have provided additional detail about the specific day-to-day tasks required to fulfill each duty.

- **Shopping competitors on all channels (5%):**
  - Review all competitive shops in each hotel market online via GDS such as Expedia, Booking.com, Travelport, Travelocity, Kayak.
- **Gathering data on competitors and analyzing their prices and marketing strategies (6%):**
  - Gather and analyze past and present market trends by using various reports such as Rubicon, OTA Insight, Rate 360-Hotelligence and make required recommendations for future strategies.
- **Analyzing STR and channel reports (10%):**
  - Review and analyze end of month rooms statistics reports including Key Hotel Marketing, STR, FMS, Report of Operations, Weekly Booking Pace Reports, Weekly Shop Call Reports, Market Comparison Reports, Revenue Management Reports, Hilsmart.
- **Participating in individual hotel rate strategy meetings (5%):**
  - Attend/conduct weekly and quarterly Sales strategy meetings/ Revenue Meetings with Director of Sales, General Manger/Operations Manager to go through inventory and group-pick-ups.
- **Reviewing brand programs - add/monitor/delete offerings as needed for maximizing bookings and develop and implement procedures for identifying new marketing needs (10%):**
  - Identify marketing opportunities and work closely with Sales Team to develop programs for individual brands. Focus on distressed periods to maximize bookings.
- **Update channel information - amenity errors/correct info (4%):**
  - Ensure property participation and data integrity in all forms of e-Distribution Channels.
- **Audit rate codes/programs for functionality/offer alternative (8%):**
  - Coordinate and implement updates for rates and Transient Protected in OnQ FMS and in Delphi/DMPE.
- **Analyze/audit marketing efforts including local programs, specials, and partnership (8%):**



**J A M S A N**

HOTEL MANAGEMENT

- o  Monitor and analyze the competition daily and weekly through shop calls, the Internet to identify selling strategies and market trends, demand and market conditions including local programs, events/specials in area.
- **Forecast and track trends, including setting restrictions/close out inventory/stop sell for demand dates (12%):**
  - o  Review Delphi/DMPE Lost Business and Quick Regrets reports with Edwin Phillips & Sandra Miller to determine unconstrained group demand.
- **Open up inventory/lower rates/remove for non-demand dates (12%):**
  - o  Regularly monitor rate inventory controls in all Revenue Management systems such as Netrez/OnQ PMS/RMS, Hilstar, DMPE/Delphi, Lanyon, Go-Leads and make required rate changes.
- **Check group blocks - Call sales managers for status on tentative/pickup/cutoffs (3%):**
  - o  Work closely with Edwin Phillips - Regional Director of Sales, Sanda Miller - Regional Operations Manager and Hotel Reservations to ensure effective and efficient management of group inventory daily and provide direction as needed on cutoff date extensions//additions to inventory.
- **Monitor special event dates (5%):**
  - o  Review Demand calendars, convention calendars and city events calendars to keep abreast of all demand generators.
- **Check extranets for availability/adjust to strategy/maintain parity (4%):**
  - o  Shop hotels through the GDS' - Expedia, Booking.com, Sabre, Amadeus to ensure proper positioning to maintain rate parity of each hotel and assess competitive environment.
- **Assist sales with national accounts RFP & FIT submissions (3%):**
  - o  Work with Edwin Phillips - Regional Director of Sales on national accounts RFP & FIT submissions.
- **Engage in continuing education on new marketing/revenue generating opportunities (5%):**
  - o  Review opportunities for cross-selling hotels and relocating corporate and group business to provide way for additional rooms revenue opportunities.

As you can see from the complexity of the duties listed above, the Revenue Manager is a complex and sophisticated position such that the duties involved can only be performed by an individual with a bachelor's degree or higher in hospitality management or a related field. In light of the position's required technical tasks, we would not hire anyone without at least a bachelor's degree or higher in hospitality management or a related field to this position, as the incumbent Revenue Manager must possess the sophisticated knowledge required by the position to perform these complex duties successfully. Further, it is industry standard that a Revenue Manager would have a degree in hospitality management or a closely related field.  Additional



**J A M S A N**

HOTEL MANAGEMENT

evidence addressing these points are included in the Index of Supporting documents and addressed in our attorney's memorandum that accompanies this letter.

Ms. Pathak is well qualified this professional position of Revenue Manager at JHM. Her educational training has direct application in her daily job duties. She earned a Master's in Hospitality and Tourism Management from the Rochester Institute of Technology in Rochester, New York in 2012. As part of her graduate degree program, she excelled in several marketing research analysis-related classes, including data analysis, travel marketing systems, service performance metrics, and integrative problem solving. Ms. Pathak is proficient in MICRO's system software, Opera, Fidelio, Point of Sale, Brilliant, Choice Central, Wynguest, and with the CBORD Data Management System, all of which are key to the Revenue Management process. Complementing her excellent academic background, Ms. Pathak has several years of professional experience in the hospitality industry. From October to December 2012, Ms. Pathak was employed by Invite Hospitality in Columbus, Ohio as an Assistant General Manager where she worked directly with the Vice President to manage all activities of the property including employees, maintenance, sales, and profit/ loss controls. She worked as the Lodging Manager at Methuen Hospital LLC from January 2013 until September 2016 under the auspices of the H-1B program, and has served as Revenue Manager for our organization since that time.

Based on the enclosed information in response to the RFE, the attached exhibits and the contents of the original petition, we respectfully request that JHM's H-1B petition on behalf of Ms. Krishna Pathak be approved.

Sincerely,

Ashok Patel
Vice President of Operations
Jamsan Hotel Management, Inc.

EXHIBIT 2

# CHART OF COURSEWORK

**Position:** Revenue Manager
**SOC:** 13-1161 Market Research Analysts& Marketing Specialists
**Job Zone 4:** Considerable Preparation Needed

**Beneficiary:** Krishna Pathak
**Required Education:** Bachelor's in Hospitality Management or related
**Beneficiary Education:** Master's in Hospitality – Tourism Management

| JOB DUTIES | MIN. EDUCATION | RELEVANT COURSEWORK | HOW COURSEWORK PREPARED BENEFICIARY FOR DUTY |
|---|---|---|---|
| Shopping competitors on all channels. | Bachelor's in Hospitality Management or closely related | 714 - Data Analysis | Learned several data analysis methods & techniques which we use in gathering and scrutinizing data. |
| Gathering data on competitors and analyzing their prices and marketing strategies. | Bachelor's in Hospitality Management or closely related | 714 - Data Analysis | Learned how to gather revenue patterns, review their ADR by analyzing Rubicon/STR reports and perceive market trends. |
| Analyzing STR and channel reports. | Bachelor's in Hospitality Management or closely related | 714 - Data Analysis | Taught to analyze STR, Rubicon, BestRev, Booking Analysis reports and study projected RevPAR & ADR with Occupancy. |
| Participating in individual hotel rate strategy meetings. | Bachelor's in Hospitality Management or closely related | 825 - Strategic Process of Service Firms | Helped gain the acumen to efficiently brainstorm strategies and participate in the market. |
| Reviewing brand programs - add/monitor/delete offerings as needed for maximizing bookings and develop and implement procedures for identifying new marketing needs. | Bachelor's in Hospitality Management or closely related | 825 - Strategic Process of Service Firms | Helped understand holistic strategy for each individual hotel brand programs to achieve set goals. Analyzing organizational structure, operational procedures, corporate policies, financial growth and related factors of service firms. |
| Update channel information - amenity errors/correct info. | Bachelor's in Hospitality Management or closely related | 755 - Graduate Writing Seminar | Taught in conjunction with Research Methods/Data Analysis. Helped write material and verify and correct errors in accordance with Brand Standards and Company Policies. |
| Audit rate codes/programs for functionality/offer alternative. | Bachelor's in Hospitality Management or closely related | 794 - Integrative Problem Solving | Learned how to demonstrate synthesis and integration of the theories and foundation principles of HM discipline to make efficient and informed strategic business decisions. |

| | | |
|---|---|---|
| Analyze/audit marketing efforts including local programs, specials, and partnership. | Bachelor's in Hospitality Management or closely related | 849 - Service Performance Metrics | Examined various self-assessment processes associated with improving service quality. The seven Malcolm Baldrige National Quality Award categories, the eight President's Award for Quality and Productivity categories (Federal Quality Institute), and the ISO 9000 categories. Helped design effective marketing strategies and perceive market trends. |
| Forecast and track trends, including setting restrictions/close out inventory/stop sell for demand dates. | Bachelor's in Hospitality Management or closely related | 849 - Service Performance Metrics | Improved cognition to understand service metrics and key performance factors which we apply to improve hotel's performance in today's competitive market and be in accordance with current market trends. |
| Open up inventory/lower rates/remove for non-demand dates. | Bachelor's in Hospitality Management or closely related | 849 - Service Performance Metrics | How to maintain property inventory based on special events/black-out dates and occupancy. |
| Check group blocks – Call sales managers for status on tentative/pickup/cutoffs. | Bachelor's in Hospitality Management or closely related | 828 - Meeting Planning Development | Learned organizational skills, networking, adaptability and resilience. Helps to manage teleconferences with Sales managers for STAR discussion, Pricing/Inventory and Booking analysis. |
| Monitor special event dates. | Bachelor's in Hospitality Management or closely related | 867 - Tourism Planning & Development | Learned about the foundation of tourism planning and the process of setting goals, aligning multidimensional functions and developing strategies to accomplish set goals. |
| Check extranets for availability/adjust to strategy/maintain parity. | Bachelor's in Hospitality Management or closely related | 825 - Strategic Process of Planning & Development | Rectifying hotel's pain-points and bring forth marketing strategies to achieve set goals by maintaining rate parity according to occupancy and blackout dates. |
| Assist sales with national accounts RFP & FIT submissions. | Bachelor's in Hospitality Management or closely related | 755 - Graduate Writing Seminar | Improved English writing skills. Helped to write RFP & FIT in accordance with Hotel Brand Standards. |
| Engage in continuing education on new marketing/revenue generating opportunities. | Bachelor's in Hospitality Management or closely related | 844 - Breakthrough Thinking Creativity & Innovation | Breakthrough thinking provided the key skills needed to hone creative thinking for business growth. |

EXHIBIT 3

# EXPANDED JOB DUTIES CHART

**Position:** Revenue Manager
**SOC:** 13-1161 Market Research Analysts& Marketing Specialists
**Job Zone 4:** Considerable Preparation Needed

**Beneficiary:** Krishna Pathak
**Required Education:** Bachelor's in Hospitality Management or closely related
**Beneficiary Education:** Master's in Hospitality – Tourism Management

| JOB DUTIES | ADDITIONAL DETAIL | % OF TIME |
|---|---|---|
| Shopping competitors on all channels. | Review all competitive shops in each hotel market online via GDS such as Expedia, Booking.com, Travelport, Travelocity, Kayak. | 5% |
| Gathering data on competitors and analyzing their prices and marketing strategies. | Gather and analyze past and present market trends by using various reports such as Rubicon, OTA Insight, Rate 360-Hotelligence and make required recommendations for future strategies. | 6% |
| Analyzing STR and channel reports. | Review and analyze end of month rooms statistics reports including Key Hotel Marketing, STR, FMS, Report of Operations, Weekly Booking Pace Reports, Weekly Shop Call Reports, Market Comparison Reports, Revenue Management Reports, Hilsmart. | 10% |
| Participating in individual hotel rate strategy meetings. | Attend/conduct weekly and quarterly Sales strategy meetings/ Revenue Meetings with Director of Sales, General Manger/Operations Manager to go through inventory and group-pick-ups. | 5% |
| Reviewing brand programs - add/monitor/delete offerings as needed for maximizing bookings and develop and implement procedures for identifying new marketing needs. | Identify marketing opportunities and work closely with Sales Team to develop programs for individual brands. Focus on distressed periods to maximize bookings. | 10% |
| Update channel information – amenity errors/correct info. | Ensure property participation and data integrity in all forms of e-Distribution Channels. | 4% |
| Audit rate codes/programs for functionality/offer alternative. | Coordinate and implement updates for rates and Transient Protected in OnQ FMS and in Delphi/DMPE. | 8% |
| Analyze/audit marketing efforts including local programs, specials, and partnership. | Monitor and analyze the competition daily and weekly through shop calls, the Internet to identify selling strategies and market trends, demand and market conditions including local programs, events/specials in area. | 8% |
| Forecast and track trends, including setting restrictions/close out inventory/stop sell for demand dates. | Review Delphi/DMPE Lost Business and Quick Regrets reports with Edwin Phillips & Sandra Miller to determine unconstrained group demand. | 12% |
| Open up inventory/lower rates/remove for non-demand dates. | Regularly monitor rate inventory controls in all Revenue Management systems such as Netrez/OnQ FMS/RMS, Hilstar, DMPE/Delphi, Lanyon, Go-Leads and make required rate changes. | 12% |

| | | |
|---|---|---|
| Check group blocks - Call sales managers for status on tentative/pickup/cutoffs. | Work closely with Edwin Phillips - Regional Director of Sales, Sanda Miller - Regional Operations Manager and Hotel Reservations to ensure effective and efficient management of group inventory daily and provide direction as needed on cutoff date extensions//additions to inventory. | 3% |
| Monitor special event dates. | Review Demand calendars, convention calendars and city events calendars to keep abreast of all demand generators. | 5% |
| Check extranets for availability/adjust to strategy/maintain parity. | Shop hotels through the GDS' - Expedia, Booking.com, Sabre, Amadeus to ensure proper positioning to maintain rate parity of each hotel and assess competitive environment. | 4% |
| Assist sales with national accounts RFP & FIT submissions. | Work with Edwin Phillips - Regional Director of Sales on national accounts RFP & FIT submissions. | 3% |
| Engage in continuing education on new marketing/revenue generating opportunities. | Review opportunities for cross-selling hotels and relocating corporate and group business to provide way for additional rooms revenue opportunities. | 5% |

EXHIBIT 4

UNITED STATES DEPARTMENT OF LABOR | A to Z Index | FAQ | About BLS | Contact Us | Subscribe to E-mail Updates | GO

BUREAU OF LABOR STATISTICS

Follow Us | What's New | Release Calendar | Blog
Search BLS.gov

Home | Subjects | Data Tools | Publications | Economic Releases | Students | Beta

OOH HOME | OCCUPATION FINDER | OOH FAQ | OOH GLOSSARY | A-Z INDEX | OOH SITE MAP

# OCCUPATIONAL OUTLOOK HANDBOOK

Search Handbook | Go

Occupational Outlook Handbook > Business and Financial >

## Market Research Analysts

| Summary | What They Do | Work Environment | How to Become One | Pay | Job Outlook | State & Area Data | Similar Occupations | More Info |

## How to Become a Market Research Analyst

Most market research analysts need at least a bachelor's degree. Some research positions may require a master's degree. Strong math and analytical skills are essential.

### Education



Market research analysts typically need a bachelor's degree in market research or a related field. Many have degrees in fields such as statistics, math, or computer science. Others have backgrounds in business administration, the social sciences, or communications.

Courses in statistics, research methods, and marketing are essential for these workers. Courses in communications and social sciences, such as economics or consumer behavior, are also important.

Some market research analyst jobs require a master's degree. Several schools offer graduate programs in marketing research, but many analysts complete degrees in other fields, such as statistics and marketing, and/or earn a master's degree in business administration (MBA). A master's degree is often required for leadership positions or positions that perform more technical research.

Market research analysts measure the effectiveness of marketing strategies.

### Licenses, Certifications, and Registrations

Certification is voluntary, but analysts may pursue certification to demonstrate a level of professional competency. The Marketing Research Association offers the Professional Researcher Certification (PRC) for market research analysts. Candidates qualify on the basis of experience and knowledge; they must pass an exam, have at least 3 years working in opinion and marketing research, and complete 12 hours of industry-related education courses. Individuals must complete 20 hours of industry-related continuing education courses every 2 years to renew their certification.

### Important Qualities

*Analytical skills.* Market research analysts must be able to understand large amounts of data and information.

*Communication skills.* Market research analysts need strong communication skills when gathering information, interpreting data, and presenting results to clients.

*Critical-thinking skills.* To determine what marketing strategy would work best for a company, market research analysts must assess all available information.

*Detail oriented.* Market research analysts must be detail oriented because they often do precise data analysis.

← Work Environment                                                                                              Pay →

SUGGESTED CITATION:
Bureau of Labor Statistics, U.S. Department of Labor, *Occupational Outlook Handbook*, Market Research Analysts,
on the Internet at https://www.bls.gov/ooh/business-and-financial/market-research-analysts.htm (visited November 04, 2019).

Last Modified Date: Wednesday, September 4, 2019

RECOMMEND THIS PAGE USING:   Facebook    Twitter    LinkedIn

| TOOLS | CALCULATORS | HELP | INFO | RESOURCES | ABOUT THIS SITE |
|---|---|---|---|---|---|
| Areas at a Glance | Inflation | Help & Tutorials | What's New | Inspector General (OIG) | Freedom of Information Act |
| Industries at a Glance | Injury And Illness | FAQs | Careers at BLS | Budget and Performance | Privacy & Security Statement |
| Economic Releases | | Glossary | Find It! DOL | No Fear Act Data | Disclaimers |
| Databases & Tables | | About BLS | Join our Mailing Lists | USA.gov | Customer Survey |
| Maps | | Contact Us | Linking & Copyright Info | | Important Website Notices |

HIREVets.gov
HIRE   Recognizing employers who HIRE veterans
Vets Medallion Program

Freedom of Information Act | Privacy & Security Statement | Disclaimers | Customer Survey | Important Website Notices

U.S. Bureau of Labor Statistics | Office of Occupational Statistics and Employment Projections, PSB Suite 2135, 2 Massachusetts Avenue, NE Washington, DC 20212-0001
www.bls.gov/ooh | Telephone: 1-202-691-5700 | Contact OOH

 **O∗NET OnLine**

## Summary Report for:

Updated 2019

### 13-1161.00 - Market Research Analysts and Marketing Specialists

Research market conditions in local, regional, or national areas, or gather information to determine potential sales of a product or service, or create a marketing campaign. May gather information on competitors, prices, sales, and methods of marketing and distribution.

**Sample of reported job titles:** Business Development Specialist, Client Service and Consulting Manager, Communications Specialist, Demographic Analyst, Market Analyst, Market Research Analyst, Market Research Consultant, Market Research Specialist, Market Researcher, Marketing Research Coordinator

| View report: | **Summary** | **Details** | **Custom** |
|---|---|---|---|

Tasks | Technology Skills | Tools Used | Knowledge | Skills | Abilities | Work Activities | Detailed Work Activities | Work Context | Job Zone | Education | Credentials | Interests | Work Styles | Work Values | Related Occupations | Wages & Employment | Job Openings | Additional Information

## Tasks

  All 13 displayed

- ⊕ Prepare reports of findings, illustrating data graphically and translating complex findings into written text.
- ⊕ Collect and analyze data on customer demographics, preferences, needs, and buying habits to identify potential markets and factors affecting product demand.
- ⊕ Conduct research on consumer opinions and marketing strategies, collaborating with marketing professionals, statisticians, pollsters, and other professionals.
- ⊕ Measure and assess customer and employee satisfaction.
- ⊕ Devise and evaluate methods and procedures for collecting data, such as surveys, opinion polls, or questionnaires, or arrange to obtain existing data.
- ⊕ Measure the effectiveness of marketing, advertising, and communications programs and strategies.
- ⊕ Seek and provide information to help companies determine their position in the marketplace.
- ⊕ Forecast and track marketing and sales trends, analyzing collected data.
- ⊕ Gather data on competitors and analyze their prices, sales, and method of marketing and distribution.
- ⊕ Monitor industry statistics and follow trends in trade literature.
- ⊕ Attend staff conferences to provide management with information and proposals concerning the promotion, distribution, design, and pricing of company products or services.
- ⊕ Direct trained survey interviewers.
- ⊕ Develop and implement procedures for identifying advertising needs.

Find occupations related to multiple tasks

back to top

## Technology Skills

  All 33 displayed   Show 6 tools used

- ⊕ **Analytical or scientific software** — IBM SPSS Statistics ✦ ; Minitab ✦ ; TNS Miriad; WinCross (see all 22 examples)
- ⊕ **Business intelligence and data analysis software** — IBM Cognos Impromptu ✦ ; MicroStrategy ✦ ; Qlik Tech QlikView ✦ ; Tableau ✦ (see all 5 examples)
- ⊕ **Categorization or classification software** — Map Maker
- ⊕ **Content workflow software** — Adxstudio, for Microsoft

13-1161.00 - Market Research Analysts and Marketing Specialists

- **Customer relationship management CRM software** — Blackbaud The Raiser's Edge; Insightful Corporation Confirmit; Oracle Eloqua; Salesforce software 🔥 (see all 8 examples)
- **Data base management system software** — Apache Hadoop 🔥 ; Apache Hive 🔥 ; Apache Pig 🔥 ; Teradata Database 🔥
- **Data base reporting software** — SAP Crystal Reports
- **Data base user interface and query software** — Amazon Redshift 🔥 ; GMI NET-MR; Microsoft Access 🔥 ; Structured query language SQL 🔥 (see all 13 examples)
- **Data mining software** — Google Analytics 🔥 ; IBM Intelligent Miner; NCR Teradata Warehouse Miner; Oracle Darwin (see all 5 examples)
- **Desktop publishing software** — Adobe Systems Adobe InDesign 🔥 ; LogiXML Ad-HOC; Microsoft Publisher; Sawtooth SSI Web
- **Development environment software** — Adobe Systems Adobe ActionScript; Microsoft Visual Basic 🔥
- **Document management software** — Adobe Systems Adobe Acrobat 🔥
- **Electronic mail software** — IBM Notes 🔥 ; Microsoft Outlook 🔥
- **Enterprise resource planning ERP software** 🔥 — Microsoft Dynamics 🔥 ; NetSuite ERP 🔥 ; Oracle Hyperion 🔥 ; SAP 🔥 (see all 7 examples)
- **Expert system software** — Digivey software (expert system feature)
- **Financial analysis software** — Delphi Technology; Financial planning software
- **Graphics or photo imaging software** — Adobe Systems Adobe Photoshop 🔥 ; Microsoft Visio 🔥 ; SmugMug Flickr 🔥 ; Thomson Dialog (see all 8 examples)
- **Information retrieval or search software** — Factiva; LexisNexis; Mintel Reports; Verispan Patient Parameters (see all 9 examples)
- **Internet browser software** — Web browser software
- **Map creation software** — ESRI ArcGIS software
- **Object or component oriented development software** — R 🔥
- **Office suite software** — Google Drive 🔥 ; Microsoft Office 🔥
- **Operating system software** — Apple macOS 🔥 ; Red Hat Enterprise Linux 🔥
- **Point of sale POS software** — Digivey software (point of sale feature)
- **Presentation software** — Microsoft PowerPoint 🔥
- **Project management software** — 37Signals Basecamp; ClassApps SelectSurveyASP; Microsoft Project 🔥 ; Perseus SurveySolutions (see all 5 examples)
- **Sales and marketing software** — Google AdWords 🔥 ; Marketo Marketing Automation 🔥
- **Spreadsheet software** — Microsoft Excel 🔥
- **Transaction security and virus protection software** — Symantec 🔥
- **Video creation and editing software** — Adobe Systems Adobe AfterEffects 🔥 ; Apple Final Cut Pro; YouTube 🔥
- **Web page creation and editing software** — Adobe Systems Adobe Dreamweaver; Adobe Systems Adobe Flash Player; Facebook 🔥 ; LinkedIn 🔥
- **Web platform development software** — Cascading Style Sheets CSS 🔥 ; Drupal 🔥 ; Hypertext markup language HTML 🔥 ; JavaScript 🔥 (see all 7 examples)
- **Word processing software** — Google Docs 🔥 ; Microsoft Word 🔥

🔥 Hot Technology — a technology requirement frequently included in employer job postings.

back to top

## Knowledge

 All 11 displayed

- **English Language** — Knowledge of the structure and content of the English language including the meaning and spelling of words, rules of composition, and grammar.
- **Customer and Personal Service** — Knowledge of principles and processes for providing customer and personal services. This includes customer needs assessment, meeting quality standards for services, and evaluation of customer satisfaction.
- **Sales and Marketing** — Knowledge of principles and methods for showing, promoting, and selling products or services. This includes marketing strategy and tactics, product demonstration, sales techniques, and sales control systems.
- **Mathematics** — Knowledge of arithmetic, algebra, geometry, calculus, statistics, and their applications.
- **Administration and Management** — Knowledge of business and management principles involved in strategic planning, resource allocation, human resources modeling, leadership technique, production methods, and coordination of people and resources.
- **Communications and Media** — Knowledge of media production, communication, and dissemination techniques and methods. This includes alternative ways to inform and entertain via written, oral, and visual media.
- **Clerical** — Knowledge of administrative and clerical procedures and systems such as word processing, managing files and records, stenography and transcription, designing forms, and other office procedures and terminology.
- **Computers and Electronics** — Knowledge of circuit boards, processors, chips, electronic equipment, and computer hardware and software, including applications and programming.
- **Sociology and Anthropology** — Knowledge of group behavior and dynamics, societal trends and influences, human migrations, ethnicity, cultures and their history and origins.
- **Psychology** — Knowledge of human behavior and performance; individual differences in ability, personality, and interests; learning and motivation; psychological research methods; and the assessment and treatment of behavioral and affective disorders.
- **Economics and Accounting** — Knowledge of economic and accounting principles and practices, the financial markets, banking and the analysis and reporting of financial data.

back to top

## Skills

 All 17 displayed

- **Critical Thinking** — Using logic and reasoning to identify the strengths and weaknesses of alternative solutions, conclusions or approaches to problems.
- **Reading Comprehension** — Understanding written sentences and paragraphs in work related documents.
- **Writing** — Communicating effectively in writing as appropriate for the needs of the audience.
- **Active Listening** — Giving full attention to what other people are saying, taking time to understand the points being made, asking questions as appropriate, and not interrupting at inappropriate times.
- **Complex Problem Solving** — Identifying complex problems and reviewing related information to develop and evaluate options and implement solutions.
- **Speaking** — Talking to others to convey information effectively.
- **Judgment and Decision Making** — Considering the relative costs and benefits of potential actions to choose the most appropriate one.
- **Active Learning** — Understanding the implications of new information for both current and future problem-solving and decision-making.
- **Mathematics** — Using mathematics to solve problems.
- **Monitoring** — Monitoring/Assessing performance of yourself, other individuals, or organizations to make improvements or take corrective action.
- **Persuasion** — Persuading others to change their minds or behavior.
- **Social Perceptiveness** — Being aware of others' reactions and understanding why they react as they do.
- **Systems Analysis** — Determining how a system should work and how changes in conditions, operations, and the environment will affect outcomes.
- **Systems Evaluation** — Identifying measures or indicators of system performance and the actions needed to improve or correct performance, relative to the goals of the system.
- **Coordination** — Adjusting actions in relation to others' actions.

- ✪ **Learning Strategies** — Selecting and using training/instructional methods and procedures appropriate for the situation when learning or teaching new things.
- ✪ **Time Management** — Managing one's own time and the time of others.

back to top

## Abilities

 All 17 displayed

- ✪ **Inductive Reasoning** — The ability to combine pieces of information to form general rules or conclusions (includes finding a relationship among seemingly unrelated events).
- ✪ **Deductive Reasoning** — The ability to apply general rules to specific problems to produce answers that make sense.
- ✪ **Fluency of Ideas** — The ability to come up with a number of ideas about a topic (the number of ideas is important, not their quality, correctness, or creativity).
- ✪ **Oral Comprehension** — The ability to listen to and understand information and ideas presented through spoken words and sentences.
- ✪ **Oral Expression** — The ability to communicate information and ideas in speaking so others will understand.
- ✪ **Written Comprehension** — The ability to read and understand information and ideas presented in writing.
- ✪ **Written Expression** — The ability to communicate information and ideas in writing so others will understand.
- ✪ **Information Ordering** — The ability to arrange things or actions in a certain order or pattern according to a specific rule or set of rules (e.g., patterns of numbers, letters, words, pictures, mathematical operations).
- ✪ **Category Flexibility** — The ability to generate or use different sets of rules for combining or grouping things in different ways.
- ✪ **Speech Clarity** — The ability to speak clearly so others can understand you.
- ✪ **Near Vision** — The ability to see details at close range (within a few feet of the observer).
- ✪ **Problem Sensitivity** — The ability to tell when something is wrong or is likely to go wrong. It does not involve solving the problem, only recognizing there is a problem.
- ✪ **Mathematical Reasoning** — The ability to choose the right mathematical methods or formulas to solve a problem.
- ✪ **Originality** — The ability to come up with unusual or clever ideas about a given topic or situation, or to develop creative ways to solve a problem.
- ✪ **Speech Recognition** — The ability to identify and understand the speech of another person.
- ✪ **Number Facility** — The ability to add, subtract, multiply, or divide quickly and correctly.
- ✪ **Flexibility of Closure** — The ability to identify or detect a known pattern (a figure, object, word, or sound) that is hidden in other distracting material.

back to top

## Work Activities

 All 27 displayed

- ✪ **Getting Information** — Observing, receiving, and otherwise obtaining information from all relevant sources.
- ✪ **Analyzing Data or Information** — Identifying the underlying principles, reasons, or facts of information by breaking down information or data into separate parts.
- ✪ **Interpreting the Meaning of Information for Others** — Translating or explaining what information means and how it can be used.
- ✪ **Processing Information** — Compiling, coding, categorizing, calculating, tabulating, auditing, or verifying information or data.
- ✪ **Interacting With Computers** — Using computers and computer systems (including hardware and software) to program, write software, set up functions, enter data, or process information.
- ✪ **Making Decisions and Solving Problems** — Analyzing information and evaluating results to choose the best solution and solve problems.
- ✪ **Organizing, Planning, and Prioritizing Work** — Developing specific goals and plans to prioritize, organize, and accomplish your work.
- ✪ **Communicating with Persons Outside Organization** — Communicating with people outside the organization, representing the organization to customers, the public, government, and other external sources. This information can

be exchanged in person, in writing, or by telephone or e-mail.

- ⊕ **Establishing and Maintaining Interpersonal Relationships** — Developing constructive and cooperative working relationships with others, and maintaining them over time.
- ⊕ **Thinking Creatively** — Developing, designing, or creating new applications, ideas, relationships, systems, or products, including artistic contributions.
- ⊕ **Updating and Using Relevant Knowledge** — Keeping up-to-date technically and applying new knowledge to your job.
- ⊕ **Developing Objectives and Strategies** — Establishing long-range objectives and specifying the strategies and actions to achieve them.
- ⊕ **Communicating with Supervisors, Peers, or Subordinates** — Providing information to supervisors, co-workers, and subordinates by telephone, in written form, e-mail, or in person.
- ⊕ **Identifying Objects, Actions, and Events** — Identifying information by categorizing, estimating, recognizing differences or similarities, and detecting changes in circumstances or events.
- ⊕ **Provide Consultation and Advice to Others** — Providing guidance and expert advice to management or other groups on technical, systems-, or process-related topics.
- ⊕ **Documenting/Recording Information** — Entering, transcribing, recording, storing, or maintaining information in written or electronic/magnetic form.
- ⊕ **Selling or Influencing Others** — Convincing others to buy merchandise/goods or to otherwise change their minds or actions.
- ⊕ **Judging the Qualities of Things, Services, or People** — Assessing the value, importance, or quality of things or people.
- ⊕ **Coordinating the Work and Activities of Others** — Getting members of a group to work together to accomplish tasks.
- ⊕ **Scheduling Work and Activities** — Scheduling events, programs, and activities, as well as the work of others.
- ⊕ **Monitoring and Controlling Resources** — Monitoring and controlling resources and overseeing the spending of money.
- ⊕ **Developing and Building Teams** — Encouraging and building mutual trust, respect, and cooperation among team members.
- ⊕ **Estimating the Quantifiable Characteristics of Products, Events, or Information** — Estimating sizes, distances, and quantities; or determining time, costs, resources, or materials needed to perform a work activity.
- ⊕ **Monitor Processes, Materials, or Surroundings** — Monitoring and reviewing information from materials, events, or the environment, to detect or assess problems.
- ⊕ **Performing Administrative Activities** — Performing day-to-day administrative tasks such as maintaining information files and processing paperwork.
- ⊕ **Coaching and Developing Others** — Identifying the developmental needs of others and coaching, mentoring, or otherwise helping others to improve their knowledge or skills.
- ⊕ **Guiding, Directing, and Motivating Subordinates** — Providing guidance and direction to subordinates, including setting performance standards and monitoring performance.

back to top

## Detailed Work Activities

 All 12 displayed

- ⊕ Prepare research reports.
- ⊕ Analyze consumer trends.
- ⊕ Conduct surveys in organizations.
- ⊕ Establish business management methods.
- ⊕ Measure effectiveness of business strategies or practices.
- ⊕ Analyze market conditions or trends.
- ⊕ Gather organizational performance information.
- ⊕ Analyze industry trends.
- ⊕ Monitor business indicators.

- ⊕ Discuss business strategies, practices, or policies with managers.
- ⊕ Supervise employees.
- ⊕ Develop business or market strategies.

Find occupations related to multiple detailed work activities

back to top

## Work Context

All 19 displayed

- ⊕ **Electronic Mail** — 100% responded "Every day."
- ⊕ **Spend Time Sitting** — 65% responded "Continually or almost continually."
- ⊕ **Telephone** — 70% responded "Every day."
- ⊕ **Freedom to Make Decisions** — 57% responded "A lot of freedom."
- ⊕ **Importance of Being Exact or Accurate** — 57% responded "Extremely important."
- ⊕ **Duration of Typical Work Week** — 70% responded "More than 40 hours."
- ⊕ **Structured versus Unstructured Work** — 43% responded "A lot of freedom."
- ⊕ **Contact With Others** — 43% responded "Constant contact with others."
- ⊕ **Face-to-Face Discussions** — 52% responded "Every day."
- ⊕ **Indoors, Environmentally Controlled** — 61% responded "Every day."
- ⊕ **Time Pressure** — 43% responded "Once a week or more but not every day."
- ⊕ **Work With Work Group or Team** — 43% responded "Very important."
- ⊕ **Letters and Memos** — 39% responded "Every day."
- ⊕ **Impact of Decisions on Co-workers or Company Results** — 39% responded "Important results."
- ⊕ **Deal With External Customers** — 30% responded "Extremely important."
- ⊕ **Coordinate or Lead Others** — 35% responded "Very important."
- ⊕ **Frequency of Decision Making** — 36% responded "Once a month or more but not every week."
- ⊕ **Level of Competition** — 35% responded "Moderately competitive."
- ⊕ **Responsibility for Outcomes and Results** — 35% responded "Limited responsibility."

back to top

## Job Zone

| | |
|---|---|
| **Title** | Job Zone Four: Considerable Preparation Needed |
| **Education** | Most of these occupations require a four-year bachelor's degree, but some do not. |
| **Related Experience** | A considerable amount of work-related skill, knowledge, or experience is needed for these occupations. For example, an accountant must complete four years of college and work for several years in accounting to be considered qualified. |
| **Job Training** | Employees in these occupations usually need several years of work-related experience, on-the-job training, and/or vocational training. |
| **Job Zone Examples** | Many of these occupations involve coordinating, supervising, managing, or training others. Examples include real estate brokers, sales managers, database administrators, graphic designers, chemists, art directors, and cost estimators. |
| **SVP Range** | (7.0 to < 8.0) |

back to top

## Education

| Percentage of Respondents | Education Level Required |
|---|---|

13-1161.00 - Market Research Analysts and Marketing Specialists

57 ▬▬ Bachelor's degree

39 ▬▬ Master's degree

4 ı Post-baccalaureate certificate **?)**

back to top

## Credentials



back to top

## Interests

All 3 displayed

Interest code: **IEC**   Want to discover your interests? Take the O*NET Interest Profiler at My Next Move.

- **Investigative** — Investigative occupations frequently involve working with ideas, and require an extensive amount of thinking. These occupations can involve searching for facts and figuring out problems mentally.
- **Enterprising** — Enterprising occupations frequently involve starting up and carrying out projects. These occupations can involve leading people and making many decisions. Sometimes they require risk taking and often deal with business.
- **Conventional** — Conventional occupations frequently involve following set procedures and routines. These occupations can include working with data and details more than with ideas. Usually there is a clear line of authority to follow.

back to top

## Work Styles

 All 15 displayed

- **Analytical Thinking** —- Job requires analyzing information and using logic to address work-related issues and problems.
- **Attention to Detail** — Job requires being careful about detail and thorough in completing work tasks.
- **Dependability** — Job requires being reliable, responsible, and dependable, and fulfilling obligations.
- **Integrity** — Job requires being honest and ethical.
- **Initiative** — Job requires a willingness to take on responsibilities and challenges.
- **Adaptability/Flexibility** — Job requires being open to change (positive or negative) and to considerable variety in the workplace.
- **Persistence** — Job requires persistence in the face of obstacles.
- **Cooperation** — Job requires being pleasant with others on the job and displaying a good-natured, cooperative attitude.
- **Independence** — Job requires developing one's own ways of doing things, guiding oneself with little or no supervision, and depending on oneself to get things done.
- **Achievement/Effort** — Job requires establishing and maintaining personally challenging achievement goals and exerting effort toward mastering tasks.
- **Stress Tolerance** — Job requires accepting criticism and dealing calmly and effectively with high stress situations.
- **Innovation** — Job requires creativity and alternative thinking to develop new ideas for and answers to work-related problems.
- **Leadership** — Job requires a willingness to lead, take charge, and offer opinions and direction.
- **Self Control** — Job requires maintaining composure, keeping emotions in check, controlling anger, and avoiding aggressive behavior, even in very difficult situations.
- **Concern for Others** — Job requires being sensitive to others' needs and feelings and being understanding and helpful on the job.

13-1161.00 - Market Research Analysts and Marketing Specialists

back to top

## Work Values

All 3 displayed

- ✪ **Achievement** — Occupations that satisfy this work value are results oriented and allow employees to use their strongest abilities, giving them a feeling of accomplishment. Corresponding needs are Ability Utilization and Achievement.
- ✪ **Working Conditions** — Occupations that satisfy this work value offer job security and good working conditions. Corresponding needs are Activity, Compensation, Independence, Security, Variety and Working Conditions.
- ✪ **Support** — Occupations that satisfy this work value offer supportive management that stands behind employees. Corresponding needs are Company Policies, Supervision: Human Relations and Supervision: Technical.

back to top

## Related Occupations

 All 10 displayed

| | |
|---|---|
| 11-2011.00 | Advertising and Promotions Managers |
| 11-2021.00 | Marketing Managers ☼ Bright Outlook ✔ |
| 11-3111.00 | Compensation and Benefits Managers |
| 13-1041.07 | Regulatory Affairs Specialists ✔ |
| 13-1111.00 | Management Analysts ☼ |
| 13-1141.00 | Compensation, Benefits, and Job Analysis Specialists |
| 13-2051.00 | Financial Analysts ✔ |
| 13-2099.02 | Risk Management Specialists ✔ Green |
| 19-3022.00 | Survey Researchers |
| 27-3031.00 | Public Relations Specialists ✔ |

back to top

## Wages & Employment Trends

**Median wages (2018)**  $30.35 hourly, $63,120 annual

**State wages**   Local Salary Info

**Employment (2018)**  682,000 employees

**Projected growth (2018-2028)**  ▪▪▪▪ Much faster than average (11% or higher)

**Projected job openings (2018-2028)**  90,700

**State trends**  Employment Trends

**Top industries (2018)**  Professional, Scientific, and Technical Services
Finance and Insurance

Source: Bureau of Labor Statistics 2018 wage data 🗗 and 2018-2028 employment projections 🗗. "Projected growth" represents the estimated change in total employment over the projections period (2018-2028). "Projected job openings" represent openings due to growth and replacement.

back to top

## Job Openings on the Web

 Find Jobs

back to top

## Sources of Additional Information

   10 of 11 displayed

**Disclaimer:** Sources are listed to provide additional information on related jobs, specialties, and/or industries. Links to non-DOL Internet sites are provided for your convenience and do not constitute an endorsement.

- American Association for Public Opinion Research ⬀
- American Bankers Association ⬀
- American Marketing Association ⬀
- Association of Independent Information Professionals ⬀
- Insights Association ⬀
- News Media Alliance ⬀
- Occupational Outlook Handbook: Market research analysts ⬀
- Qualitative Research Consultants Association ⬀
- Special Libraries Association ⬀
- Strategic and Competitive Intelligence Professionals ⬀

back to top

# EXHIBIT 5

# DEPARTMENT OF LABOR COMPARISON CHART

**Position:** Revenue Manager
**SOC:** 13-1161 Market Research Analysts & Marketing Specialists
**Job Zone 4:** Considerable Preparation Needed

**Beneficiary:** Krishna Pathak
**Required Education:** Bachelor's in Hospitality Management or closely related
**Beneficiary Education:** Master's in Hospitality – Tourism Management

| REVENUE MANAGER JOB DUTIES | MARKET RESEARCH ANALYSTS & MARKETING SPECIALISTS O*NET TASKS |
|---|---|
| Shopping competitors on all channels. | Gather data on competitors and analyze their prices, sales, and method of marketing and distribution. |
| Gathering data on competitors and analyzing their prices and marketing strategies. | Gather data on competitors and analyze their prices, sales, and method of marketing and distribution. |
| Analyzing STR and channel reports. | Collect and analyze data on customer demographics, preferences, needs, and buying habits to identify potential markets and factors affecting product demand. |
| Participating in individual hotel rate strategy meetings. | Attend staff conferences to provide management with information and proposals concerning the promotion, distribution, design, and pricing of company products or services. |
| Reviewing brand programs - add/monitor/delete offerings as needed for maximizing bookings and develop and implement procedures for identifying new marketing needs. | Measure the effectiveness of marketing, advertising, and communications programs and strategies. |
| Update channel information - amenity errors/correct info. | Measure and assess customer and employee satisfaction |
| Audit rate codes/programs for functionality/offer alternative. | Measure and assess customer and employee satisfaction |
| Analyze/audit marketing efforts including local programs, specials, and partnership. | Develop and implement procedures for identifying advertising needs. |
| Forecast and track trends, including setting restrictions/close out inventory/stop sell for demand dates. | Forecast and track marketing and sales trends, analyzing collected data. |
| Open up inventory/lower rates/remove for non-demand dates. | Develop and implement procedures for identifying advertising needs. |
| Check group blocks - Call sales managers for status on tentative/pickup/cutoffs. | Forecast and track marketing and sales trends, analyzing collected data. |
| Monitor special event dates. | Forecast and track marketing and sales trends, analyzing collected data. |
| Check extranets for availability/adjust to strategy/maintain parity. | Gather data on competitors and analyze their prices, sales, and method of marketing and distribution. |
| Assist sales with national accounts RFP & FIT submissions. | Seek and provide information to help companies determine their position in the marketplace |
| Engage in continuing education on new marketing/revenue generating opportunities. | Monitor industry statistics and follow trends in trade literature. |

EXHIBIT 6

 **U.S. Bureau of Labor Statistics**

# Disclaimer

Many trade associations, professional societies, unions, industrial organizations, and government agencies provide career information that is valuable to counselors and jobseekers. For the convenience of *Occupational Outlook Handbook* (*OOH*) users, some of these organizations and their Internet addresses are listed at the end of each occupational profile. Although these references were carefully compiled, the Bureau of Labor Statistics (BLS) has neither the authority nor the facilities to investigate the organizations or the information or publications made available to BLS. As a result, BLS cannot guarantee the accuracy of such information and the listing of an organization does not constitute in any way an endorsement or recommendation by BLS, either of the organization and its activities or of the information the organization may supply. Each organization has sole responsibility for whatever information it issues.

The *OOH* describes the job outlook over a projected 10-year period for occupations across the nation; consequently, short-term labor market fluctuations and regional differences in job outlook generally are not discussed. Similarly, the *OOH* provides a general, composite description of jobs and cannot be expected to reflect work situations in specific establishments or localities. The *OOH*, therefore, is not intended to, and should never, be used for any legal purpose. For example, the *OOH* should not be used as a guide for determining wages, hours of work, the right of a particular union to represent workers, appropriate bargaining units, or formal job evaluation systems. Wage data in the *OOH* should not be used to compute the future loss of earnings in adjudication proceedings involving work injuries or accidental deaths.

BLS has no role in establishing educational, licensing, or practicing standards for any occupation; any such standards are established by national accrediting organizations and are merely reported by BLS in the *OOH*. The education information in the *OOH* presents the typical requirements for entry into the given occupation and does not describe the education and training of those individuals already employed in the occupation. In addition, education requirements for occupations may change over time and often vary by employer or state. Therefore, the information in the *OOH* should not be used to determine if an applicant is qualified to enter a specific job in an occupation.

All text, charts, and tables presented are in the public domain and, with appropriate credit, may be reproduced without permission. Most photographs and illustrations are protected by copyright. Comments about the contents of this publication and suggestions for improving it are welcome. Address all comments to Chief, Division of Occupational Employment Projections, Office of Occupational Statistics and Employment Projections, Bureau of Labor Statistics, U.S. Department of Labor, 2 Massachusetts Ave. NE, Room 2135, Washington, DC 20212. Phone: (202) 691-5700. FAX: (202) 691-5745. Email: Contact us. Additional information is available at https://www.bls.gov/ooh/. Information in the *OOH* is available upon request to individuals with sensory impairments. Voice phone: **(202) 691-5200**; Federal Relay Service: **(800) 877-8339**.

**Last Modified Date:** Tuesday, October 24, 2017

---

U.S. Bureau of Labor Statistics | Office of Occupational Statistics and Employment Projections, PSB Suite 2135, 2 Massachusetts Avenue, NE

Washington, DC 20212-0001

www.bls.gov/ooh | Telephone: 1-202-691-5700 | Contact OOH

EXHIBIT 7

Practice Article

# The changing landscape of hotel revenue management and the role of the hotel revenue manager

Received (in revised form): 15th March 2014

## Mark Ferguson[a] and Scott Smith[b]

[a]Darla Moore School of Business, University of South Carolina; and [b]School of Hotel, Restaurant & Tourism Management, University of South Carolina, Columbia, South Carolina, USA

Mark Ferguson is a Distinguished Business Foundation Fellow and Professor of Management Science in the Darla Moore School of Business, University of South Carolina, where he teaches an MBA course on Revenue Management. He is the co-author of the books Segmentation, Revenue Management and Pricing Analytics and Pricing Segmentation and Analytics. He is also the former president of the INFORMS Revenue Management and Pricing Section.

Scott Smith holds PhD from The University of Central Florida's Rosen College of Hospitality Management. Prior to academia, he worked for Marriott Hotels, Sheraton Hotels, Walt Disney World Resorts and Hilton Hotels in various management positions around country. He recently accepted a position with the University of South Carolina as an Assistant Professor. His specific areas of research are pricing and revenue management in the hospitality industry.

Correspondence: Mark Ferguson, Darla Moore School of Business, University of South Carolina, 1705 College Street, Columbia, South Carolina, USA.

**ABSTRACT**   Modern revenue management practices were implemented into the hotel industry in the 1990s in an effort to provide hotels and resorts with greater profitability. As improvements were made to the practice, the role of the hotel revenue manager evolved to meet these changes. This article chronicles the major changes in the practices and responsibilities of the local hotel revenue manager and discusses the forces that helped initiate each change.
Journal of Revenue and Pricing Management (2014) 13, 224–232. doi:10.1057/rpm.2014.11;
published online 18 April 2014

**Keywords:** revenue management; hotel; corporate revenue manager; cluster revenue management

## INTRODUCTION

Revenue management describes the science of pricing a product, commodity or service so as to maximize total revenue. This science takes the form of calculating the opportunity cost of selling a unit of resource today versus saving it for a potential future buyer who is willing to pay a higher price. This opportunity cost is then compared with the revenue available from an immediate sell such that yes/no decisions can be made for each demand opportunity. In industries with perishable assets, these decisions must be made dynamically as the resource expires after a certain point, after which it can no longer be sold. Hotel rooms as well as airline seats fall into this category as both an unsold room and airplane seat have no value after the night has passed or the airliner has departed. An unoccupied room does not produce any revenue, so a strategy of revenue management seeks to fill a



profit maximizing number of hotel rooms by either dynamically changing prices or turning on and off different tier classes of rates. While the potential benefits of applying revenue management in the hotel industry is now well understood, the actual practice is not a trivial task. Thus, the increased adoption of revenue management practices has necessitated the need for local hotel revenue managers whose job is to apply the science of revenue management in the messy reality of each hotel's competitive landscape. Like the science itself, the role of the hotel revenue manager has changed considerably over the last 30 years. In this article, we describe the changing roles of the local hotel revenue managers and conclude with our views of what the future will bring for this career path.

Before discussing the changes in the roles of hotel revenue managers, it is helpful to first review the history of how revenue management has evolved across industries. Revenue management practices have existed since the beginning of commercial trade, where many merchants and tradesmen would hold higher quality food and goods aside from the commoners and presented them only to the nobility or the upper class. This practice took advantage of the fact that their finer goods could be sold to 'people of means' for a higher price. This law of supply and demand also governed the innkeepers of the times who were known to raise their prices for accommodations and food as their products became scarcer and the supply and demand fluctuated (Tranter *et al*, 2009).

The airline industry was the pioneer of modern revenue management, which evolved in conjunction with the advancements in computer technology during the 1980s (Avinal, 2004). Modern revenue management in the travel and hospitality industry began in 1972 when BOAC airlines began to offer discounted airfares to some passengers while charging a full fare to the others on the same flight. BOAC's strategy for the allocation of discounted fares was to sell only an amount equal to the amount of seats that would remain empty if no discounts were available. Once this allocation was

reached, only full-fared tickets would be sold from that point forward (Bonne, 2003). This use of a two-tier rate structure was greatly facilitated by the availability of computerized inventory control systems that could be used to track and regulate the discounted fares.

While the inventory control systems were already in place, the event that significantly advanced the practice of revenue management in the airline industry was the deregulation of the US domestic airlines in 1978. This deregulation moved control away from the Civil Aeronautics Board, who had previously set pricing policy for the airline industry and allowed the Free-Market to determine and set airfare. This change from strict control of industry pricing to allowing airlines to determine their own prices brought the airlines into a market-based competitive environment. Before deregulation, rates were determined in a centralized manner and were set by the federal government. The Civil Aeronautics Board had to approve every fare and the process was consistently slow. This limited the airlines' ability to experiment with discount fares or to use fare prices to react to demand changes. After deregulation, airlines began setting their own prices, which they began to do frequently. This new pricing freedom, in conjunction with the development of computer reservation systems (CRSs), allowed airlines the ability to keep track of the massive inventory of seats on flights over a several-month period (Beckman, 1958). The widespread use of modern day revenue management in the travel and hospitality field is often attributed to the discounting pricing strategy known as the 'Super Saver Rate' (Airlines, 2009) by American Airlines in 1985. American's application was so successful that it inspired the development of revenue management systems (RMS) for other areas of the service sector, including hotels (McGill and Van Ryzin, 1999).

The creation of the Super Saver Rate and other discount airline fares required additional policies that restricted customers from making changes or cancellations to an existing airline

discount fare reservation. These restrictions typically took the form of cancellation fees and/or transaction fees. The rationale for these restrictions was based on a *quid pro quo* concept of a consumer incurring a penalty for a change or cancelation of an existing reservation in exchange for a discount from a standard rate. Although some customers did not initially understand or accept this rationale, they eventually learned to accept this and it has now become a standard practice in the airline industry. Over a prolonged period of acclimation, most airline customers have learned to accept that discount rates are tied to some form of restrictions (Kimes, 2002a).

One such example of a restriction, or a *fence* as it is referred to in the industry, is the required Saturday-night stay-over rule. Many carriers required that all discounted rates would require the passenger to travel before a Saturday and return the following Sunday or later. This restriction was aimed at preventing the more lucrative business travelers from obtaining discounts as they typically traveled within the week and rarely incorporated any weekend stay-overs (Bonne, 2003). Gradually consumers have learned to accept that the steeper the discount off of the standard fare, the greater the amount of restrictions were placed upon that airline reservation. This led to the development of the non-refundable or no-change tickets, which locks the consumer into the purchase at the time of the reservations and does not allow any changes to the itinerary without the payment of some type of penalty, such as cancellation fees or change fees (Bonne, 2003).

The prevalence, if not acceptance, of these cancellation/change fees has allowed them to become a standard practice (a business norm) in the airline industry. The US Department of Transportation reports that these airline cancellation/change fees are estimated to yield around US$2 billion per year domestically (Mc Cartney, 2009). This report further states that in 2009, change and cancellation fees contributed 3.2 per cent of US airline

passenger revenue (totaling $527.6 million) with business travelers paying the lion's share of this amount. By 2012, this total had increased to over $2.5 billion.

## THE DEVELOPMENT OF HOTEL REVENUE MANAGEMENT

Influenced by the use of effective RMS of airline industry, the lodging industry began introducing the multitier rate systems for rooms in the 1980s, connecting them with various discounts and restrictions. The term Revenue Management became the predominant in the hotel industry as Marriott International pioneered its usage as opposed to the term Yield Management, which was previously used in the airline industry (Cross, 1997). Based partly on the success of Marriott's successful adoption of revenue management principles and practices, the majority of the other major hotel chains quickly initiated revenue management implementations of their own. This usage has proliferated to the point where most major hotel chains have invested heavily and incorporated revenue management pricing philosophy into everyday pricing decisions both at the corporate and individual hotel levels. A recent investigation found that the rates available for the same dates at a Philadelphia hotel varied between $109 and $209 per night (Consumer Reports, 2010). The investigator shopped for quotes from several different booking channels including the hotel's reservation line, Website and several merchant sites that included, Hotels.com, Expedia, Orbitz, Travelocity and Hotwire, to obtain the different rates.

One of the main side benefits of adopting revenue management practices in the hotel industry has been the improvement in the capabilities of forecasting future bookings, which are used by many decision makers beyond just the person responsible for revenue management. Lim *et al* (2009) state that the accurate forecasting of a lodging enterprise's future performance allows for managers in all



areas of the lodging operation to make important tactical decision with regards to staffing, budgets, expenditures and policy. The lodging ownership team also depends upon accurate forecast to formulate short- and long-term business plans that depend heavily upon the expected revenues and cost associated with future performance of an operation (Law, 2004). Thus, many hotels originally adopted revenue management practices and software simply based on its improved forecasting accuracy. Only after adopting revenue management did these hotels gain an appreciation for the full capabilities that revenue management can provide. To take full advantage of these capabilities, however, required the creation of a new position to join the hotel management team. This new role was the hotel revenue manager. In the next sections, we provide a brief summary of how this position has evolved.

## THE EVOLUTION OF THE HOTEL REVENUE MANAGER

Before Marriott Hotels incorporating a formal discipline of revenue management for the hotel industry, the application existed as a scaled down version of the airline industries yield management philosophy. The early applications of revenue management at hotels typically involved three common practices:

1. The implementation of seasonal pricing, which typically segmented the yearly calendar into high, medium (often referred to as shoulder) and low demand periods. Prices were set accordingly and often printed in hotel advertisements or directories.
2. The placing of basic restrictions on very high demand days that included 'Closed to Arrival' (CTA) and 'Minimum Night Stay' (MNS) qualifiers. These two restrictions did not focus on maximizing a hotel's rate for a particular night, but rather on maximizing the number of nights a prospective guest will be staying in the hotel that was believed to increase profitability.

3. The contracting of discounting rates with either corporations or convention groups. This yield management practice also focused on obtaining a guaranteed volume of room nights in exchange for providing a discounted rate that typically (but not always) included a time period restriction. These restrictions allowed the hotel to protect the contracted rates from being booked in high/peak demand times.

Initially, these practices were typically formulated by a committee of hotel managers that included the general manager, front office manager, director of sales and the hotel controller. They were also viewed as more strategic decisions and were often only formally reviewed once a year, with occasional adjustments made throughout the year. At this time, the position of hotel revenue manager did not exist. Typically the hotel reservation manager was given the task of implementing the strategic practices arrived at by the committee even though he/she was often not included in this decision-making process. With the increased adoption of revenue management strategies in the hotel industry, the role of the hotel revenue manager became increasingly common, particularly at the full service hotels.

## HOTEL REVENUE MANAGER – STAGE I

Even as the position of revenue manger was created as a separate and distinct position from the reservations manager, the position was relegated to the role of providing reports to others, who in turn then made decisions regarding strategic pricing and allotment. This was evidenced by a management structure that had the revenue manager reporting to the hotel's director of sales and marketing that, in consultation with the general manager, was the final authority in pricing and allocation decisions (*Hotel News Now*, 2008, 2012). These strategies were typically discussed in weekly meetings, often called Revenue Maximization (REVMAX) meetings. The revenue manager was responsible

for compiling a list of standard reports and presenting these to the REVMAX team where any changes in strategies where discussed and approved in a group setting. The revenue manager was expected to contribute to the discussion, take notes and implement the decisions. The philosophy of protecting and allocating the hotels limited inventory of perishable hotel rooms also began to change with the increase in the capabilities of the RMS.

In the early days of hotel revenue management, high demand dates were given designations of CTA to prevent new reservations by the lower rate class customers from being accepted for a particular busy day while reservations that included lower occupancy days were allowed to 'sell through' those busy days. This designation, along with a MNS restriction, would be loaded into the CRSs to book reservations that benefited the hotel by placing several rooms into lower occupancy days in exchange for selling a room on a peak night. The net effect was to flatten the high demand periods by requiring that a reservation contribute to filling slower days surrounding the peak day. By instituting a dynamic pricing structure where a unique hotel rate is calculated based on what days will be affected, the use of CTAs and MNS were eliminated and were in essence replaced by dynamic pricing. This strategy includes setting the price for a 1 night stay on the busiest night so high that it effectively has the customer rejecting the hotel as it proposes a price they would not be willing to pay. If the guest is willing to pay the high rate for the 1 night stay, the rate would be set near the total of a 2 night stay. An example might include setting a Wednesday night rate at $300 per night for the hotel's busiest night, where a 2 night stay for Tuesday and Wednesday night might be quoted as $150 per night.

The creation of the hotel revenue manager position in the early 1990s coincides with the emphasis of Revenue Per Available Room (RevPAR) as a key metrics used to measure a hotel's performance. The emphasis on RevPAR as a performance indicator led to public hotel companies reporting this among other important

information financial date in annual and quarterly reports (*Hotel News Now*, 2012). Before RevPAR gaining accepted usage in the hotel industry, the two key statistics used to measure hotel performance were the Average Daily Rate (ADR) and Occupancy. These two performance measures were often analyzed separately, lending property managers to sacrifice the maximization of one in favor of the other (Tranter *et al*, 2009). By understanding the duality relationship between ADR and Occupancy and combining these into the single efficiency ratio, RevPAR provides the hotel revenue manger with a single metric to evaluate a properties' revenue performance against stated goals.

## HOTEL REVENUE MANAGER – STAGE II

As many hotels began to see their revenues increase as a result of specific revenue management strategies, the stature of the hotel revenue manager increased. This is likely a result of the revenue manager being viewed as the most knowledgeable person at the hotel with regards to what actions will improve the newly emphasized RevPAR performance of the hotel. This leads to a change in management structure: the revenue manager no longer reported to the director of sales and marketing but instead reported directly to the hotel general manager. This change allows the revenue manager the ability to make instant decisions on a daily basis without having to seek the approval of the REVMAX committee, which in turn allows for much quicker reactions to changing marketing conditions. The revenue manager has also become the gatekeeper for the hotel's room allotment, where the sales team, which included the director of sales and marketing, is now required to seek the approval of the revenue manager for any group contracts before being sent out (*Hotel News Now*, 2008, 2012). Any contract that does not meet the rate or allotment minimums set for a particular set of dates will be rejected with the belief that higher



rated business can be found, thus providing higher rates and RevPAR performance.

Hotel owners have begun to see the value of having an independent 'gatekeeper' monitoring and approving any future business commitments to protect the limited resources of the hotel. This has led to additional expansions of the revenue manger's responsibilities to include overseeing other revenue producing departments. For example, the hotel revenue manager is often given responsibility for the setting of minimum revenue goals for catering revenue, meeting room rental, recreation and golf revenues. In addition, the hotel revenue manager is often given the latitude of evaluating any future business opportunities based on the total revenue from all streams, allowing a deficiency in one area (that is, rooms' revenue) to be made up in another area (that is, catering). With these additional roles, the hotel revenue manager often also has the responsibility of forecasting total hotel revenue.

## HOTEL REVENUE MANAGER – STAGE III

While the role of the revenue manager has increased in stature and responsibility in larger hotels, many smaller hotels, because of cost constraints, are unable to assign a full-time manager to this function. As a result, the benefits reaped from implementing these revenue enhancing strategies has been limited mainly to large full service properties. The hotel chains, who had witnessed the benefits of revenue management strategies in their larger properties, thus developed initiatives to provide similar services to the smaller, more limited service properties. One viable alternative was the 'clustering' of several limited service properties and assigning the revenue management responsibilities to a single person, who is often located remotely away from the properties. This is made possible by the rapid increase in computer and internet technologies such that a person can now access the computer systems that manage the hotel room inventory and reservation systems

from locations anywhere around the world. This capability along with the demand for remote access has led to the development of RMS.

The sharing of corporate revenue management professionals with limited resources to divide the cost of the salary and technology to provide an inexpensive, but effective alternative. The corporate revenue manager became, in essence, a consultant for these properties. They are often considered 'corporate staff' and no longer a member of a properties management team who are responsible for monitoring the activity for each property. In replace of a seat on the local hotel management team's daily meeting, they typically schedule a weekly revenue management consultation with each property manager to provide reports and updates. This weekly conference call allows the general manager and director of sales for the local property the opportunity to suggest or approve specific strategies, while the revenue manager remains responsible for making the changes in the RMS. This new sharing of corporate revenue management professionals has become so effective that some hotel management franchisors have offered the same services to their franchisees. While some full service hotel properties have now moved to this cluster system, the larger hotels that rely heavily on convention group business have mostly maintained an one-site manager to continue to oversee the process of determining which business should be accepted or turned away.

Along with the changes in the roles and responsibilities of the hotel revenue manager, the way they are evaluated has also changed. The new metric that is increasingly replacing REVPAR is the ratio Gross Operating Profit Per Available Room (GOPAR). GOPAR has the effect of not only focusing on the revenue that any single piece of business provides the hotel, but also the expense associated with accepting that piece of business. This new emphasis of GOPAR will often lead to decisions where a lower revenue option may be selected over a higher revenue option because it

is more profitable. In addition to using GOPAR as one metric for evaluating a lodging request, larger properties with multiple streams of revenue (that is, food and beverage, recreation, gaming and so on) will also include these additional sources of revenue, and their associated cost, in their pricing decisions.

## HOTEL REVENUE MANAGER – FUTURE OUTLOOK

The RMS that were developed to assist a revenue manager in the strategic decision-making process have become so sophisticated that some have suggested the process could be entirely automated. Doing so will, in essence, remove the human element and render the job of revenue manager obsolete. While this may become a popular option with the smaller, more limited services properties, it is difficult to imagine the larger, full service hotels removing the human element from the accept/reject decision-making process. Sales professionals from all industries have often said you cannot quantify the relationship or goodwill that a customer has with the service provider. Even today, hotel managers often give preference to less profitable pieces of business when they believe that the customer loyalty earned today will payoff in terms of future business. As the number of business decisions involving the hotel revenue manager continues to expand, the hotel management profession will also continue to rise in both stature and responsibility.

## OVERALL HOTEL REVENUE MANAGEMENT – FUTURE OUTLOOK

As previously discussed, the airline industry is considered to be the pioneers of revenue management while the hotel industry has often followed the lead of the airlines in regards to revenue management strategies and technology. Thus, in order for the hotel industry to increase its efficiency in collecting and fulfilling reservations, it will need to follow the example of the airline industry and migrate away from the use of option-based policies. This means moving guests away from fully refundable reservations toward a policy that provides a firm commitment at the time of the reservation.

Airlines have traditionally been more successful in convincing consumers to accept the fact that different passengers will pay different fares for the same flight than hotels have been. Research suggests that customers who discover that they are paying a different rate for a similar hotel room often have a strong negative reaction (Kimes, 2002b). In contrast, paying different airline fares among passengers on the same flight is commonplace and is often accepted by consumers as an industry norm for doing business. The airlines enjoy this higher level of customer acceptance in part because they were the pioneers in the area of revenue management, in addition to the limited availability (supply) of competing airlines to a destination as compared with the competitive environment of a typical hotel. While airlines and hotels offer two distinctly different services to consumers, which could account for some of these differences in the perceived fairness of revenue management practices, the hotel industry should take note of the history that the airline industry has provided in this area. Observing the successful strategies utilized by the airlines to facilitate broader customer acceptance of their revenue management practices can provide the hotel industry with a 'roadmap' for improving their own customers' acceptance of non-refundable room reservations.

## CONCLUSION AND RECOMMENDATIONS

When taking into consideration the rapid changes leading to the evolution of the modern day hotel revenue manager, it is reasonable to infer that the position will continue to change as will the skill requirements of the people who will do the job. In addition, while predicting



the future of any job is uncertain, we can make reasonable assumptions based on the general trends that are developing in the current competitive hotel marketplace.

One such trend is the reliance upon 'big data' or analytics to model and predict consumer behavior. This emphasis on analytics is allowing companies to proactively formulate marketing strategies that match anticipated consumer behavior as opposed to relying on the past strategy of reacting to emerging trends. This proactive modeling will require the hotel revenue manager to not only understand the use of 'big data' analytics, but also to correctly interpret the output from such modeling. While most hotel revenue managers tend toward the analytically inclined (number crunchers), the use of analytics will require additional training and development. The hotel companies that best realize and act upon this new required competency for proactive revenue management will become market leaders and benefit from this early adaptive strategy.

A second trend is the emergence of online distribution channels, which has resulted in a plethora of new booking opportunities that go beyond the traditional sources (that is, hotel company Website, 1–800 reservations line) of capturing hotel reservations. This emerging trend has led to a new skill referred to as 'channel management'. Channel management requires the hotel manager to know the exact distribution cost associated with each channel and, in turn, set the appropriate prices and inventory levels so as to maximize both occupancy and ADR for the hotel. Channel management requires proactive planning on the part of the revenue manager as many of these different third-party vendors negotiate rates and inventory contracts up to a year in advance. This requires the revenue manager to also become familiar with hotel contracting and the 'art of negotiation', in order to protect the hotel from poor agreements that heavily favor the channel providers.

The additional skills mentioned above will place the job of hotel revenue manager into an even more specialized category, often requiring a specialized and formal education, either from a university or an advanced training course offered through the hotel company itself. Thus, the traditional path of 'rising up through the ranks', such as taking a competent reservation manager and promoting them to the position of revenue manager with little or no training, will no longer be a viable option. This has been observed recently as hotel companies have begun to hire revenue managers from the ranks of recent college graduates and subsequently place them into months of intensive training, often at a central location. As these trends take place, more research is needed to help determine what new job skills are needed to be successful in today's world as a hotel revenue manager.

## REFERENCES

Airlines, A. (2009) American airlines history, http://www.aa.com/content/amrcorp/corporateInformation/facts/history.jhtml, accessed 18 March 2009.

Avinal, E.A. (2004) Revenue management in hotels. *Journal of Foodservice Business Research* 7(4): 51–57.

Beckman, B. and Bobkoski, F. (1958) Airline demand: An analysis of some frequency distributions. *Naval Research Logistics Quarterly* 5: 43–51.

Bonne, J. (2003) Inside the mysteries of airline fares. Why is the passenger in the next seat paying less than me? http://MSNBC.com, http://www.msnbc.msn.com/id/3073548/, accessed 1 July 2010.

Consumer Reports (2010) 'Hotels for any budget'. Consumer Reports, June, p. 4.

Cross, R.G. (1997) *Revenue Management: Hard-Core Tactics for Market Domination*. New York: Broadway Books.

*Hotel News Now* (2008) Revenue management matures in Asia. 2 June, http://www.hotelnewsnow.com/Article/71/Revenue-management-matures-in-Asia.

*Hotel News Now* (2012) RevPAR remains trusted tool in data arsenal. 23 August, http://www.hotelnewsnow.com/Article/8832/RevPAR-remains-trusted-tool-in-data-arsenal.

Kimes, S.E. (2002a) Perceived fairness of yield management. *The Cornell Hotel and Restaurant Administration Quarterly* 43(1): 21–30.

Kimes, S.E. (2002b) A retrospective commentary; on 'discounting in the hotel industry: A new approach'. (Quarterly Classic). *Cornell Hotel & Restaurant Administration Quarterly* 43(4): 92–93.

Law, R. (2004) Initially testing an improved extrapolative hotel room occupancy rate forecasting technique. *Journal of Travel & Tourism Marketing* 16(2/3): 71–77.

Lim, C., Chang, C. and McLeer, M. (2009) Forecasting h(m)otel guest nights in New Zealand.(Report). *International Journal of Hospitality Management* 28(2): 228–235.

McCartney, S. (2009) Your Bad Luck is a Windfall FOR Airlines Ticket-Change Penalties Yield Billions in Revenue for Industry, Data Show. New York: The Wall Street Journal.

McGill, J.I. and van Ryzin, G.J. (1999) Revenue management: Research overview and prospects. *Transportation Science* 33(2): 233.

Tranter, K., Stuart-Hill, T. and Parker, J. (2009) *An Introduction to Revenue Management for the Hospitality Industry-Principles and Practices for the Real World.* Upper Saddle River, NJ: Pearson, Prentice Hall.

EXHIBIT 8

 **Global Vision Hotels**

43 Charles Street Needham MA, 02494. www.globalvisionhotels.com

November 25, 2019

USCIS Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479

**RE:**   **Revenue Manager Positions Require Bachelor's Degree in Hospitality Management or Closely Related Field**

Dear Officer,

I have been asked by Mr. Ashok Patel, Vice President of Operations for Jamsan Hotel Management, Inc., to provide this letter in response to your office's Request for Evidence related to one of his professional employees. It is my understanding that your office does not acknowledge it is an industry-wide standard to hire individuals with the minimum of a bachelor's degree in hospitality management or a closely related field for Revenue Manager positions. As someone who has been working in the hotel management industry for over 20 years, I confirm that it is absolutely the case that the requirement of a bachelor's degree in hospitality management or a closely related field for Revenue Manager positions is the standard in the industry.

Please allow me to provide you with my qualifications as an expert on this matter. I have been serving as President of Global Vision Hotels for almost 12 years after over 10 years working in hotel operations management for Marriott Hotels in positions including General Manager, Rooms Division Manager, Sales Manager, Food and Beverage Manager, and Front Office Manager. In addition to my work experience in the industry, I also possess a Bachelor of Science in Hospitality Management from Southern New Hampshire University, for which I now serve as a member of the Board of Trustees. I am also a member of the Board of Directors of the Central Massachusetts Convention and Visitors Bureau (CVB).

Today, as President of Global Vision Hotels, I am responsible for overseeing our firm's business development, marketing and branding, and owner relations. Our goal is to increase the value of the assets we manage by focusing on growing market share, paying close attention to general upkeep and maintenance of the physical plant, developing and treating associates fairly, and exceeding customer expectations together with our brand partners to be the leading hotel management company in the market. Market penetration is a key to driving revenues and to increasing the opportunity for repeat business. Global Vision Hotels believes that careful attention to pricing considerations and offering an outstanding value for group clients is the key to maximizing revenue opportunities in the marketplace. Our revenue management team closely monitors occupancy and yields information to drive pricing and business decisions which maximize the value of the asset for our owners.

Mr. Patel has shared with me the job description of the Revenue Manager position at his hotel management company, which entails gathering and analyzing data on competitors' pricing and

marketing strategies and forecasting trends to ensure that his firm remains competitive in the hospitality industry. The Revenue Manager at his firm is responsible for the following duties:

- Shopping competitors on all channels;
- Gathering data on competitors and analyzing their prices and marketing strategies;
- Analyzing STR and channel reports;
- Participating in individual hotel rate strategy meetings;
- Reviewing brand programs - add/monitor/delete offerings as needed for maximizing bookings and develop and implement procedures for identifying new marketing needs;
- Updating channel information - amenity errors/correct info;
- Auditing rate codes/programs for functionality/offer alternative;
- Analyzing/auditing marketing efforts including local programs, specials, and partnership;
- Forecasting and tracking trends, including setting restrictions/close out inventory/stop sell for demand dates;
- Opening up inventory/lower rates/remove for non-demand dates;
- Checking group blocks - calling sales managers for status on tentative/pickup/cutoffs.
- Monitoring special event dates;
- Checking extranets for availability/adjust to strategy/maintain parity;
- Assisting sales with national accounts RFP & FIT submissions; and,
- Engaging in continuing education on new marketing/revenue generating opportunities.

I have recruited for similar positions to the one described above in the past, as these job duties are typical of a revenue management role. Jamsan Hotel Management, Inc.'s requirement that applicants for the Revenue Manager role possess a minimum of a bachelor's in hospitality management or a closely related field is what my firm would require for this type of role, as that is the industry standard for such a position. My own experience of many years in the hotel management industry informs my assessment of this position and the industry-standard.

If I can be of any further assistance in providing my expert opinion on this matter, please feel free to reach me at 7818983101. Thank you for your time reviewing this material, and I hope you will resolve the matter for Mr. Patel's company and his employee favorably.

Sincerely,

Gautam Sharma
President

## Contact

www.linkedin.com/in/gautam-
sharma-26a80b5 (LinkedIn)
www.globalvisionhotels.com
(Other)

## Top Skills
Hotels
Hotel Management
Hospitality Management

## Honors-Awards
Member of the Board of Trustees at
SNHU
Member of Board of Directors
Member of Board of Directors

# Gautam Sharma

President at Global Vision Hotels
Greater Boston Area

## Experience

**Global Vision Hotels**
President
February 2008 - Present

www.globalvisionhotels.com

**Courtyard by Marriott Boston MA**
General Manager
2006 - February 2008 (2 years)

**Stamford Marriott Hotel and Spa**
Director of Operations
2003 - 2006 (3 years)

**Stamford Marriott Hotel & Spa**
Front Office Manager
April 2000 - May 2003 (3 years 2 months)

## Education

**Southern New Hampshire University**
Bachelor's degree, Hospitality Administration/Management



**GLOBAL VISION HOTELS**          BROAD BASED SOLUTIONS BEYOND THE OBVIOUS

| HOME | MISSION | VALUES | PROPERTIES | LEADERSHIP TEAM | SERVICES |

## LEADERSHIP TEAM

○ Gautam Sharma, President



Responsible for business development, marketing and brand & owner relations. Gautam's 20 years of hospitality experience include hotel management and development & repositioning of hotel assets. His hotel management experience includes positions as general manager, rooms division manager, sales manager, food and beverage manager and front office manager with Marriott Hotels. Gautam is a graduate of Southern New Hampshire University with a BS in Hospitality Management. Gautam is a member of the Board of Trustees of Southern New Hampshire University and a member of the Board of Directors of Central Mass CVB. Gautam lives in the Boston area.

○ Stephen Koch, Principal & Chief Operating Officer



Steve is responsible for hotel operations, facilities, human resources, staff development and brand compliance. Steve's 30 years of hotel experience includes leadership positions in housekeeping, front office, training and development and human resources management with Hilton and Marriott full service brand hotels. Steve holds a BA in Business from Michigan State University and a MA in Organizational Development from Fairfield University. Steve lives in Fairfield County, Connecticut.

○ Vikram Sharma, Principal & Chief Financial Officer



Vikram handles accounting and finance as well as food and beverage operations. Vikram's 20 years of hotel experience includes food and beverage management positions with Hyatt Hotels, Sheraton Hotels, and El Torito Restaurants. He also has experience as a financial, real estate and management consultant. Vikram holds a BS in Hospitality Management from Institute of Hotel Management, New Delhi, India, and a MBA in Finance from Notre Dame de Namur University in California. Vikram lives in the San Francisco Bay Area.

○ Shikha Talwar, Principal & Senior Vice President Revenue Development



Shikha focuses on revenue management and sales. Shikha has over twenty years of experience in the hospitality industry having held management positions in front office, sales and revenue management including Director of Revenue and Vice President of Revenue Management for Marriott and Starwood branded hotels. Shikha earned a BS from the University of Southern New Hampshire and a MBA in Finance from Baruch College in New York City. Shikha lives in the Boston area.

○ Juljana Cama, Corporate Director of Accounting and Administration

Juljana oversees the accounting function for the company. She is responsible for providing accounting support to the hotel properties as well as handling their administration needs. Juljana has over 12 years of experience in the hospitality industry having worked with an independent boutique hotel brand as Controller and in several sales and operations positions with the Holiday Inn and Courtyard brands. Juljana holds bachelors in Marketing from Boston University. Juljana lives in Westchester county, New York

Global Vision Hotels - Leading Hotel in the market



◦ **Richard Walker, Corporate Director of Sales**



Richard supports the hotels with sales and helps book business for the hotels. Richard has over 15 years of experience in the hospitality industry and has worked as General Manager and Front Office Manager for Holiday Inn and Marriott Hotels. Richard holds a Masters degree in tourism from the University of West Indies and lives in the Boston area.

◦ **Vicente Aguilar, Corporate Director of Facilities**



Vicente oversees the upkeep and maintenance of the hotel properties. He assists General Managers and their associates in the area of housekeeping and maintenance. Vicente has over 25 years of experience in the industry with Marriott and Stouffers full service hotels including Director of Services for Marriott and Renaissance hotels in the New York area. Vicente lives in Westchester County, New York.

◦ **Jessica Smith, Interior Designer**



Jessica provides design support to the hotels and is also leading the design effort for enVision Hotels. She has worked at several design firms and brings a wealth of hotel design knowledge. She holds a bachelors degree in Interior Design and has a MS in Marketing from Boston College. Jessica lives in the Boston area.

© 2015 Global Vision Hotels. All Rights Reserved. Home | Sitemap | Privacy Policy                    Designed & Developed By : Analytix Solutions

  

11/25/2019                                Global Vision Hotels - Leading Hotel in the market

 **GLOBAL VISION HOTELS**            BROAD BASED SOLUTIONS BEYOND THE OBVIOUS

HOME      MISSION      VALUES      PROPERTIES      LEADERSHIP TEAM      SERVICES



## SERVICES

◊ Revenue Management:

Continuous review of market trends and strategic rate management is a top priority for Global Vision Hotels. Our analysis processes ensure we know current and future market trends and destination events so that our owners realize maximum return for each night's revenue. A lead revenue management person is assigned to each hotel and works with the Vice President of Revenue Development to ensure we remain focused on business opportunities within each market.

◊ Employment:

Our careful attention to the selection process ensures we hire associates with a customer service attitude and approach of caring about our customers. Global Vision Hotels manages all aspect of the employment process from recruitment to interviewing and selection for all leadership and hourly associates. We make arrangements for the required insurance coverage and offer a comprehensive employment, benefits and reporting programs and file all required compliance paperwork.

◊ Accounting and Bookkeeping:

Global Vision Hotels offers complete bookkeeping and accounting services including: accounts payable, accounts receivable and aging, general ledger, cash management, filing of all related business taxes, budgeting and forecasting, along with collections management. We can also liaison with mortgage services and financial institutions to ensure proper release and allocation of capital improvements and other funding requirements.

◊ Payroll:

Effective control of payroll and productivity reporting is critical to the financial success of any hotel property. Global Vision Hotel's payroll formula is based on accurate occupancy and business forecasting with strict adherence to established productivity formulas. Global Vision Hotels monitors payroll productivity on a daily basis to ensure the maximum effectiveness of payroll dollars. Global Vision Hotels will arrange for the payment of wages and all reporting and filing requirements to the appropriate agencies.

◊ Financial Reporting and Analysis:

Comprehensive financial statements and operational statistics allow Global Vision and the client to monitor the financial growth of the business and the effectiveness of our efforts. Financial statements, payables analysis, internal controls, purchasing and inventory management along with quarterly owner reviews provide opportunity for strong communications and the long-term financial stability of the business.

◊ Franchise Management:

Franchisors are key partners in the successful operation of the hotel. Global Vision will manage the full range of franchise communications including brand standards compliance, property audits, renovation punch lists, fee negotiations, sales and marketing, occupancy and maintain cooperative relationships with brand managers.

◊ Reporting:

Global Vision Hotels will arrange for all documentation and permits required to operate the business. Local licenses, code compliance, permits, and leases are document and filed in a timely manner.

◊ Project management:

Changing customer and brand requirements frequently require the upgrading of hotel facilities. Our approach to facilities development is to create the value of the asset in a cost effective manner. Careful consideration to design, contractor selection, finishing selection and sound project management principles ensures a successful property upgrade. Global Vision Hotels manages all capital and renovation projects to ensure a successful and timely completion with minimal guest inconvenience.

EXHIBIT 9

**indeed**    Find jobs    Company reviews    Find salaries    Upload your resume    **Sign in**    Employers / Post Job

# Hotel Revenue/ Yield Optimization Manager (CLV)

Caesars Las Vegas - Las Vegas, NV 89109
Commission

**Caesars Las Vegas**

★★★★☆ 3,389 reviews
Read what people are saying about working here.

>

[ Apply Now ]

[ ♡ Save this job ]

## Description

Caesars Entertainment is the world's most geographically diversified casino-entertainment company. Since its beginning in Reno, Nevada, more than 75 years ago, Caesars has grown into a family of affiliated resort casinos on four continents. Caesars-affiliated casino resorts operate primarily under the Harrah's®, Caesars® and Horseshoe® brand names. Affiliates of Caesars also own the World Series of Poker® and the London Clubs International family of casinos. The Caesars Entertainment family's success is a result of an unblinking focus of building loyalty and value with guests through a unique combination of great service, excellent products, unsurpassed distribution, operational excellence and technology leadership. Caesars and its affiliates are committed to environmental sustainability and energy conservation and recognize the importance of being a responsible steward of the environment.

Team members of the Caesars family of resort casinos are driven by our Mission, Vision, and Values. We take great pride in living our values Integrity, Service with Passion, Celebrating Success, Diversity, Caring Culture, and Ownership every day. Our mission "We inspire grown-ups to play" fuels our passion for an exciting guest experience and a rewarding career. If you have the desire to create memorable experiences, personalize rewards and delight every guest, every team member every time, we invite you to explore our dynamic yet unique career opportunities.

**JOB SUMMARY:**
The Hotel Revenue Optimization Manager is responsible for developing inventory and pricing strategies, and implementing initiatives to make an immediate and long-term positive impact on hotel revenue and profitability. The successful candidate will be on the front line with our front desk, concierge and VIP registration team members to strategically execute on solutions to drive ancillary revenue throughout the hotel division daily.
All duties are to be performed in accordance with departmental, property, and corporate policies, practices, and procedures.

**ESSENTIAL JOB FUNCTIONS:**

- Provide on-going frontline sales support to front desk agents on driving upsell revenue on a day to day basis.
- Ensure proper setup, use and management of reporting and technology, and make timely updates to support the addition of new programs, partners, and technology to remain competitive and optimize team member productivity and performance.
- Collaborate with revenue, marketing, and hotel operations teams to implement best practices, programs and procedures to drive revenue, efficiency and productivity.

- Utilize analytics to monitor the inventory yield, and optimize revenue on hotel room inventory across the property through various channels, partners, platforms, devices and agents.
- Continuously research guest, marketplace and industry trends to understand spending by different verticals, programs and campaigns, and implement initiatives to maximize revenue potential.
- Provide periodic revenue insights reports highlighting trends, on-going recommendations to determine optimal floor pricing and maximizing revenue.
- Monitor Daily Count and room inventory control agents to ensure appropriate a number of clean rooms are available for check-ins, remaining inventory, and appropriate planning based on arrivals/departures.
- Actively participate with monitoring fiscal budget, operations of assigned department(s) and marketing strategies to produce both short-term and long-term profitability.
- Create a work environment which promotes teamwork, performance feedback, recognition, mutual respect and employee satisfaction; quality hiring, training and succession planning processes that encompass the company's diversity commitment; compliance with company policies, legal requirements and collective bargaining agreements.
- Inform senior hotel management of situations which require attention.
- Assist the Assistant Director with any tasks assigned.
- Complete all payroll related functions within Oracle and recruiting systems, checking employee swipes, and issuing payment for upsell commissions.
- Issue discipline and follow up with coaching.
- Provide incentives to reach monthly goals.
- Perform all other job related duties as requested.

The above statements are intended to describe the general nature and level of work being performed by people assigned to this classification. They are not intended to be construed as an exhaustive list of all responsibilities, duties and skills required of personnel so classified.
Caesars Entertainment reserves the right to make changes to the job description whenever necessary.
As a part of Caesars Entertainment's employment process, finalist candidates will be required to complete a drug test and background check prior to an offer being extended. Caesars Entertainment Inc. is an equal opportunity employer. All qualified applicants will receive consideration for employment without regard to race, national origin, gender, age, religion, disability, sexual orientation, veteran status, or marital status.

**Qualifications**

**QUALIFICATIONS:**
Required:

- Bachelor degree in Hotel Management, Business Analytics/Insights, or related field or equivalent education and experience.
- At least 3 years of experience in revenue optimization and inventory management.
- At least 2 years of supervisory experience at a major hotel/resort complex, or travel industry.
- Excellent customer service, strategic, analytical skills with strong quantitative and qualitative skills.
- Able to lead and mentor a team.
- Have interpersonal skills to deal effectively with all business contacts.
- Professional appearance and demeanor.
- Work varied shifts, including weekends and holidays.
- High school diploma or equivalent.
- Able to effectively communicate in English, in both written and oral forms.

Preferred:
- Previous experience working with analytics platforms such as Tableau
- Previous experience with project management and proven track record of effectively communicating and presenting information to corporate and property leadership.

**Primary Location: NV-Las Vegas-Caesars Las Vegas**

 H I G H G A T E      ABOUT      PORTFOLIO      CAREERS      CONTACT

# CAREERS

‹ Welcome page                                    Returning Candidate? Log back in!

## Director of Revenue Mgmt

**Requisition ID** 2019-8679    **Category** Revenue Management      US-NY-New York      NoMo SoHo

### Highgate Hotels

Highgate is a premier real estate investment and hospitality management company widely recognized as an innovator in the industry. Highgate is the dominant player in U.S. gateway markets including New York, Boston, Miami, San Francisco and Honolulu. Highgate also has a key presence in Barcelona. Highgate's portfolio of global properties represents an aggregate asset value exceeding $10B and generates over $2B in cumulative revenues. The company provides expert guidance through all stages of the hospitality property cycle, from planning and development through recapitalization or disposition. Highgate also has the creativity and bandwidth to develop bespoke hotel brands and utilizes industry leading proprietary revenue management tools that identify and predict evolving market dynamics to drive out performance and maximize asset value. With an executive team consisting of some of the industry's most experienced hotel management leaders, the company is a trusted partner for top ownership groups and major hotel brands. Highgate maintains corporate offices in London, New York, Dallas, and Seattle.

### Location





HIGHGATE        ABOUT        PORTFOLIO        CAREERS        CONTACT



Inspired by its Crosby Street location, NoMo blends nostalgia with modern for an authentic and unique SoHo experience — as seen by its curated collection of vintage and contemporary art. Guests can enjoy farm - to - fork seasonal cuisine at NoMo Kitchen or relax daily with morning coffee and tea in the Library Lounge. NoMo SoHo is a true blend of comfort and class providing guests with luxury accommodations in a stylish setting.

## Employment Status

Full-Time

## Overview

The Director of Revenue Management is responsible for identifying and maximizing all potential revenue opportunities for the hotel. In today's lodging environment, understanding channel and yield management is critical for maximizing revenues. The Director of Revenue Management is responsible for formulating long and short-term Revenue Management strategies and for overseeing their successful execution towards the advancement of RevPAR market share. This includes the analysis of revenue potential generated by the transient and group market segments as well as the market segmentation within transient and group. One will combine this with catering and space utilization as well as other revenue considerations (i.e.: golf, spa, etc.) in order to determine the appropriate mix of business to achieve revenue potentials every day of every year.

## Responsibilities

- Maintain a warm and friendly demeanor at all times.
- Must be able to effectively communicate both verbally and written, with all level of employees and guests in an attentive, friendly, courteous and service oriented manner.
- Must be effective at listening to, understanding, and clarifying concerns raised by employees and guests.
- Must be able to multitask and prioritize departmental functions to meet deadlines.
- Approach all encounters with guests and employees in an attentive, friendly, courteous and service-oriented manner.
- Attend all hotel required meetings and trainings.
- Participate in M.O.D. coverage as required.
- Maintain regular attendance in compliance with Highgate Hotel Standards, as required by scheduling, which will vary according to the needs of the hotel.
- Maintain high standards of personal appearance and grooming, which include wearing nametags.
- Comply with Highgate Hotel Standards and regulations to encourage safe and efficient hotel operations.
- Maximize efforts towards productivity, identify problem areas and assist in implementing solutions.
- Must be effective in handling problems, including anticipating, preventing, identifying and solving problems as necessary.

# HIGHGATE     ABOUT     PORTFOLIO     CAREERS     CONTACT

- Establish hotel pricing levels in all segments.
- Responsible for the daily room inventory management process and daily pricing process.
- Monitor competitor rates, positioning, strategies and data; maintain understanding of the dynamics of the local market and demand generators and present appropriate action plans to management.
- Monitor and communicate fluctuations in occupancy to operational departments so they can effectively manage staffing requirements and increase efficiency.
- Analyze local events and activities and project the effect of opportunities they create.
- Understand the macro and micro-economic variables affecting supply and demand in the local marketplace, and use this knowledge to create accurate operational and financial room revenue forecasts.
- Perform unconstrained demand analysis to determine optimal business mix.
- Responsible for all short and long term forecasts including Weekly Forecasts, 30 60 90 Forecasts, In the month forecasts, and Full year forecasts.
- Oversee process for evaluating all opportunities for contracted business (group, wholesale, corporate negotiated, etc.) presented through the Sales department. Ensure that process enables high speed of response while maximizing profits.
- Responsible for the maintenance of any software programs which contribute to the management of rooms revenue, including the CRS, RMS, PMS and Sales & Catering system.
- Monitor RevPAR index on STR report and provide critical analysis of performance on weekly and monthly basis.
- Prepare annual Rooms revenue budget.
- Chair weekly Revenue Strategy meetings in order to formulate and disseminate strategies and tactics. Ensure that prior decisions are re-visited in this forum in order to evaluate their effectiveness and promote learning.
- Prepare and present quarterly presentations to ownership.
- Ensure all distribution channels have correct content and pricing.
- Develop and maintain a close relationship with the market manager of Third Party Intermediaries to maximize the opportunities with these channels.
- Develop and maintain relationships with other market Directors of Revenue to create a network of peers in your community
- Coordinate survey activities involving marketing and service opportunities to further enhance revenue potential.
- Actively develop all subordinates, ensuring that they have opportunities to grow their Revenue Management and leadership skill base through personal attention, internal/external training and participation in industry events.
- Responsible for Internet Marketing such as pay per click campaigns, e-mail blasts, GDS advertising, etc.
- Establish and communicate sales strategy for day, week, month and rolling 12 months.
- Communicate any strategy changes or update any calendars for the sales team to use.
- Analyze prior night successes: Did the hotel sell out? Were the right decisions made for overselling? Address the opportunities in Highgate Hotel Business Review (HHBR) morning meeting.
- Place test calls to Central Reservation Office (CRO) and property to ensure accuracy of rate quoting, restrictions and selling approach.
- Manage and communicate group cut off dates. Run a group rooms control log (GRC) as well as pick up report from Property Management System (PMS) for 90 days. Verify pick up to actual block, cut off date, and whether or not you should extend, etc.
- Update the Daily Market Segment Analysis (DMSA). Ensure accuracy from the daily Flash Report. Review actual performance versus Potential performance.
- Complete all required month end reports with detailed analysis. If necessary, complete action plans for the property

**H I G H G A T E**      ABOUT      PORTFOLIO      CAREERS      CONTACT

IND1

## Qualifications

- Minimum of 4 years experience in the Revenue Management field
- Bachelor's degree or equivalent in Hotel or Hospitality Management  or closely related field
- In-Depth knowledge of all industry reports such as STR, Agency 360, Demand 360, etc.
- Proficient in Microsoft Excel, Word, Power Point
- Ability to work quickly in a high-pressure & high stress environment
- Ability to communicate clearly both verbally and in writing
- Excellent time management skills
- Exceptional with details and follow up
- Flexible and long hours sometimes required.
- Light work - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently or constantly to lift, carry, push, pull or otherwise move objects.

IND1

## Options

| Apply for this job online |
|---|

| Email this job to a friend |
|---|



## Director of Revenue Management at The Charles Hotel

Skip to content

Posted November 11, 2019

R-172052

{ THE CHARLES HOTEL }

**BASIC PURPOSE:** Responsible for the development, execution and measurement of revenue strategies to optimize rooms revenue through major distribution channels, including GDS, Central and/or On-Property Reservations, Third Party sites, Sales and Catering Management and Front Office Systems.

**ORGANIZATIONAL SCOPE:** Position is responsible for developing and recommending sales strategies, room mix, catering contribution, and pricing. Director of Revenue Management/Strategy will be expected to be the Reservations System Expert and to maintain advanced knowledge of Sales and Catering and Front Office Systems. They will support the General Manager and Sales team by providing information and tools to enhance the sales and marketing efforts and decision-making process. Along with the Director of Sales and Marketing (DOSM), they will provide updates to revenue projections including weekly, monthly, quarterly and full year projections. The Director of Revenue Management/Strategy will collaborate with the eCommerce team to support thorough strategy development.

**ESSENTIAL FUNCTIONS: (95%)**

Develop, implement and measure revenue strategies. Review price position on a daily basis and make adjustments based on market trends. Conduct weekly Revenue Strategy Meetings to ensure the proper mix of Group/Transient and Catering to maximize revenues in both rooms and catering as well as identify sources of incremental revenue throughout the hotel. Update weekly forecasts and disseminate to key players. Monitor and evaluate market demand trends and provide weekly, monthly and yearly forecasts to departments to assist with appropriate staffing levels. Contribute to operations forecast if required. Assist in developing, implementing, monitoring annual budget and marketing plans to assist in meeting/exceeding the overall hotel goals. Monitor, control, and communicate inventory levels, room rate restrictions, catering space release policy, and catering minimums to meet business objectives. Work together with front office to ensure team is trained to "Own the Night" to achieve sell-out. Conduct weekly review of Group Rooms Committed (GRC) report to identify need dates and/or dates where the hotel has exceeded preferred mix of sales. Work together with Sales Team to target need dates to achieve revenue goals. Monitor cutoff dates to ensure additional room supply is returned to transient availability. Establish and evaluate processes, policies and procedures to ensure hotel is protecting and maximizing revenue in all areas. Present ideas, expectations and information in a concise, well-organized way. If applicable, provide supervision and coaching to Reservation Sales Team. Participate in employee life cycle from interviewing, training, development, coaching and counseling, and reviews. Assist with owner relations, communications and presentation information. Establish a working relationship with all Digital, Ecommerce and OTA managers.

**NON-ESSENTIAL FUNCTIONS:** (5%)

1.   Perform Special projects and other responsibilities as assigned.

2.   Participate on task force and committees as required.

3.   Required training by brand or Interstate.

**Knowledge and Skills:**

**Education:**

- Four-year college degree in business statistics, finance, accounting, revenue management, hospitality and/or equivalent in Hotel Management Experience

**Experience:**

- Minimum of 2 years in Hotel Revenue Management.

**Skills and Abilities:**

- Knowledge in Microsoft Office Products with a prerequisite in Excel formulating and reporting.
- Ability to retrieve, compile and deliver strategies, progress & results from organic data.
- Excellent written and verbal communication.
- Knowledge in Industry specific reports including Travelclick and STR.
- Passion for thinking independently and outside of the box to find value-add opportunities.
- Strong organizational management and ability of handling multiple responsibilities at any given time

*Interstate Hotels & Resorts is an equal opportunity employer. All applicants will be considered for employment without attention to race, color, religion, sex, sexual orientation, gender identity, national origin, veteran or disability status.*

*Click here and here to navigate to the "EEO is the Law" poster and supplement.*

*If you need accommodation for any part of the employment process because of a medical condition or disability, please call (703) 387-3888 or email ADA.Assistance@interstatehotels.com with the nature of your accommodation request and include the Hotel location and title of the job opening. Please allow one (1) business day for a reply.*

295 Room Hotel

**Our Hotel**

The Charles Hotel experience reflects the eclecticism that is Cambridge. An urban oasis, The Charles offers something for everyone who is visiting the Boston area. Guests can soak in their academic surrounding by attending a lecture at Harvard, relax with a stroll along the Charles

River, explore downtown Boston or dine at some of the Boston and Cambridge area's finest restaurants, including The Charles' own Henrietta's Table.

The Charles is an independent property, offering luxurious accommodations and all the comforts of home. Guest rooms combine New England décor with the latest technology. 18,000 square feet of indoor and outdoor banquet space merge to offer an array of options for anyone's next event.

Located just minutes from downtown Boston and a variety of world-class attractions, The Charles is a AAA Four Diamond Hotel and a proud member of Preferred Hotels and Resorts.

With unpretentious service, original accommodations and an impressive guest list, it is no wonder that the Boston hotel review in the *New England Travel Guide* has designated The Charles Hotel Cambridge as the best hotel to "stay put in" when visiting Boston, Massachusetts.

Legal

Terms of Use

Privacy

Data from TOMTOM∅, others

EXHIBIT G

June 18, 2020

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
75 Lower Welden St.
St. Albans, VT 05479





**U.S. Citizenship
and Immigration
Services**

JAMSAN HOTEL MANAGEMENT INC
c/o JENNIFER ANN MCGILL
IANDOLI DESAI AND CRONIN PC
38 THIRD AVE STE 100
CHARLESTOWN, MA 02129



EAC2005750717

RE:KRISHNA JAYESHKUMAR PATHAK
I-129, Petition for a Nonimmigrant Worker



## DECISION

Dear Sir/Madam,

On November 27, 2019, you filed a Form I-129, Petition for a Nonimmigrant Worker to classify the beneficiary under section 101(a)(15)(H)(i)(b) of the Immigration and Nationality Act (the Act).

Section 101(a)(15)(H)(i)(b) of the Act relates to an alien:

> ...who is coming temporarily to the United States to perform services...in a specialty occupation described in section 214(i)(1)..., who meets the requirements for the occupation specified in section 214(i)(2)..., and with respect to whom the Secretary of Labor determines and certifies to the Attorney General that the intending employer has filed with the Secretary an application under 212(n)(1).

Further, section 214(i)(1) of the Act defines "specialty occupation" as:

> ...an occupation that requires--

> > (A) theoretical and practical application of a body of highly specialized knowledge, and
> > (B) attainment of a bachelor's or higher degree in the specific specialty (or its equivalent) as a minimum for entry into the occupation in the United States.

"Specialty occupation" is defined at Title 8 Code of Federal Regulations (8 CFR), section 214.2(h)(4)(ii) as:

> ...an occupation which requires theoretical and practical application of a body of highly specialized knowledge in such fields of human endeavor including, but not limited to, architecture, engineering, mathematics, physical sciences, social sciences, medicine and health, education, business specialties, accounting, law, theology, and the arts, and which requires the attainment of a bachelor's degree or higher in a specific specialty, or its equivalent, as a

minimum for entry into the occupation in the United States.

Additionally, 8 CFR, section 214.2(h)(4)(iii)(A) requires a specialty occupation to meet one of the following criteria:

> (1) A baccalaureate or higher degree or its equivalent is normally the minimum requirement for entry into the particular position;
> (2) The degree requirement is common to the industry in parallel positions among similar organizations or, in the alternative, an employer may show that its particular position is so complex or unique that it can be performed only by an individual with a degree;
> (3) The employer normally requires a degree or its equivalent for the position; or
> (4) The nature of the specific duties is so specialized and complex that knowledge required to perform the duties is usually associated with the attainment of a baccalaureate or higher degree.

To be consistent with section 214(i)(1) of the Act, U.S. Citizenship and Immigration Services (USCIS) interprets the term "degree" set forth in the criteria at 8 CFR, section 214.2(h)(4)(iii)(A) to mean not just any baccalaureate or higher degree, but one in a specific specialty that is directly related to the offered position.

In visa petition proceedings, the petitioner bears the burden of establishing eligibility for the benefits sought. *Matter of Brantigan*, 11 I&N Dec. 493 (BIA 1966).

The record shows your organization was established in 2002 as a hotel. You have 25 current employees, and your gross annual income of $2 million U.S. dollars. You seek to employ the beneficiary in the position of Revenue Manager for a temporary period of three years. You provided a certified labor condition application (LCA) which includes a signed statement that you will comply with the terms of the LCA. The beneficiary possesses a Master of Science degree with a major in Hospitality - Tourism Management.

In evaluating your eligibility, USCIS must determine whether you have established that the offered position qualifies as a specialty occupation.

USCIS does not use the job title, by itself, when determining whether a particular position qualifies as a specialty occupation. The specific duties of the offered position, combined with the nature of the petitioning entity's business operations, are factors that USCIS considers. With the initial filing, you described the duties of the position, which include, but are not limited to, the following:

- Drive Market Share and Revenue Performance;
- Ensure that all target market segments are developed for long term benefit of the hotel;
- Develop overall pricing strategy to include all market segments and distribution channels;
- Share best RM practices and key learning with peers and management;
- Produce accurate forecast on weekly and monthly basis;
- Assist Regional Managers as needed in development of related marketing programs and initiatives; and
- Report on weekly revenue activities in staff meetings and complete monthly summary and weekly activity report for distribution to senior leadership.

Additionally, you provided the following evidence to establish that the offered position qualified as a specialty occupation:

- A letter of support for your petition;



- A certified Labor Condition Application (LCA); and
- Information about your company.

On April 30, 2020, USCIS informed you in a Request for Evidence (RFE), that the initial evidence did not establish that the job offered requires the services of a person performing the duties of a specialty occupation. You were requested to submit evidence showing that the offered position qualifies as a specialty occupation. On May 13, 2020 USCIS received your response, which included the following:

- Your company's letter of response;
- A chart of the courses that the beneficiary took and how they will be used in the position of Revenue Manager;
- A detailed list of job duties with the percentage of time that will be devoted to each job duty;
- A copy of the Occupational Outlook Handbook, "How to become a Market Research Analyst";
- A copy of the Summary Report for: 13-1161.00 - Market Research Analysts and Marketing Specialists from the O*NET OnLine;
- A copy of the Department of Labor Comparison Chart;
- A copy of the U.S. Bureau of Labor Statistics Disclaimer;
- A copy of an article titled, "The changing landscape of hotel revenue management and the role of the hotel revenue manager";
- A letter from Gautam Sharma - President - Global Vision Hotels; and
- Copies of three job postings.

In accordance with *Matter of Chawathe*, 25 I&N Dec. 369 (AAO 2010), USCIS has examined the evidence of record for relevance, probative value, and credibility, both individually and within the context of the totality of the evidence, and determined that you have not established eligibility for the requested classification by a preponderance of the evidence. A detailed discussion of the grounds for denial and the related evidence follows.

**Qualifying Criteria**

To qualify as a specialty occupation, the position must have met at least one of the following criteria. USCIS will discuss each of the qualifying criteria for specialty occupation below.

I.      **Discussion of 8 CFR, section 214.2(h)(4)(iii)(A)(1)**
        **Degree is Normally Minimum Requirement**

To meet this criterion, you must submit evidence showing that a bachelor's degree or higher in a specific specialty, or its equivalent, is normally the minimum requirement for entry into the particular position.

To satisfy this requirement, you submitted:

- Your company's letter of support;
- Your company's letter of response;
- A copy of the Occupational Outlook Handbook, "How to become a Market Research Analyst"; and
- A copy of the Summary Report for: 13-1161.00 - Market Research Analysts and Marketing Specialists from the O*NET OnLine.

You submitted a certified LCA which lists an Occupation Title of Market Research Analyst and Marketing Specialist.



USCIS routinely consults the U.S. Department of Labor's Occupational Outlook Handbook (OOH) for information about the educational requirements of particular occupations. The OOH states the following regarding the training and educational requirements for Market Research Analyst and Marketing Specialist positions:

> *"Market research analysts typically need a bachelor's degree in market research or a related field. Many have degrees in fields such as statistics, math, or computer science. Others have backgrounds in business administration, the social sciences, or communications.*
>
> *Courses in statistics, research methods, and marketing are essential for these workers. Courses in communications and social sciences, such as economics or consumer behavior, are also important.*
>
> *Some market research analyst jobs require a master's degree. Several schools offer graduate programs in marketing research, but many analysts complete degrees in other fields, such as statistics and marketing, and/or earn a master's degree in business administration (MBA). A master's degree is often required for leadership positions or positions that perform more technical research."*

The OOH does not indicate that Market Research Analyst and Marketing Specialist positions normally require a minimum of a bachelor's degree in a specific specialty. A range of educational credentials may qualify an individual to perform the duties of a Market Research Analyst and Marketing Specialist.



You have submitted an excerpt from the Department of Labor's O*NET OnLine, (O*NET) for the position of Market Research Analyst and Marketing Specialist. However, the O*NET provides only general information regarding the tasks and work activities associated with a particular occupation. The O*NET is not designed to assess the specialty occupation status of either occupations or particular positions within them. Rather, the O*NET and its Job Zone and Specific Vocational Preparation (SVP) ratings are meant to indicate only the total number of years of vocational preparation required for a particular position. The O*NET does not describe how those years are to be divided among training, formal education and experience. It should be noted that O*NET states that "most of these occupations require a four-year bachelor's degree, but some do not." In addition, the O*NET makes no reference to a degree requirement in a specific specialty. Therefore, the O*NET excerpt does not serve to verify that a bachelor's degree or higher in a specific specialty, or its equivalent, is normally the minimum requirement for entry into the particular position.

Therefore, the evidence of record does not satisfy the criterion at 8 CFR, section 214.2(h)(4)(iii)(A)(1): that a baccalaureate or higher degree, or its equivalent, in a specific specialty, is normally the minimum requirement for entry into the particular position.

## II.      Discussion of 8 CFR, section 214.2(h)(4)(iii)(A)(2)
### Part 1 – Common to the Industry

To meet this criterion, you must submit evidence showing that the degree requirement of a bachelor's degree or higher in a specific specialty, or its equivalent, is common to the industry in parallel positions among similar organizations.

To satisfy this requirement, you submitted:

- Your company's letter of support;

- Your company's letter of response;
- A letter from Gautam Sharma - President - Global Vision Hotels; and
- Copies of three job postings.

As evidence that the degree requirement in a specific specialty is common to the industry in parallel positions among similar organizations, you submitted various job announcements posted by different companies. USCIS indicated that industry standards must be for similar positions among similarly situated companies. Therefore, it must be demonstrated that the petitioner and the organization share the same general characteristics. Such factors may include, but are not limited to, information regarding the nature or type of organization and the particular scope of the operation, as well as the level of revenue and staffing. It is noted that you have enclosed announcements posted by the following firms:

- Hotel Revenue/Yield Optimization Manager (CLV) - Caesars Las Vegas
  - "At least 3 years of experience in revenue optimization and inventory management. At least 2 years of supervisory experience at a major hotel/resort complex, or travel industry. Bachelor degree in Hotel Management, Business Analytics/Insights, or related field or equivalent education and experience."
- Director of Revenue Mgmt - Highgate Hotels
  - "Minimum of 4 years experience in the Revenue Management field. Bachelor's degree or equivalent in Hotel or Hospitality Management or a closely related field."
- Director of Revenue Management - The Charles Hotel
  - "Minimum of 2 years in Hotel Revenue Management. Four-year college degree in business statistics, finance, accounting, revenue management, hospitality and/or equivalent in Hotel Management Experience."



Overall, the job postings suggest that although a bachelor's degree is required for most of these positions, a bachelor's degree in a specific specialty or its equivalent is not. Thus, these postings do not establish that your industry requires the expertise of someone holding at least a bachelor's degree in a specific specialty to perform job duties similar to those of the offered position. It should be noted that even if all of the job postings had indicated that a bachelor's degree or higher in a specific specialty or its equivalent were required, the record does not establish that the submitted announcements are for parallel positions in similar organizations in the same industry. For instance, the job postings are for positions in different industries and dissimilar organizations and thus, cannot be found to be parallel positions. Further, due to the generalized nature of the offered position job duties, compared to the advertised position duties, USCIS is unable to discern whether the offered position is parallel to any positions within similar organizations in its industry.

The letter of opinion provided, where an employee of another company declare a Revenue Manager to be professional in nature, does not establish that the position requires the expertise of a bachelor's degree recipient throughout the industry. The individual did not provide documentation to verify that their respective company routinely employ bachelor's degree recipients to perform the duties of a Revenue Manager.

Therefore, the evidence of record does not satisfy the first part of the criterion at 8 CFR, section 214.2(h)(4)(iii)(A)(2): that the degree requirement in a specific specialty is common to the industry in parallel positions among similar organizations.

### Part 2 – So Complex or Unique

To meet this criterion, you must submit evidence showing that the particular position is so complex or unique that it can be performed only by an individual with a bachelor's degree or higher in a specific

specialty, or its equivalent.

To satisfy this requirement, you submitted:

- Your company's letter of support; and
- Your company's letter of response.

As evidence that the offered position is so complex or unique that it can be performed only by an individual with a degree in a specific specialty, you submitted a description of the job duties, to include percentages of time for each duty and the education the beneficiary completed related to each duty listed. However, the job duties, as described, do not appear to be of such complexity or uniqueness as to require the attainment of a bachelor's degree in a specific specialty that consisted of theoretical and practical application of a body of highly specialized knowledge. You did not sufficiently identify any tasks that are so complex or unique or provide sufficient explanation of why only an individual with a degree in a specific specialty could perform them. Based on the foregoing, the evidence of the record does not establish that the offered position is significantly different from other positions within the occupational category of Market Research Analyst and Marketing Specialist.

While USCIS may provide a degree of due consideration to a petitioner's support letter, without further supporting evidence or additional details in the instant petition, the support letter containing the description of the job duties, is insufficient to establish that the offered position qualifies as a specialty occupation. Further, you have not provided evidence, such as industry publications or letters, which highlight the complex and unique nature of your products or services for which the beneficiary will be engaged while in H-1B nonimmigrant status.

Therefore, the evidence of record does not satisfy the second part of the criterion at 8 CFR, section 214.2(h)(4)(iii)(A)(2): that the employer's particular position is so complex or unique that it can be performed only by an individual with a degree in a specific specialty.

### III.   Discussion of 8 CFR, section 214.2(h)(4)(iii)(A)(3)
Petitioner Normally Requires Degree or its Equivalent

To meet this criterion, you must submit evidence showing that you normally require a bachelor's degree or higher in a specific specialty, or its equivalent, for the position.

To satisfy this requirement, you submitted:

- Your company's letter of support; and
- Your company's letter of response.

You stated that the position of Revenue Manager requires the minimum of a bachelor's degree in hospitality management.

To establish that a Revenue Manager employed by your company is a specialty occupation you were requested to submit documentary evidence to establish that you routinely hire individuals with bachelor's degrees or comparable experience to fill this position. You did not provide any documentation of employees and their educational credentials. You were provided an opportunity to submit documentary evidence of your past employment practices for the offered position, including copies of employment or pay records and degrees or transcripts to verify the level of education of each individual and the field of study for which the degree was earned. However, aside from your statements, you have not submitted documentary evidence to establish that any individuals have previously held the position of Revenue Manager or have been compensated for performing duties in



the Revenue Manager position. Therefore, you have not demonstrated that you have historically hired individuals who hold at least a bachelor's degree in a specific specialty, or its equivalent, for employment as a Revenue Manager.

Therefore, the evidence of record does not satisfy the third criterion at 8 CFR, section 214.2(h)(4)(iii)(A)(3): that the employer normally requires a degree, or its equivalent, in a specific specialty for the position.

**IV.     Discussion of 8 CFR, section 214.2(h)(4)(iii)(A)(4)**
**Knowledge Required to Perform Specified Duties is Associated with Degree**

To meet this criterion, you must submit evidence demonstrating that the nature of the specific duties of the offered position are so specialized and complex that the knowledge required to perform these duties is usually associated with the attainment of a bachelor's degree or higher in a specific specialty, or its equivalent.

To satisfy this requirement, you submitted:

- Your company's letter of support; and
- Your company's letter of response.



While the proposed duties may include familiarity and experience with different technological platforms and/or applications, you have not described with sufficient detail how they are more specialized and complex than those of other Revenue Manager positions that are not usually associated with at least a bachelor's degree in a specific specialty, or its equivalent. Due to the lack of detail in the description you have provided, it cannot be determined that these duties would require the theoretical and practical application of a body of highly specialized knowledge, and the attainment of a bachelor's degree in a specific specialty as a minimum for entry into the position. Further, you have not provided evidence, such as industry publications or letters, which highlight the specialized and complex nature of your products or services for which the beneficiary will be engaged while in H-1B nonimmigrant status.

As stated above, the evidence does not establish that the offered position is so complex or unique that it can be performed only by an individual with a degree in a specific specialty. In addition, the job duties, as described in your letters of support, do not establish that the offered position is so complex or special as to require the attainment of a bachelor's degree in a specific specialty.

Therefore, the evidence of record does not satisfy the criterion at 8 CFR, section 214.2(h)(4)(iii)(A)(4): that the nature of the specific duties is so specialized and complex that the knowledge required to perform the duties is usually associated with the attainment of a baccalaureate or higher degree in a specific specialty.

You have not demonstrated that any of the four criteria enumerated in 8 CFR, section 214.2(h)(4)(iii)(A), above, are present in this proceeding. As such, the evidence of record does not establish that the job offered qualifies as a specialty occupation under section 101(a)(15)(H)(i)(b) of the Act.

Therefore, your petition is denied.

If applicable, the portion of the petition requesting an extension of stay for the beneficiary is also denied because the nonimmigrant visa petition filed on the beneficiary's behalf is denied.

If you disagree with this decision, or if you have additional evidence that shows this decision is incorrect, you may file a motion or appeal of this decision by completing a Form I-290B, Notice of Appeal or Motion. You may also include a brief or other written statement in support of your appeal. The appeal must be filed within 33 days from the date of this notice.  If an appeal or a motion is not filed within 33 days, this decision is final.

You must send your completed Form I-290B and supporting documentation with the appropriate filing fee to:

<div align="center">

USCIS 290B
PO Box 21100
Phoenix AZ 85036

</div>

To obtain the Form I-290B, visit www.uscis.gov/forms. For the latest information on filing location, fee, and other requirements, refer to the Form I-290B instructions; review 8 CFR 103.3 or 103.5; call our USCIS Contact Center at 1-800-375-5283; or visit your local USCIS office.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations.  If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

Sincerely,

*Laura Zuchowski*

Laura B. Zuchowski
Director